UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                       :

HOP HOP PRODUCTIONS, INC., and FALEENA : 
HOPKINS,                                    :

**ORDER**

                       PlaintiffS,     :    18 Civ. 4670

     -against-                          :

KEVIN KNEUPPER, TARA CRESCENT, and    :
JENNIFER WATSON,                   :

                      Defendants.    :

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/18

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Having read Plaintiffs' motion and supporting papers and having read Defendants'

petition for cancellation before the Trademark Trial and Appeal Board, and observing that there

are serious issues of fact and law that have to be decided before a preliminary injunction can be

granted, it is hereby ordered:

1. The preliminary injunction granted on May 25, 2018 is dissolved.

2. The obligation on part of Plaintiffs to file a bond by Wednesday, May 30, 2018 is
   dissolved.

3. The motion for temporary restraining order and/or preliminary injunction will be heard
   before me in courtroom 14D, 500 Pearl Street, New York, NY, 10007, on Friday, June 1,
   2018 at 11:00 A.M.  The schedule of briefing set out in the order dated May 25, 2018 will
   be kept.

      SO ORDERED.

Dated:      May 29, 2018
              New York, New York

                                ALVIN K. HELLERSTEIN
                                United States District Judge