UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hop Hop Productions, Inc. and Faleena Hopkins,<br><br>     Plaintiffs,<br><br> v.<br><br>Kevin Kneupper, *et al.,*<br><br>     Defendants. | Case No.: 1:18-cv-04670-AKH<br><br>ECF Case |

**NOTICE OF APPEARANCE OF CAMERON S. REUBER**

To the Clerk of this Court:

  Kindly enter my appearance as counsel for Defendant Kevin Kneupper in the above-captioned matter.

Date: May 29, 2018
    White Plains, New York

Respectfully submitted,

*/s/ Cameron S. Reuber*

Cameron S. Reuber (CR 7001)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Fax:  (914) 288-0023
Email: reuber@leasonellis.com

*Attorneys for Plaintiff*

{10620/808000-000/01959067.1}