ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOP HOP PRODUCTIONS, INC.,
and FALEENA HOPKINS,
                       Plaintiff,

-against-
KEVIN KNEUPPER, TARA CRESCENT, and JENNIFER WATSON,
                       Defendant.

Case No. 1:18-cv-04670-AKH

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Chris Cardillo**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 7769     My State Bar Number is 4058756

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cardillo & Keyser, P.C.
                 FIRM ADDRESS: 217 Broadway, New York, NY
                 FIRM TELEPHONE NUMBER: 212-227-3930
                 FIRM FAX NUMBER:

NEW FIRM:    FIRM NAME: C. Cardillo, P.C.
                 FIRM ADDRESS: 9728 3rd Avenue, Suite 308, Brooklyn, NY 11209
                 FIRM TELEPHONE NUMBER: 646-398-5025
                 FIRM FAX NUMBER: 646-365-8833

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 05/25/18

_____
ATTORNEY'S SIGNATURE