# Exhibit "A"

   Chris Cardillo <cardilloesq@gmail.com>

## OSC - Signed
2 messages

**Chris Cardillo** <cardilloesq@gmail.com>  Fri, May 25, 2018 at 11:45 PM
To: Kevin Kneupper <kneupper@gmail.com>
Cc: Jonathan Pollack <jp@morrisyorn.com>

Mr. Kneupper:

Please find attached a full copy of the Order Show Cause ("OSC") that was signed by the Hon. Edgardo Ramos.

It is my understanding that you are a retired attorney. H

📄 Affidavit - Support - Executed.pdf

📄 Declaration - CC - Executed.pdf

📄 Exhibit 1 - Complaint.pdf

📄 Exhibit 2 - Notice.pdf

📄 MOL - Executed.pdf

📄 OSC - Signed.pdf

owever, as I always do in these situations, I strongly suggest you contact an attorney to immediately discuss this document as it involves complex legal issues that may directly impact you.

Also please keep in mind that my client is always willing to work with you to amicably and expeditiously resolve the issues raised by the OSC.

I remain available to you if you wish to discuss this matter over the holiday weekend (you can reach me anytime on my cellular (347-309-0000).

Very truly yours,
Chris Cardillo, Esq.

--
C. Cardillo, P.C.
9728 3rd Avenue, Suite 308
Brooklyn, NY 11209
T. 646-398-5025

**Chris Cardillo** <cardilloesq@gmail.com>  Fri, May 25, 2018 at 11:46 PM
To: Kevin Kneupper <kneupper@gmail.com>
Cc: Jonathan Pollack <jp@morrisyorn.com>

Mr. Kneupper:

Please find attached a full copy of the Order Show Cause ("OSC") that was signed by the Hon. Edgardo Ramos.

It is my understanding that you are a retired attorney. However, as I always do in these situations, I strongly suggest you contact an attorney to immediately discuss this document as it involves complex legal issues that may directly impact you.

Also please keep in mind that my client is always willing to work with you to amicably and expeditiously resolve the issues raised by the OSC.

I remain available to you if you wish to discuss this matter over the holiday weekend (you can reach me anytime on my cellular (347-309-0000).

Very truly yours,
Chris Cardillo, Esq.
[Quoted text hidden]

**FedEx Express** Package US Airbill

FedEx Tracking Number: 8121 8796 8870
Form ID No: 0215
Sender's Copy

**1 From** Please print and press hard.
Date: 5/21/18
Sender's Name: C. Cardillo
Sender's FedEx Account Number: [redacted]
Phone: (646) 398-5025
Company: C. CARDILLO, P.C.
Address: 9728 3RD AVE STE 308
City: BROOKLYN   State: NY   ZIP: 11209-7742

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Kevin Kneupper
Company:
Address: 280 Spring Oak Rd
Address: Unit 244
City: Camarillo   State: CA   ZIP: 93010

0128849783

**4 Express Package Service** *To most locations.

Packages up to 150 lbs.

Next Business Day:
- FedEx First Overnight
- FedEx Priority Overnight
- [X] FedEx Standard Overnight

2 or 3 Business Days:
- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

**5 Packaging** *Declared value limit $500.
- FedEx Envelope*
- FedEx Pak*
- [X] FedEx Box
- FedEx Tube
- Other

**6 Special Handling and Delivery Signature Options**
- Saturday Delivery
- No Signature Required
- Direct Signature
- Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- Yes As per attached Shipper's Declaration
- Yes Shipper's Declaration not required
- Dry Ice, 9, UN 1845 ___ x ___ kg
- Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender Acct. No. in Section 1 will be billed.
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages   Total Weight ___ lbs.   Total Declared Value† $ ___ .00

Exp. Date: 6.11

Rev. Date 5/15 • Part #163134 • ©1994–2015 FedEx • PRINTED IN U.S.A. SRM

Shipping online just got easier.
Go to fedex.com/lite.