# Exhibit "B"



Chris Cardillo <cardilloesq@gmail.com>

---

## Memo of Law Final VER.docx

**Chris Cardillo** <cardilloesq@gmail.com>  Fri, May 25, 2018 at 11:54 PM
To: Scott Sholder <SSholder@cdas.com>
Cc: "Eleanor M. Lackman" <ELackman@cdas.com>, Jonathan Pollack <jp@morrisyorn.com>

Scott,

It was very nice meeting you today in court - thank you for having so much patience with the process (I truly appreciate it).

Attached is the complete signed OSC I am sending you on behalf of your client Tara Crescent. As discussed in chambers, if you refuse to accept service on behalf of your client, can you please provide me with an address for her so I may overnight a copy of the pleadings.

In addition, I, or someone from my office, will go to Judge Hellerstein on Tuesday morning to provide him with the original OSC (which Judge Ramos gave back to me today because the court was closed). I do not think anyone from your office needs to be there but tell me if you would like to coordinate a time to meet at court.

I am always available to discuss this case in an effort to amicably and expeditiously resolve the issues. I think if we sat down and discussed same we could come up with a resolution that makes sense for all sides and the writing community in general.

I remain available to discuss the case at anytime via my cell (347-309-0000).

Pleadings to follow in a separate email.

Very truly yours,
Chris Cardillo, Esq.
[Quoted text hidden]

--
C. Cardillo, P.C.
9728 3rd Avenue, Suite 308
Brooklyn, NY 11209
T. 646-398-5025

 Chris Cardillo <cardilloesq@gmail.com>

## Memo of Law Final VER.docx

**Chris Cardillo** <cardilloesq@gmail.com>  Fri, May 25, 2018 at 11:56 PM
To: Scott Sholder <SSholder@cdas.com>
Cc: "Eleanor M. Lackman" <ELackman@cdas.com>, Jonathan Pollack <jp@morrisyorn.com>

See attached.

- Affidavit - Support - Executed.pdf
- Declaration - CC - Executed.pdf
- Exhibit 1 - Complaint.pdf
- Exhibit 2 - Notice.pdf
- MOL - Executed.pdf
- OSC - Signed.pdf

[Quoted text hidden]

**FedEx Express** Package US Airbill

FedEx Tracking Number: 8121 8796 8858

Form No: 0215

Sender's Copy

**1 From** Please print and press hard.

Date: 5/7/18

Sender's Name: C. Cardillo
Sender's FedEx Account Number: [SENDER'S ED] 62604 1084
Phone: (646) 398-5025

Company: C. CARDILLO, P.C.
Address: 9728 3RD AVE STE 308
City: BROOKLYN   State: NY   ZIP: 11209-7742

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Scott Sholder   Phone: 212-974-7474
Company: Cowan DeBaets Abrahams
Address: 41 Madison Avenue
Address: 38th Floor
City: NY   State: NY   ZIP: 10610

0128847783

**4 Express Package Service**

Next Business Day:
☐ FedEx First Overnight
☐ FedEx Priority Overnight
☒ FedEx Standard Overnight

2 or 3 Business Days:
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging**
☐ FedEx Envelope
☐ FedEx Pak
☒ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling and Delivery Signature Options**

**7 Payment** Bill to:
☒ Sender

611