# Exhibit "C"



Chris Cardillo <cardilloesq@gmail.com>

## OSC - Executed
2 messages

**Chris Cardillo** <cardilloesq@gmail.com>  Fri, May 25, 2018 at 11:39 PM
To: Jennifer Watson <jenn@socialbutterflypr.net>
Cc: Jonathan Pollack <jp@morrisyorn.com>

- Affidavit - Support - Executed.pdf
- Declaration - CC - Executed.pdf
- Exhibit 1 - Complaint.pdf
- Exhibit 2 - Notice.pdf
- MOL - Executed.pdf
- OSC - Signed.pdf

--
C. Cardillo, P.C.
9728 3rd Avenue, Suite 308
Brooklyn, NY 11209
T. 646-398-5025

**Chris Cardillo** <cardilloesq@gmail.com>  Fri, May 25, 2018 at 11:40 PM
To: Jennifer Watson <jenn@socialbutterflypr.net>
Cc: Jonathan Pollack <jp@morrisyorn.com>

Ms. Watson:

Please find attached a full copy of the Order Show Cause ("OSC") that was signed by the Hon. Edgardo Ramos.

I strongly suggest you contact an attorney to immediately discuss this document as it involves complex legal issues that may directly impact you.

Also please keep in mind that my client is always willing to work with you to amicably and expeditiously resolve the issues raised by the OSC.

I remain available to you if you wish to discuss this matter over the holiday weekend (you can reach me anytime on my cellular (347-309-0000).

Very truly yours,
Chris Cardillo, Esq.

[Quoted text hidden]

**FedEx Express** — Package US Airbill — Sender's Copy

FedEx Tracking Number: 8121 8796 8880
Form No.: 0215

**1 From**
Date: 5/07/18
Sender's Name: C. Cardillo
Sender's FedEx Account Number: 626-1084-9
Phone: (646) 398-5025
Company: C. CARDILLO, P.C.
Address: 9728 3RD AVE STE 308
City: BROOKLYN   State: NY   ZIP: 11209-7742

**2 Your Internal Billing Reference:** OPTIONAL

**3 To**
Recipient's Name: Jennifer Watson   Phone: ( )
Company: ___
Address: 3001 Hillcroft St.
Address: Apt 1001
City: Houston   State: TX   ZIP: 77507

0128849783

**4 Express Package Service** — Packages up to 150 lbs.
- FedEx First Overnight
- FedEx Priority Overnight
- FedEx Standard Overnight ✗
- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box ✗
- FedEx Tube
- Other

**6 Special Handling and Delivery Signature Options**
- Saturday Delivery
- No Signature Required
- Direct Signature
- Indirect Signature
- Does this shipment contain dangerous goods? No ✗
- Cargo Aircraft Only

**7 Payment** Bill to: Sender ✗

Total Packages ___   Total Weight ___ lbs.   Total Declared Value $ .00

611