UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hop Hop Productions, Inc. and Faleena Hopkins,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Kevin Kneupper, *et al.,*<br><br>　　　　　　　　　　　Defendants. | Case No.: 1:18-cv-04670-AKH<br><br>ECF Case |

## NOTICE OF APPEARANCE OF LAUREN BETH EMERSON

To the Clerk of this Court:

　　　Kindly enter my appearance as counsel for Defendant Kevin Kneupper in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date:　May 31, 2018
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　Lauren Beth Emerson
　　　　　　　　　　　　　　　　　　　　LEASON ELLIS LLP
　　　　　　　　　　　　　　　　　　　　One Barker Avenue, Fifth Floor
　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　Phone: (914) 288-0022
　　　　　　　　　　　　　　　　　　　　Fax:  (914) 288-0023
　　　　　　　　　　　　　　　　　　　　Email: emerson@leasonellis.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Kevin Kneupper*