UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOP HOP PRODUCTIONS, INC., and
FALEENA HOPKINS,

    *Plaintiffs*,

-against-

KEVIN KNEUPPER, TARA CRESCENT, and
JENNIFER WATSON,

    *Defendants*.

Civ. Action No.  1:18-CV-04670-AKH

**Filed by ECF**

**DECLARATION OF JENNIFER WATSON**

I, Jennifer Watson, hereby declare as follows:

1.    I submit this declaration in support of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Order to Show Cause for Preliminary Injunction and Temporary Restraining Order in the above-captioned proceeding.  The statements made herein are based on my personal knowledge or information that I believe to be true.  If called to testify regarding same, I could do so competently.

2.    I am a book publicist for several independent authors, including Penny Reid.

3.    On or about May 9, 2018, Ms. Reid asked me if I could assist her in publicizing a book that she and several other authors intended to publish titled "The Cocktales Anthology" (the "Anthology").[1]  I did so, *gratis*, as a favor to Ms. Reid, and received no compensation for any work I performed on behalf of the Anthology.

---

[1] The publication title for the work is "Cocktales: The Cocky Collective."

4. I have no role in the conception, authorship, creation, decision to publish, or publication the Anthology.

Executed this 31th day of May, 2018 at San Antonio, Texas.

*Jennifer Watson*
_____
Jennifer Watson