**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
HOP HOP PRODUCTIONS, INC.,                       Civil Action No.:
and FALEENA HOPKINS,

                                                                            **Rule 7.1 Statement**

                                Plaintiffs,

         - against -

KEVIN KNEUPPER, TARA CRESCENT,
and JENNIFER WATSON,

                              Defendants.
------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hop Hop Productions, Inc. (a private non-governmental party) certifies that it has (1) no parent corporation and (2) no publicly held corporation owns 10% or more of the stock.

**Dated: May 31, 2018**
        **Brooklyn, NY**

                                                    Respectfully submitted,
                                                    Cardillo Law, P.C.

                                                    /s/ Chris Cardillo, Esq.
                                                   By: Christopher Cardillo (7769)
                                                   *Attorney for Plaintiff Faleena Hopkins*
                                                   9728 3rd Avenue, Suite 308
                                                   Brooklyn, New York 11209
                                                   T. 646-398-5025
                                                   F. 646-365-8833
                                                   C. 347-309-0000
                                                   Email: cardilloesq@gmail.com