Exhibit A

Try Prime | All ▼ | tara crescent cocky

Deliver to
Newyork 10001 | Departments ▼ | Your Recommendations | EN ▼ | Hello. Sign in Account & Lists ▼ | Orders | Try Prime ▼ | 0 Cart

6 results for **"tara crescent cocky"**

**Show results for**

**Books**
**Kindle Store**

---

**Refine by**

**Amazon Prime**
☐

**Avg. Customer Review**
& Up
& Up
& Up
& Up

**Condition**
New


Her Cocky Doctors (A MFM Menage Romance) (The Cocky Series Book 1)   Aug 22, 2017
$0.00 - $2.99
Kindle Edition
87


Her Cocky Firefighters (A MFM Menage Romance) (The Cocky Series Book 2)   Nov 12, 2017
$0.00 - $2.99
Kindle Edition
61


Cocky (A Taboo Short)   Jul 10, 2016
$0.99
Kindle Edition
21


Betting on Bailey (A Menage Romance) (Playing For Love Book 1)   Dec 1, 2015
$0.00 - $9.99
Kindle Edition,  Paperback
187


MAX: A Friends to Lovers Romance   Jul 31, 2016
$0.00 - $0.99
Kindle Edition
86


The Cocky Series (2 Book Series)
$5.98
Kindle Edition


Sponsored
Hotel O   Apr 26, 2018
$3⁹⁹ to buy
130


Sponsored
Claiming Amelia   May 14, 2018
$0⁹⁹ to buy
196



**Best Seller**



**Best Seller**



**Best Seller**



Sponsored
**Pushing the Limits (A student/teacher romance)** Sep 16, 2015
$3⁹⁹ to buy
278

Sponsored
**Lucky Soldier: A Memorial Day Brother's Best Friend Fake Fiance Romance** May 20, 2018
$0⁹⁹ to buy
74

Sponsored
**Cross** May 23, 2018
$2⁹⁹ to buy
130

Sponsored
**Mister Diamond** May 25, 2018
$0⁹⁹ to buy
148



Sponsored
**Checkmate: This is War (Travis & Viola, 1) (Checkmate Duet Series)** Oct 3, 2016
$3⁹⁹ to buy
440



Sponsored
**Ruthless Mountain Man** May 22, 2018
$2⁹⁹ to buy
59

"tara cocky"  See all 7 results…



**Best Seller**



**Cocktales** May 26, 2018
by **Penny Reid**, **Nana Malone**, **Dylan Allen** and **Jana Aston**
$7⁹⁹ Kindle Edition
Get it **TODAY, May 30**
157

**Lilac Sand (A CrossRhoades Novel Book 1)** Oct 11, 2016
by **Tara Jenkinson Cignarella**
$0⁹⁹ Kindle Edition
Get it **TODAY, May 30**
18

"tara crescent"  See all 105 results…






| Claiming Fifi (A MFM Menage Romance) (Club Menage Book 1) Jan 30, 2018<br>by Tara Crescent<br>$0.00<br>Read this and over 1 million books with Kindle Unlimited.<br>$2⁹⁹ to buy  Kindle Edition<br>Get it TODAY, May 30 | Taming Avery (A MFM Menage Romance) (Club Menage Book 2) Apr 30, 2018<br>by Tara Crescent<br>$0.00<br>Read this and over 1 million books with Kindle Unlimited.<br>$3⁹⁹ to buy  Kindle Edition<br>Get it TODAY, May 30 | Dominant (An Alpha Billionaire Romance Collection) Jan 30, 2017<br>by Tara Crescent<br>$0.00<br>Read this and over 1 million books with Kindle Unlimited.<br>$6⁹⁹ to buy  Kindle Edition<br>Get it TODAY, May 30<br>39 | Dirty: The Complete Collection (Four MFM Menage Romances) Sep 18, 2017<br>by Tara Crescent<br>$0.00<br>Read this and over 1 million books with Kindle Unlimited.<br>$9⁹⁹ to buy  Kindle Edition<br>Get it TODAY, May 30 |

**Search Feedback**

Did you find what you were looking for?

[ Yes ]   [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.

---

**Your recently viewed items and featured recommendations**

Customers also shopped for                                        Page 1 of 9






| STUFF4 PU Leather Wallet Flip Case/Cover for Apple iPhone 7 Plus / PC Keyboard/Black Design / Keys/Buttons…<br>$9.99 | Privacy's Blueprint: The Battle to Control the…<br>› Woodrow Hartzog<br>2<br>Hardcover<br>$26.50 | Motiv Ring<br>26<br>$0.00 | Mini Folding Bluetooth Keyboard, Raydem Portable Wireless Keyboard with Stand Holder, Ultra…<br>24<br>$33.99 |

**Inspired by your browsing history**






| Beat<br>› Vi Keeland<br>401<br>Kindle Edition<br>$3.99 | Stuck-Up Suit<br>› Vi Keeland<br>1,866<br>Kindle Edition<br>$4.99 | Cocktales<br>› Penny Reid<br>157<br>Kindle Edition<br>$7.99 | Stepbrother Dearest<br>› Penelope Ward<br>2,855<br>Kindle Edition<br>$3.99 |





**Beautiful Mistake**
› Vi Keeland
886
Kindle Edition
$3.99

**Worth the Fight (MMA Fighter Series Book 1)**
› Vi Keeland
644
Kindle Edition
$3.99

**Belong to You (Cole series Book 1)**
› Vi Keeland
391
Kindle Edition
$3.99

You viewed        › View or edit your browsing history

See personalized recommendations
Sign in
New customer? Start here.

Back to top

### Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audiobooks | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store |
| | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates