Exhibit B



Case 1:18-cv-04670-AKH    Document 20-2    Filed 05/31/18    Page 2 of 30

**Try Prime**

Books ▾    Cocky

Deliver to
Newyork 10001

Departments ▾    Your Recommendations

EN ▾

Hello. Sign in
Account & Lists ▾    Orders    Try Prime ▾

0
Cart

Books   Advanced Search   New Releases   Amazon Charts   Best Sellers & More   The New York Times® Best Sellers   Children's Books   Textbooks

Kindle Monthly Deals   UP TO 80% OFF TOP READS IN MAY    **Browse now**

Books › Romance › Contemporary



Audible Sample

## Cocky Stepbrother: A Billionaire Romance

Audible Audiobook – Unabridged

Emily Guzman (Author, Publisher), Aundrea Mitchell (Narrator)

**15 customer reviews**

See all 3 formats and editions

| Kindle | Paperback | Audiobook |
|---|---|---|
| $2.99 | $8.05 | $0.00 |

Read with Our **Free App**    1 Used from $8.32   6 New from $8.05    Free with your Audi

A standalone sensual romance story with a happy-ever-after ending!

Teri Baxter was a girl who had it all. She was almost finished with college, had a boyfriend, and shared an apartment with her best friend... then everything changed. Recently single

**Read more**

©2015 Emily Guzman (P)2015 Emily Guzman

 Listen to this book for **FREE**
when you try Audible.
With a 30-day Audible trial.
What is Audible?

Share

Audible special offer

**Free with Audible trial**    $0.00

Try Audible Free

- Get this audiobook plus a second, free
- 1 audiobook credit per month
- Exclusive member benefits
- Audible is $14.95/mo after 30 days. Cancel anytime

Buy with 1-Click    $13.08

Sold and delivered by Audible, an Amazon company

Add to List

---

## Customers who viewed this item also viewed



Arrogant Fiancé
T. L. Smith
161
Audible Audiobook
$0.00 Free with Audible trial



Felony Ever After
Helena Hunting
492
Audible Audiobook
$0.00 Free with Audible trial

---

## Product details

**Audible Audiobook**

**Listening Length:** 3 hours and 56 minutes

**Program Type:** Audiobook



5/30/2018     Amazon.com: Cocky Stepbrother: A Billionaire Romance (Audible Audio Edition): Emily Guzman, Audrea Mitchell: Books

Case 1:18-cv-04670-AKH    Document 20    Filed 05/31/18    Page 3 of 30

**Version:** Unabridged

**Publisher:** Emily Guzman

**Audible.com Release Date:** December 28, 2015

**Language:** English

**ASIN:** B019R0NZXW

**Amazon Best Sellers Rank:**
#3885 in Books > Gay & Lesbian > Literature & Fiction > Fiction > Romance > **Gay**
#4893 in Books > Audible Audiobooks > Romance > **Contemporary**
#22833 in Books > Audible Audiobooks > **Fiction & Literature**

Would you like to **tell us about a lower price**?

---

## Customer Reviews

**15**

**4.0 out of 5 stars**

| | |
|---|---|
| 5 star | 40% |
| 4 star | 46% |
| 3 star | 7% |
| 2 star | 0% |
| 1 star | 7% |

Share your thoughts with other customers

Write a customer review

**See all 15 customer reviews**

---

### Rated by customers interested in

**What's this?**

| Romance Novels | LGBTQ Books | Literary Fiction |
|---|---|---|
| 3.0 out of 5 stars | 4.2 out of 5 stars | 3.8 out of 5 stars |

Is this feature helpful? Yes   No

---

### Read reviews that mention

copy   voluntarily   turns   carter   via   twists

booksprout   teri   mother   leaving   arc   emotional

guzman   enjoyable   reviewed   cheating   entertaining

### Top customer reviews

 James Massey

**Sensual Romance Galore!**
December 7, 2015
Format: Kindle Edition   **Verified Purchase**

I thoroughly enjoyed reading this book, but please be warned this really contains explicit materials so, just a bit shocked as this is my first erotic novel and I can say this kind of read is really different from your traditional novellas, different in a good way, I like how the author moved through different scenes and the storytelling is solid enough to get my attention for a very long time.

Recommended for you or us sensual romance readers, I give it my FIVE STARS!.

One person found this helpful

Helpful   Not Helpful    **Comment**   Report abuse

Mary

**Deception At Its Finest...**



241

Shop now

Ad feedback

### Most recent customer reviews

 Kaymay62

**Cocky Stepbrother**
I received a free copy of this book via Booksprout and am voluntarily leaving a review. This book it is emotional, intriguing, suspenseful, with twists and turns. Read more
Published 4 days ago

 Pat W

**Terrific read!**
I found this book to be a very enjoyable read with the good storyline and great characters that kept my attention until the turn of the very last page!
Published 10 days ago

 Dani Marlowe

**Good read**
Emily Guzman did a good job on this story. It was well written and had a good plot. I story had many emotions. Carter and Teri were good characters. I enjoyed their journey. Read more
Published 10 days ago

 M.Verseman

**Hooot and spicy, so enjoy**
This was a free ARC copy from the author and bookspout for my voluntary honest review and I really enjoyed this story. Read more
Published 13 days ago

 Nicole G



5/30/2018 Amazon.com: Cocky Stepbrother: A Billionaire Romance (Kindle ... Audible Edition): Emily Guzman, Audrey Mitchell: Books

Case 1:18-cv-04870-AKH Document 20 Filed 05/31/18 Page 4 of 30

May 14, 2018
Format: Kindle Edition

Reviewed By: LMR
When a tangled web you weave, you get trapped within the Lies used to deceive...
Emily Guzman's "Cocky Stepbrother: A Billionaire Romance" is full of twists, turns, lies, & deceptions carefully woven together into an emotional rollercoaster. This one's sure to shock you with its unexpectedness & keep you vested in its outcome clear through until the END.
I was granted an ARC of Emily Guzman's "Cocky Stepbrother: A Billionaire Romance" via Booksprout; it's my 1st time reading Emily's work, but I'm impressed with her storytelling ability. I recommend this book to others based upon its own merits. All opinions expressed within this review are uniquely my own & freely given!
Until next time... Happy Reading!

[ Helpful ]  [ Not Helpful ]     Comment     Report abuse

 AnnG

**Enjoyable read**

May 11, 2018
Format: Kindle Edition

Teri's BF and best friend (and room mate) cheated on her. Recently single and moving from her apartment, she finds herself staying in her mother's guesthouse with her hot stepbrother, Carter.

I hate Carter so much. He is more than a "Cocky Stepbrother", he is a narcissistic, selfish, manipulative man whore. He is a walking STD and so gross! I was really hoping for that he gets his big comeuppance in the end.

If you don't like cheating in your books, you will probably won't like this one. They also don't mention about using protection so I'm a little alarmed by that. Too much cheating for me, I felt really bad for Teri since she seems like a really kind person.

Honestly, was hooked from the beginning and enjoyed the plot despite all my complaints. Towards the end of the book, there is a plot twist that I did not see coming at all. Enjoyed the plot and the twists and turns, definitely had me on the edge of my seat. I don't want to give any spoilers but I wish the ending was not so rushed. I wanted to read more about Teri's happy ever after ending! I'm also glad how Carter's dad got his happy ending as well.

[ Helpful ]  [ Not Helpful ]     Comment     Report abuse

 Mary

**Cocky!**

May 21, 2018
Format: Audible Audiobook

I was not anticipating all the twists and turns in this story. Overall it was an interesting story with some bizarre twists and even more bizarre ending. The sparks definitely fly between Carter and Teri! This is a roller coaster ride with cheating and steam. I am not a fan of cheating books but this one was entertaining and had a lot of potential but I thought it could have been a little better flowing story. Her stepbrother was unbelievable but I am glad that Teri did get her HEA!

*I voluntarily read and reviewed an advanced copy of this book.*

[ Helpful ]  [ Not Helpful ]     Comment     Report abuse

 sherry westendorf

**Excellent book**

May 15, 2018
Format: Kindle Edition

Her recent ex-boyfriend and her ex-roommate decided to get together and try to destroy her both ways. She then moves home with her mother into the pool house with her hot stepbrother who has a wild lifestyle. He decides to loosen her up and when they go out will guess who is where they go. Her stepbrother decides to help her hurt her ex. Well read on from there. Hot and steamy, emotional, suspenseful, exciting and so much more. I was given a review copy and voluntarily review it.

[ Helpful ]  [ Not Helpful ]     Comment     Report abuse

**\*Spoilers\* and what in the hek did I just read?**
Truth be told, I've never left a review of less than 3 stars. But this book literally left me wondering what I just read. Read more
Published 14 days ago

Amazon Customer

**It's getting hot in here!!**
Wow.. this book is full of excitement and passion. Loved the plot and the twists and turns, definitely had me on my seat. Romance scenes were intense!!!
Published on December 12, 2015

**Search customer reviews**

[                    ]  [ Search ]

Case 1:18-cv-04670-AKH   Document 20   Filed 05/31/18   Page 5 of 30


valentina

**Carter and Terri**

May 20, 2018

Format: Kindle Edition

Terri finds herself back a her mother's were she has to share the guest house with her step brother Carter. Carter is a self center, manipulative man that will do anything to get what he wants. This book was a great read. I enjoyed reading this book it was full of twist and turns. I received a free copy of this book via Booksprout and am voluntarily leaving a review.

| Helpful | Not Helpful |    Comment    Report abuse


Karen Galloway

**A Very Enjoyable Book**

May 21, 2018

Format: Kindle Edition

I voluntarily reviewed an arc of this book. I liked this really enjoyable, entertaining book from Emily Guzman. If you are looking for a good book to read you want to read this. It has a great story and the characters kept me interested in this book. I loved their story. Their interaction and chemistry was enjoyable and engaging, I couldn't put it down

| Helpful | Not Helpful |    Comment    Report abuse

Shannon G

**Worth Reading**

May 19, 2018

Format: Kindle Edition

I enjoyed reading this story for the most part. I didn't care for the way Carter and Terri's relationship was written but I did enjoy the way the author wrapped it all up. It's worth reading. It's a quick sexy read and I look forward to reading more by this author.

I received this book in exchange for an honest review.

| Helpful | Not Helpful |    Comment    Report abuse

**See all 15 reviews**

| Write a customer review |


Stone & Beam
_Exclusively_ on Amazon

Shop now ›

Ad feedback

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

5/30/2018    Amazon.com: Cocky Stepbrother: A Billionaire Romance (Kindle Single Edition) eBook: Emily Guzman, Audrey Mitchell: Books

Case 1:18-cv-04870-AKH   Document 20   Filed 05/31/18   Page 6 of 30

| English | United States |

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates



**Try Prime**

Books ▾   Cocky

Deliver to
Newyork 10001

Departments ▾    Your Recommendations      EN ▾    Hello. Sign in
Account & Lists ▾    Orders    Try Prime ▾    0 Cart

Sign in

New customer? Start here.

Books    Advanced Search    New Releases    Amazon Charts    Best Sellers & More    The New York Times® Best Sellers    Children's Books

**Kindle Monthly Deals** Up to 80% off top titles    › Browse now

Kindle Store › Kindle eBooks › Literature & Fiction





# Bite me, Cocky Kindle Edition

by Lucee Joie   (Author)

1
customer review

See all formats and editions

| Kindle |
| --- |
| $0.00 |

Read with Kindle Unlimited to also enjoy access to over 1 million more titles
$0.99 to buy

Kate knew the man was trouble.

She also knew she loved trouble more than anything else in the world.

Read more

| Length: 16 pages | Word Wise: Enabled | Enhanced Typesetting: Enabled |
| --- | --- | --- |
| Page Flip: Enabled | | |

**DARK MAGICK PUBLISHING**

Get your next Twilight fix. Binge today.

› Shop now

Ad feedback

Kindle Price: **$0.99**

Unlimited reading. Over 1 million titles.
Learn more

| Read for Free |
| --- |
OR
| Buy now with 1-Click® |

Deliver to your Kindle or other device

### Buy for others

Give as a gift or purchase for a team or group. Learn more

Quantity: 1    Buy for others

| Send a free sample |
| --- |

Deliver to your Kindle or other device

| Add to List |
| --- |

Enter a promotion code or Gift Card

Share      <Embed>



*My Familiar Stra...*
by Victoria Danann

"A breath of fresh air to the vampire genre." Find out for yourself why this series is the four-time winner of Best Paranormal Romance Se...

› Learn more

Ad feedback

Sponsored products related to this item (What's this?)      Page 1 of 70







**Misadventures of the First Daughter (Misadventures Book 3)**

Meredith Wild

*The book the White House did not want released is out now! Get Misadventures of the First Daughter today!*

250

Recently Released

Kindle Edition
**$3.99**

**Misadventures of a City Girl (Misadventures Book 2)**

Meredith Wild

*Are you looking for your mountain man? Luke Dawson is right here in Misadventures of a City Girl.*

764

Recently Released

Kindle Edition
**$3.99**

**Misadventures of a Backup Bride (Misadventures Book 4)**

Shayla Black

*A sweet and sexy romp that will leave you smiling from ear to ear...Misadventures a Backup Bride*

244

Recently Released

Kindle Edition
**$3.99**

Ad feedback

**Try Kindle Countdown Deals**
Explore limited-time discounted eBooks. Learn more.

## Product details

**File Size:** 2097 KB
**Print Length:** 16 pages
**Publication Date:** May 8, 2012
**Sold by:** Amazon Digital Services LLC
**Language:** English
**ASIN:** B0081O17TK
**Text-to-Speech:** Enabled
**X-Ray:** Not Enabled
**Word Wise:** Enabled
**Lending:** Enabled
**Screen Reader:** Supported
**Enhanced Typesetting:** Enabled
**Amazon Best Sellers Rank:** #2,388,719 Paid in Kindle Store (See Top 100 Paid in Kindle Store)
    #1752 in Kindle Store > Kindle Short Reads > 30 minutes (12-21 pages) > **Romance**
    #34606 in Kindle Store > Kindle eBooks > Literature & Fiction > Short Stories > **Single Authors**
    #42347 in Kindle Store > Kindle eBooks > Romance > **Paranormal**

Would you like to **tell us about a lower price**?

## Related Video Shorts (0)   Upload your video



Be the first video

Your name here

## Sponsored products related to this item   (What's this?)











**Misadventures of a Backup Bride (Misadventures Book 4)**

Shayla Black

*A sweet and sexy romp that will leave you smiling from ear to ear...Misadventures of a Backup Bride*

244

Kindle Edition

$3.99

**Cutthroat (Sutton Capital Intrigue Book 1)**

Lori Ryan

*Have you met Jaxon Cutter? What are you waiting for?*

57

Kindle Edition

$0.00

**Brie's Submission (1-3) (The Brie Collection: Box Set)**

Red Phoenix

*Brie's life is turned upside down as she joins the Submissive Training Center. Class is in session, and these Doms show her she's got a lot to learn.*

362

Kindle Edition

$0.00

**Bad Seed: A Brother's Best Friend Romance**

Rye Hart

*A good girl and a bad boy. Opposites attract. Torn apart years ago, it takes danger to bring them back together.*

325

Kindle Edition

$0.99

**Dirty Talking Alpha: A roommate romance**

Mia Luxe

*My former bully is my new roommate! This can't be happening! Arrogant, cocky, and with a dirty mouth, can I resist his honeyed tongue promising to...*

46

Kindle Edition

$2.99

Ad feedback



**FOCUSON** LIPS

**New! Liquid Matte Lipstick**
Welcome matte.

**Shop now**

Ad feedback

## Customer Reviews

1

5.0 out of 5 stars

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

See all 1 customer reviews

Share your thoughts with other customers

Write a customer review

**Find value**
for your business

amazonbasics  amazonbusiness

Create a free account ›

Ad feedback

**Rated by customers interested in**          What's this?

| Romance Novels | Young Adult Books | Fantasy Books |
|---|---|---|
| 5.0 out of 5 stars | 5.0 out of 5 stars | 5.0 out of 5 stars |

Is this feature helpful?  Yes  No

Search customer reviews

[            ]  Search

### Top customer reviews

 Lori Ann Robinson

**Fantastic Story**
May 20, 2012
Format: Kindle Edition    Verified Purchase

5/30/2018 Bite me Cocky Kindle edition by Lucee Joie. Literature & Fiction Kindle eBooks @ Amazon.com

Case 1:18-cv-04670-AKH Document 20-2 Filed 05/31/18 Page 10 of 30

Although it was short, the story was spicy, enticing and well written. I'd love to see more from this author and I'd also love to see her take the "Bite" storyline and expand it into a full blown novel. Well worth the .99 purchase price!

Helpful | Not Helpful | Comment   Report abuse

**See the review**

Write a customer review

**Feedback**

If you need help or have a question for Customer Service, **contact us.**

Would you like to report poor quality or formatting in this book? **Click here**

Would you like to report this content as inappropriate? **Click here**

Do you believe that this item violates a copyright? **Click here**

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English   United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

Case 1:18-cv-04616-AKH   Document 26-2   Filed 05/31/18   Page 11 of 30



Try Prime

| Kindle Store ▾ | cocky bastard |

Deliver to
Newyork 10001

Departments ▾    Your Recommendations              EN ▾    Hello. Sign in
Account & Lists ▾    Orders    Try Prime ▾    Cart 0

Kindle eBooks    Kindle Unlimited    Prime Reading    Best Sellers & More    Kindle Book Deals    Free Reading Apps    Buy a Kindle    Kindle Singles    Newsstand

**Kindle Monthly Deals** Up to 80% off top titles    › Browse now

‹ Back to search results for "cocky bastard"



Look inside ↓



Audible Sample

 READ ON
ANY DEVICE
› Get free Kindle app

# Cocky Bastard Kindle Edition

by Penelope Ward    (Author), Vi Keeland    (Author)

customer reviews    1,236

See all 6 formats and editions

| Kindle $4.99 | Paperback $11.45 | Aud $0.00 |

Read with Our Free App    22 Used from $6.00    Free with y
22 New from $10.45

From **New York Times** Bestsellers, **Penelope Ward** & **Vi Keeland**, comes a sexy new **standalone** novel.

He was someone who belonged in my wildest fantasies instead of a rest stop in the middle of Nebraska.

Read more

| Length: 337 pages | Word Wise: Enabled | Enhanced Typesetting: Enabled |
| Page Flip: Enabled | | Audible book: Available |

 "All the Little Lights" by Jamie McGuire
Learn more about this new book.

Print List Price: ~~$14.99~~
Kindle Price: **$4.99**
Save $10.00 (67%)

Buy now with 1-Click ®

☐ Add Audible book to your purchase for just $1.99

Deliver to your Kindle or other device

**Buy for others**
Give as a gift or purchase for a team or group. Learn more

Quantity: 1    Buy for others

Send a free sample
Deliver to your Kindle or other device

Add to List

Enter a promotion code or Gift Card
Share    ‹Embed›

## Customers who bought this item also bought

Page 1 of 22



Mister Moneybags
› Vi Keeland
589
Kindle Edition
$4.99

Bossman
› Vi Keeland
1,755
Kindle Edition
$3.99

Playboy Pilot
› Penelope Ward
609
Kindle Edition
$4.99

Egomaniac
› Vi Keeland
1,044
Kindle Edition
$3.99





## Sponsored products related to this item (What's this?)

Page 1 of 30







**Escort**
Skye Warren

*"Gorgeously written and saturated with pure, unadulterated desire. Five Mon Dieu stars!" ~ Sierra Simone, USA Today bestselling author*

216

Kindle Edition
$3.99

**Cocky Cowboy: Jaxson Cocker (Cocker Brothers, The Cocky Series Book 3)**
FALEENA HOPKINS

*What if you met your soulmate when you were eight then moved away, returning twenty-two years later? Meet Jaxson. He needed no one, but her.*

336

Kindle Edition
$2.99

**The Hardest Fall**
Ella Maise

*"I didn't want to miss out on another second with this girl." The star wide receiver meets his match in the shy and quirky girl in this slow burn.*

292

Kindle Edition
$3.99

**The Wedding Rescue (The Alpha Billionaire Club Book 1)**
Ivy Layne

*She thinks she's not his type. He's determined to prove her wrong.*

307

Kindle Edition
$4.99

**Miss Mechanic**
Emma Hart

*Two mechanics. One rivalry.She'll prove s... good as she says she... prove her place isn't the hood.It's over it...*

205

Recently Released

Kindle Edition
$4.99

**Try Kindle Countdown Deals**
Explore limited-time discounted eBooks. Learn more.

Ad feedback

## Editorial Reviews

### Review

"Witty & HIGHLY **addictive** standalone with a surprising plot twist we didn't see coming! Confidently one of our top reads this year!!"   *-The Rock Stars of Romance*

"This will be, without question, one of my **favorite reads for 2015**!"   *-5 stars from Lisa, Three Chicks and Their Books*

"To say that **I loved this book** would be an understatement. I binge read this unputdownable standalone. If there was a formula for a **perfect book**...this would be it. This second chance romance is absolute Kindle Crack. Cocky Bastard has the ideal mix of "the feels", romance, angst, drama and likable characters. This funny, sexy and sweet romance **captivated** me from the first page to the last. Be prepared to pull an all-nighter." *-Cheri, Kindle Crack*

BRILLIANT, BRILLIANT, BRILLIANT!
"I absolutely am in love with this book! I could not put it down, simply because **this book has everything** in it, happiness, sadness, hope, dejectedness, humour, bloody fantastic characters and a brilliant story line." *-Michelle, The Romance Vault*

"This book made me **feel so many emotions** but the firstone was to laugh through the beginning! This Cocky Bastard is now one of my favorite books ever!" *-Maria, Book Boyfriend Hangover*

### About the Author

**Penelope Ward** is a *New York Times*, *USA Today* and *Wall Street Journal* bestselling author. She grew up in Boston with five older brothers and spent most of her twenties as a television news anchor before switching to a more family-friendly career. Penelope lives for reading books in the new adult/contemporary romance genre, coffee and hanging out with her friends and family on weekends. She is the proud mother of a beautiful 11-year-old girl with autism (the inspiration for the character Callie in Gemini) and a 9-year-old boy, both of whom are the lights of her life. Penelope, her husband and kids reside in Rhode Island. She is the author of RoomHate and Stepbrother Dearest, which hit #3 on the *New York Times* bestseller list. Other works include the *New York Times* bestseller Cocky Bastard (co-written with Vi Keeland), Sins of Sevin, My Skylar, Jake Undone, Jake Understood and Gemini.

## Product details

**File Size:** 753 KB
**Print Length:** 337 pages
**Simultaneous Device Usage:** Unlimited
**Publication Date:** August 15, 2015
**Sold by:** Amazon Digital Services LLC
**Language:** English
**ASIN:** B014005B72
**Text-to-Speech:** Enabled ☑
**X-Ray:** Enabled ☑
**Word Wise:** Enabled
**Lending:** Enabled
**Screen Reader:** Supported ☑
**Enhanced Typesetting:** Enabled ☑
**Amazon Best Sellers Rank:** #10,283 Paid in Kindle Store (See Top 100 Paid in Kindle Store)

    #509 in Kindle Store > Kindle eBooks > Literature & Fiction > Contemporary Fiction > **Romance**

5/30/2018　　　　Cocky Bastard - Kindle edition by Penelope Ward, Vi Keeland. Literature & Fiction Kindle eBooks @ Amazon.com.

Case 1:18-cv-04059-AKH　Document 20-2　Filed 05/31/18　Page 13 of 30

#1284 in Kindle Store > Whispersync for Voice > **Romance**
#1838 in Kindle Store > Kindle eBooks > Romance > **Contemporary**

Would you like to **tell us about a lower price**?

## Related Video Shorts (0)　Upload your video



**Be the first video**

Your name here

---

## More about the authors

Discover books, learn about writers, read author blogs, and more.



**Penelope Ward**
Follow on Amazon
Follow authors to get
new release updates,
plus improved
recommendations and
more coming soon.

Learn More



Vi Keeland



Vi Keeland

---

## Sponsored products related to this item　(What's this?)



Good Girl
Jana Aston

*Sometimes good girls want things that aren't good for them. Or someone who isn't good for them. Like their new boss.*

307

Kindle Edition
$3.99



Escort
Skye Warren

*"Gorgeously written and saturated with pure, unadulterated desire. Five Mon Dieu stars!" – Sierra Simone, USA Today bestselling author*

216

Kindle Edition
$3.99



Misadventures of the First Daughter (Misadventures Book 3)
Meredith Wild

*The book the White House did not want released is out now! Get Misadventures of the First Daughter today!*

250

Kindle Edition
$3.99



Accidentally Married
R.R. Banks

*Getting married was the last thing I had in mind. Then I saw Holly...*

303

Kindle Edition
$0.99



Misadventures of a City Girl (Misadventures Book 2)
Meredith Wild

*Are you looking for your mountain man? Luke Dawson is right here in Misadventures of a City Girl.*

764

Kindle Edition
$3.99

Ad feedback

---

## Customer Reviews

1,236

4.6 out of 5 stars

**Customer images**



5/30/2018　　　　Cocky Bastard - Kindle edition by Penelope Ward, Vi Keeland. Literature & Fiction Kindle eBooks @ Amazon.com.

Case 1:18-cv-04679-AKH　Document 26-2　Filed 05/31/18　Page 14 of 30

| 5 star | 75% |
| 4 star | 17% |
| 3 star | 5% |
| 2 star | 2% |
| 1 star | 1% |

Share your thoughts with other customers

[Write a customer review]

See all 1,236 customer reviews

## Rated by customers interested in

What's this?

| Romance Novels | Literary Fiction | Sports Books |
| 4.7 out of 5 stars | 4.6 out of 5 stars | 4.6 out of 5 stars |

Is this feature helpful? [Yes] [No]

## Read reviews that mention

chance　aubrey　funny　goat　penelope　sexy　trip

ward　authors　road　heart　keeland　sweet　stop

chemistry　romance　laugh　aussie　banter　loud

## Top customer reviews

 Wendy LeGrand

**Everyone should take a "Chance" on this book!!**

September 28, 2015
Format: Kindle Edition　　Verified Purchase

AH-BREE and Chance's story was amazing!! A chance encounter between a gorgeous, cocky Australian hottie and a beautiful but uptight woman who's trying to start her life over...it was a refreshing, exciting change of pace and chock full of laughs, sarcasm, adventures, and emotion.

I really loved the back and forth wit and HU-MAH between Chance and Aubrey. Chance brought out a side of Aubrey that she never showed to anyone and it was endearing how he never made her feel foolish for letting loose. The road trip they ended up on was funny and I loved experiencing their adventures with them. Esmeralda Snowflake was my favorite character of the whole book!

Part one is told from Aubrey's POV and it was interesting to see her perceptions of Chance, and get inside her head to see how she deals with the situations he puts her in all along their trip.

Part two is told from Chance's POV and Penelope and Vi did an amazing job of giving the readers the male perspective on the tough, emotional situations we find these two characters in.

Read more

102 people found this helpful

[Helpful] [Not Helpful]　　Comment　Report abuse

 chrissycf

**Absolutely Amazing!**

August 17, 2015
Format: Kindle Edition　　Verified Purchase

What a wild and crazy ride this book was! Once I picked it up, I was unable to stop reading till I reached "The End".

We meet Aubrey who is on a road trip from Chicago to California to start a new life, she never expected to meet C.B. aka Chance on her trip across the country. One flat tire, and one broken bobble head changes Aubrey's trip dramatically.

I loved the eight days that Aubrey and Chance were together during their road trip. You could instantly tell

## See all customer images

## Most recent customer reviews

 Sarah Wayne

**Best Book ever - Copywrite Infringement?**
Absolutely loved this book but wonder what Penelope Ward and Vi Keeland are going to do about their titles copywrite infringement against Faleena Hopkins? I dont support Ms. Read more
Published 1 day ago

 Tara Jenkinson Cignarella

**A good COCKY book.**
#cockygate led me to purchase this cocky book. A fun quick read. Very sexy. Never dull.
Published 1 day ago

 Aimee Powell

**This book is freaking amazing!**
This is the 1st book by these authors that I have read....and I honestly don't know why I waited so long!!! This book is freaking amazing!!! Read more
Published 5 days ago

 FS Meurinne

**Fainting goat, c\*cky Australian and a road trip of a lifetime!**
Chance is confident, c\*cky and Australian, what's not to like right? Then we have Aubrey a girl making a trip and now she finds herself stuck with Chance, and now sparks fly! Read more
Published 6 days ago

 Amber N. Sanchez

**This book was really so good! I'll admit I was skeptical at first**
This book was really so good! I'll admit I was skeptical at first, but at the end - I'm so serious when I tell you this must be made into a movie! Wow! I love this book! Read more
Published 7 days ago

  Donna-Marie Zappone

**It was an awesome book.**
If you have not read a book cowritten before then you should read this book. It was an awesome book....I don't know why I waited so long to read this book. Read more
Published 7 days ago

 Sara L

**King of the cocky bastards**
This was amusing spanned years so made it epic and downright filthy in places. Without reiterating the blurb or giving spoilers this is the tale of a feisty woman and a cocky guy... Read more
Published 8 days ago

5/30/2018 Cocky Bastard - Kindle edition by Penelope Ward, Vi Keeland. Literature & Fiction Kindle eBooks @ Amazon.com.

Case 1:18-cv-04678-AKH Document 20-2 Filed 05/31/18 Page 15 of 30

there was a spark between Aubrey and Chance and I wanted nothing more than for these two to end up together. Chance is laid back, hilarious and pushes Aubrey outside of her comfort zone. Aubrey is stand offish at first, and guarded, but as she spends more time with Chance her fun side starts to peak out.

During the road trip Chance and Aubrey definitely create a bond, and I loved their back and forth banter, their sexual innuendo's and everything else. I was laughing out loud multiple times during this book, and

Read more

123 people found this helpful

[ Helpful ] [ Not Helpful ]    Comment    Report abuse

 The Book Chick

**Loved It!**

August 16, 2015
Format: Kindle Edition    Verified Purchase

I finished Cocky Bastard by Vi Keeland and Penelope Ward on Wednesday and I struggled with book afterglow so I couldn't read anything new yesterday. *Sigh*... it was just that good! Although I've now loaded two new books on my Kindle, the glow is still riding me pretty hard. I absolutely adored the story. It was funny. It was sweet. It was very sexy. And LAUGH OUT LOUD funny! This story contained the best of everything that you love in a romance and more.You will instantly fall in love with Chance and Aubrey....oh and Esmeralda Snowflake. Cocky Bastard was a romance gem of 2015!

83 people found this helpful

[ Helpful ] [ Not Helpful ]    Comment    Report abuse

See all 1,236 reviews

[ Write a customer review ]

 Kim B.

**In Review: Cocky Bastard by Penelope Ward & Vi Keeland**

I bought Cocky Bastard ages ago, but just never got around to reading it. Funny how frequently this happens to me, huh? Read more

Published 8 days ago

Ashley Woodland

**Incredible, romance ride!**

Awesome, romantic, book. Loved the chemistry between the two main, characters. The emotional, twists and turns, plus the hot tension made this book a fantastic read. Read more

Published 9 days ago

pinkspo0n

**Fabulous Read**

I loved this book! It's so easy to get into and live these two characters and their loveable goat!

I enjoyed that the book was split between the two characters point... Read more

Published 13 days ago

**Search customer reviews**

[                    ] [ Search ]

---

## Customers who viewed this item also viewed



Mister Moneybags
› Vi Keeland
589
Kindle Edition
$4.99

---

## What other items do customers buy after viewing this item?



**Rebel Heart: Book Two (The Rush Series)**  Kindle Edition

› Penelope Ward

203

$3.99



**Arrogant Fiancé**  Kindle Edition

› T.L. Smith

161

$3.99



**Bossman**  Kindle Edition

› Vi Keeland

1,755

$3.99



**Rebel Heir: Book One (The Rush Series)**  Kindle Edition

› Vi Keeland

408

$3.99

---

**Feedback**

▸ If you need help or have a question for Customer Service, **contact us.**

▸ Would you like to report poor quality or formatting in this book? **Click here**

▸ Would you like to report this content as inappropriate? **Click here**

▸ Do you believe that this item violates a copyright? **Click here**

---

Back to top

## Get to Know Us

Careers

About Amazon

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---

English    United States

---

| Amazon Music Stream millions of songs | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business |
| AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants | Amazon Web Services Scalable Cloud Computing Services |
| Audible Download Audiobooks | AudiobookStand Discount Audiobooks on Disc | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Junglee.com | Kindle Direct Publishing |

5/30/2018
Cocky Bastard - Kindle edition by Penelope Ward, Vi Keeland. Literature & Fiction Kindle eBooks @ Amazon.com.
Case 1:18-cv-04670-AKH Document 26-2 Filed 05/31/18 Page 17 of 30

Designer Men's
Fashion

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Sewing, Quilting
& Knitting

Prime Photos
Unlimited Photo Storage
Free With Prime

Withoutabox
Submit to
Film Festivals

Book reviews
& recommendations

Prime Video Direct
Video Distribution
Made Easy

Woot!
Deals and
Shenanigans

Movies, TV
& Celebrities

Shopbop
Designer
Fashion Brands

Zappos
Shoes &
Clothing

Get Info Entertainment
Professionals Need

TenMarks.com
Math Activities
for Kids & Schools

Souq.com
Shop Online in
the Middle East

Shop Online
in India

Amazon Warehouse
Great Deals on
Quality Used Products

Subscribe with Amazon
Discover & try
subscription services

Indie Digital Publishing
Made Easy

Whole Foods Market
America's Healthiest
Grocery Store

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates

Case 1:18-cv-04670-AKH Document 20-2 Filed 05/31/18 Page 18 of 30



Kindle Store › Kindle eBooks › Literature & Fiction





# Cocky: A Cowboy Stepbrother Romance Kindle Edition

by Kaylee Kazarian (Author)

★ 9 customer reviews

See all formats and editions

| Kindle |
|---|
| $0.00 |

Read with **Kindle Unlimited** to also enjoy access to over 1 million more titles
$2.99 to buy

Jay has always been the cocky, muscle-bound cowboy that women simply can't say no to. But to me, he's always been my strong protector.

It's his birthday, and I'm dressed up for the party back
Read more

Length: 77 pages    Word Wise: Enabled    Enhanced Typesetting: Enabled

Page Flip: Enabled

**"All the Little Lights" by Jamie McGuire**
Learn more about this new book.

Kindle Price: **$2.99**

Unlimited reading. Over 1 million titles.
Learn more

Read for Free

OR

Buy now with 1-Click ®

Deliver to your Kindle or other device

### Buy for others

Give as a gift or purchase for a team or group. Learn more

Quantity: 1    Buy for others

Send a free sample

Deliver to your Kindle or other device

Add to List

Enter a promotion code or Gift Card

Share    ‹Embed›





## Customers who bought this item also bought

Page 1 of 3









**Her Best Men: A Brother's Best Friends Reverse Harem**
› Rye Hart
★ 258
Kindle Edition
$0.99

**Mr. Fiancé (Irresistible Bachelors Book 2)**
› Lauren Landish
★ 377
Kindle Edition
$2.99

**The Five Brothers Next Door: A Reverse Harem Romance**
› Nikki Chase
★ 198
Kindle Edition
$3.99

**Cinderella.Com: A Modern Day Cinderella Story**
› River Laurent
★ 505
Kindle Edition
$2.99

Case 1:18-cv-04670-AKH   Document 20-2   Filed 05/31/18   Page 19 of 30

## Sponsored products related to this item   (What's this?)







**Bound for Nirvana: (The Bound Trilogy Book 3)**
Kendra Leigh

*Paradise can turn to hell in a heartbeat... A beautiful, heart wrenching, sexy romance suspense that will leave you shattered but helplessly addicted!*

49

Kindle Edition
**$3.99**

**Bound for Hell: (The Bound Trilogy Book 1)**
Kendra Leigh

*An emotional roller coaster that delivers a powerful punch to the heart. Romantic, seductive, suspenseful, with twists and turns you'll never predict.*

68

Kindle Edition
**$2.99**

**Bound for Salvation: (The Bound Trilogy Book 2)**
Kendra Leigh

*A beautiful, heart wrenching story of love, passion, trust and betrayal, and what one person is willing to risk to save the other from a living hell.*

38

Kindle Edition
**$3.99**

Ad feedback

**Try Kindle Countdown Deals**
Explore limited-time discounted eBooks. Learn more.

## Product details

**File Size:** 2203 KB
**Print Length:** 77 pages
**Simultaneous Device Usage:** Unlimited
**Publisher:** Smutpire Press (August 12, 2015)
**Publication Date:** August 12, 2015
**Sold by:** Amazon Digital Services LLC
**Language:** English
**ASIN:** B013V17PCK
**Text-to-Speech:** Enabled ☑
**X-Ray:** Not Enabled ☑
**Word Wise:** Enabled
**Lending:** Enabled
**Screen Reader:** Supported ☑
**Enhanced Typesetting:** Enabled ☑
**Amazon Best Sellers Rank:** #707,384 Paid in Kindle Store (See Top 100 Paid in Kindle Store)
    #16603 in Kindle Store > Kindle eBooks > Literature & Fiction > Erotica > **BDSM**
    #16875 in Books > Literature & Fiction > Erotica > **BDSM**
    #119703 in Kindle Store > Kindle eBooks > Literature & Fiction > **Genre Fiction**

Would you like to **tell us about a lower price**?

## Related Video Shorts (0)   Upload your video



**Be the first video**
Your name here

## Sponsored products related to this item   (What's this?)

5/30/2018 Cocky: A Cowboy Stepbrother Romance - Kindle edition by Kaylee Kazarian. Literature & Fiction Kindle eBooks @ Amazon.com.

Case 1:18-cv-04670-AKH Document 20-2 Filed 05/31/18 Page 20 of 30





**Bound for Hell: (The Bound Trilogy Book 1)**
Kendra Leigh

*An emotional roller coaster that delivers a powerful punch to the heart. Romantic, seductive, suspenseful, with twists and turns you'll never predict.*

68

Kindle Edition
$2.99

**Bound for Salvation: (The Bound Trilogy Book 2)**
Kendra Leigh

*A beautiful, heart wrenching story of love, passion, trust and betrayal, and what one person is willing to risk to save the other from a living hell.*

38

Kindle Edition
$3.99

**Bound for Nirvana: (The Bound Trilogy Book 3)**
Kendra Leigh

*Paradise can turn to hell in a heartbeat... A beautiful, heart wrenching, sexy romance suspense that will leave you shattered but helplessly addicted!*

49

Kindle Edition
$3.99

Ad feedback

## Customer Reviews

9

3.7 out of 5 stars

| | |
|---|---|
| 5 star | 45% |
| 4 star | 33% |
| 3 star | 0% |
| 2 star | 11% |
| 1 star | 11% |

See all 9 customer reviews

Share your thoughts with other customers

Write a customer review

**Rated by customers interested in** — What's this?

| Romance Novels | Short Stories & Anthologies | Literary Fiction |
|---|---|---|
| 3.9 out of 5 stars | 4.0 out of 5 stars | 4.0 out of 5 stars |

Is this feature helpful? Yes No

### Most recent customer reviews

 ck8

**Loved the twists and turns...**
Fun and mild steamy read and loved how it took twists and turns that I wasn't expecting.

Was a bit sad when I got to the last page. I was so not ready to finish it. Read more
Published 1 year ago

**Search customer reviews**

Search

## Top customer reviews

 Linda's Kindle

**Hum Drum**
May 18, 2016
Format: Kindle Edition   Verified Purchase

Not sure what to say, just not what I like or expected. I've got to stop reading the reviews first. The five stars are misleading. I respect the lower ratings more. For me it was hum drum.

Helpful | Not Helpful | Comment | Report abuse

Lbj

**Not worth it**
October 11, 2016
Format: Kindle Edition   Verified Purchase

This book was all poorly written non believable sex. It seemed to be Trying too hard to be a semblance of an erotic piece. The sex scenes were less than desirable and the 'plot' was weak and just 'skim-able. Don't waste your $.

Helpful | Not Helpful | Comment | Report abuse

5/30/2018 Cocky: A Cowboy Stepbrother Romance - Kindle edition by Kaylee Kazarian. Literature & Fiction Kindle eBooks @ Amazon.com.

Case 1:18-cv-04670-AKH Document 20-2 Filed 05/31/18 Page 21 of 30

Elizabeth Morris

**Oh yeah!**

March 16, 2016

Format: Kindle Edition    Verified Purchase

I am sure I'm not the only one to think this, but this book was amazing! I couldn't put it down. It was so hot and steamy. Give it a try you won't be disappointed.

Helpful    Not Helpful    Comment    Report abuse

Jodi B.

**Wonderful book by a great author**

October 31, 2015

Format: Kindle Edition    Verified Purchase

Yum!! That's really all that needs to be said. Wonderful book by a great author.

Helpful    Not Helpful    Comment    Report abuse

Kindle Customer

**Ok**

October 17, 2015

Format: Kindle Edition    Verified Purchase

The book was ok . If needed a little more story. And the ending could have been better. My first read from this author and I will try another cuz she as more to say.

Helpful    Not Helpful    Comment    Report abuse

Amazon Customer

**Four Stars**

May 12, 2016

Format: Kindle Edition    Verified Purchase

I always love a cowboy scenario. This one was top notch.

Helpful    Not Helpful    Comment    Report abuse

Laila Viking

**Enjoyable read**

September 28, 2017

Format: Kindle Edition

A fun and short read. I liked the story line and the unsuspected twists in it. The cover I did not find that it did something good for the book. A stepbrother romance that finally come out. I like both characters and that they developed and found what they wanted and showed it.
A story that I would have like to be longer but it is recommendable.

I voluntarily reviewed an Advanced reader copy of this book.

Helpful    Not Helpful    Comment    Report abuse

Kindle Customer

**This is great! Going through Callie changing is wonderful**

August 13, 2015

Format: Kindle Edition

This is great! Going through Callie changing is wonderful. A strong woman adds so much to the story. Jay is a terrific character. A man with a Ttake charge attitude is always a turn on.Their story is a sweet and spicy one.Very steamy. Love to read more from this author.

Helpful    Not Helpful    Comment    Report abuse

**See all 9 reviews**

Case 1:18-cv-04670-AKH   Document 20-2   Filed 05/31/18   Page 22 of 30

Write a customer review

## Customers who viewed this item also viewed




**Cocky Duke: A Modern Aristocracy Billionaire Romance (Endowed...**
› Sara Forbes
284
Kindle Edition
$2.99



**Cocky: A Stepbrother Baby Romance**
› Mia Carson
3
Kindle Edition
$2.99

**My Cowboy is Cockier than Yours: A Steamy Romance (Foxworth Stud Ranch...**
› Mia Madison
235
Kindle Edition
$2.99



**Cocky**
› Sean Ashcroft
80
Kindle Edition
$3.99



**Cocky Chef**
› JD Hawkins
332
Kindle Edition
$3.99



**Cocky Roommate (Book Boyfriends 2)**
› Claire Kingsley
163
Kindle Edition
$3.99

## What other items do customers buy after viewing this item?



**Anti-Stepbrother**   Kindle Edition
› Tijan
1,011
$3.99



**Bound by my Stepbrother (Bound by Secrecy Book 1)**   Kindle Edition
› Kenzie Haven
56
$0.00



**HOSTILE: A Military Romance Novel (Military Men Book 1)**   Kindle Edition
› Leila Haven
177
$0.00



**Training Tessa (Hot Texas Bosses 1)**   Kindle Edition
› Lyla Sinclair
73
$0.00

---

**Feedback**

If you need help or have a question for Customer Service, **contact us.**

Would you like to report poor quality or formatting in this book? **Click here**

Would you like to report this content as inappropriate? **Click here**

Do you believe that this item violates a copyright? **Click here**

5/30/2018     Cocky: A Cowboy Stepbrother Romance - Kindle edition by Kaylee Kazarian. Literature & Fiction Kindle eBooks @ Amazon.com.

Case 1:19-cv-04676-AKH    Document 20-2    Filed 05/31/19    Page 23 of 30

Back to top

## Get to Know Us

Careers

About Amazon

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---

| English | United States |

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon, Inc. or its affiliates

5/30/2018       Cocky Cowboys: Three Hot Gay First Time Western Stories - Kindle edition by J.T. Riggs. Literature & Fiction Kindle eBooks @ Amazon.com.

Case 1:18-cv-04670-AKH Document 20-2 Filed 05/31/18 Page 24 of 30



Try Prime

Books ⌄   Cocky

Deliver to
Newyork 10001

Departments ⌄    Your Recommendations          EN ⌄    Hello. Sign in
                                                        Account & Lists ⌄    Orders    Try Prime ⌄    🛒 0
                                                                                                        Cart

| Books | Advanced Search | New Releases | Amazon Charts | Best Sellers & More | The New York Times® Best Sellers | Children's Books |

Sign in

New customer? Start here.

Kindle Monthly Deals  Up to 80% off top titles          › Browse now

Kindle Store › Kindle eBooks › Literature & Fiction





## Cocky Cowboys: Three Hot Gay First Time Western Stories Kindle Edition

by J.T. Riggs (Author)

Be the first to review this item

See all formats and editions

Kindle
$3.99

Read with Our Free App

This bundle contains three COMPLETE sizzling stories stories where shy young guys experience their first time at the hands of older, experienced cowboys.

BAREBACK RODEO:
Read more

| Length: 63 pages | Word Wise: Enabled | Enhanced Typesetting: Enabled |
| Page Flip: Enabled | | |





Kindle Price: $3.99

Buy now with 1-Click ®

Deliver to your Kindle or other device

**Buy for others**

Give as a gift or purchase for a team or group. Learn more

Quantity: 1    Buy for others

Send a free sample

Deliver to your Kindle or other device

Add to List

Enter a promotion code or Gift Card

Share          <Embed>

"All the Little Lights" by Jamie McGuire
Learn more about this new book.

---

## Customers who viewed this item also viewed

Page 1 of 5











The Cockiest Cowboy To Have Ever Cocked: BWWM Romance Novel
› Jamila Jasper
131
Kindle Edition
$5.99

Cocky Cowboy's Virgin
› Brittney Brooke
5
Kindle Edition
$0.99

My Cowboy is Cockier than Yours: A Steamy Romance (Foxworth Stud Ranch…
› Mia Madison
235
Kindle Edition
$2.99

Cocky Bastard
› Penelope Ward
1,236
Kindle Edition
$4.99

## Sponsored products related to this item (What's this?)



**A Chance at Love: Gay May-December Romance**
Silvia Violet

*After a chance meeting with a confident younger man, Darren considers whether he can learn to let go.*

41

Kindle Edition
$3.99



**Fake Out (Fake Boyfriend Book 1)**
Eden Finley

*Maddox needs a fake boyfriend. Damon needs a new client. It's a win win until feelings get involved.*

185

Kindle Edition
$3.99



**Fight For It (The Blueridge Junction Boys Book 1)**
A.D. Ellis

*Come to Blueridge Junction and meet the BJ Boys! Real life, emotional gay male romance that will keep you coming back for more.*

48

Recently Released

Kindle Edition
$3.99



**Bound to Fight (The Blueridge Junction Boys Book 3)**
A.D. Ellis

*Leather daddies and enemies to lovers. No one said love is perfect. Sometimes you're bound to fight. Come to Blueridge Junction and meet the BJ Boys.*

20

Kindle Edition
$3.99



**Chambers (A Buried Lies Spy Mystery, Book 1)**
Alex Annicelli

*A brilliant, young intelligence agent plays a dangerous game of manipulation and seduction against two barristers in this international spy mystery.*

3

Kindle Edition
$2.99

Ad feedback

**Try Kindle Countdown Deals**
Explore limited-time discounted eBooks. Learn more.

## Product details

**File Size:** 347 KB
**Print Length:** 63 pages
**Simultaneous Device Usage:** Unlimited
**Publication Date:** December 13, 2014
**Sold by:** Amazon Digital Services LLC
**Language:** English
**ASIN:** B00R0BADCW
**Text-to-Speech:** Enabled
**X-Ray:** Not Enabled
**Word Wise:** Enabled
**Lending:** Enabled
**Screen Reader:** Supported
**Enhanced Typesetting:** Enabled
**Amazon Best Sellers Rank:** #1,754,423 Paid in Kindle Store (See Top 100 Paid in Kindle Store)
　　　#3776 in Kindle Store > Kindle eBooks > Literature & Fiction > Erotica > Westerns
　　　#4072 in Books > Literature & Fiction > Erotica > Westerns
　　　#6715 in Books > Gay & Lesbian > Literature & Fiction > Erotica > Gay

Would you like to **tell us about a lower price**?

## Related Video Shorts (0)　Upload your video



**Be the first video**

Your name here

## Customer Reviews

**There are no customer reviews yet.**

5 star　　　0%　　　Share your thoughts with other customers
4 star　　　0%

5/30/2018    Cocky Cowboys: Three Hot Cowboy First Time Western Stories - Kindle edition by LJ Thrills. Literature & Fiction Kindle eBooks @ Amazon.com.

Case 1:18-cv-04070-AKH Document 20-2 Filed 05/31/18 Page 26 of 30

| | |
|---|---|
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Write a customer review

---

**Feedback**

▸ If you need help or have a question for Customer Service, **contact us.**

▸ Would you like to report poor quality or formatting in this book? **Click here**

▸ Would you like to report this content as inappropriate? **Click here**

▸ Do you believe that this item violates a copyright? **Click here**

---

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---

English    United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates

Try Prime | Books | Cocky

Deliver to Newyork 10001 | Departments | Your Recommendations | EN | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Books | Advanced Search | New Releases | Amazon Charts | Best Sellers & More | The New York Times® Best Sellers | Children's Books

Sign in
New customer? Start here.

Kindle Monthly Deals Up to 80% off top titles › Browse now

Kindle Store › Kindle eBooks › Literature & Fiction

Look inside

# My Cocky Stepbrother

## Kindle Edition

by Claire Sutcliffe (Author)

1 customer review

See all formats and editions

**Kindle**
**$0.00**

Read with Kindle Unlimited to also enjoy access to over 1 million more titles
$2.99 to buy

How is Corinne going to survive these days alone in the house with her hott step?

She avoids him as long as she can, but when they

Length: 21 pages | Word Wise: Enabled | Enhanced Typesetting: Enabled
Page Flip: Enabled

**"All the Little Lights" by Jamie McGuire**
Learn more about this new book.

Kindle Price: $2.99

Unlimited reading. Over 1 million titles. Learn more

Read for Free

OR

Buy now with 1-Click ®

Deliver to your Kindle or other device

Buy for others

Give as a gift or purchase for a team or group. Learn more

Quantity: 1 | Buy for others

Send a free sample

Deliver to your Kindle or other device

Add to List

Enter a promotion code or Gift Card

Share | <Embed>

## Customers who viewed this item also viewed

Page 1 of 6

Cocky: A Stepbrother Baby Romance
› Mia Carson
3
Kindle Edition
$2.99

Cocky Boss: A Billionaire and Virgin Romance
› Juliet Woods
54
Kindle Edition
$2.99

## Sponsored products related to this item (What's this?)



Case 1:18-cv-04670-AKH  Document 20-2  Filed 05/31/18  Page 28 of 30







**Bound for Nirvana: (The Bound Trilogy Book 3)**
Kendra Leigh

*Paradise can turn to hell in a heartbeat... A beautiful, heart wrenching, sexy romance suspense that will leave you shattered but helplessly addicted!*

49

Kindle Edition
$3.99

**Bound for Hell: (The Bound Trilogy Book 1)**
Kendra Leigh

*An emotional roller coaster that delivers a powerful punch to the heart. Romantic, seductive, suspenseful, with twists and turns you'll never predict.*

68

Kindle Edition
$2.99

**Bound for Salvation: (The Bound Trilogy Book 2)**
Kendra Leigh

*A beautiful, heart wrenching story of love, passion, trust and betrayal, and what one person is willing to risk to save the other from a living hell.*

38

Kindle Edition
$3.99

Ad feedback

**Try Kindle Countdown Deals**
Explore limited-time discounted eBooks. Learn more.

## Product details

**File Size:** 1324 KB
**Print Length:** 21 pages
**Simultaneous Device Usage:** Unlimited
**Publication Date:** May 16, 2015
**Sold by:** Amazon Digital Services LLC
**Language:** English
**ASIN:** B00XT5ERPM
**Text-to-Speech:** Enabled
**X-Ray:** Not Enabled
**Word Wise:** Enabled
**Lending:** Enabled
**Screen Reader:** Supported
**Enhanced Typesetting:** Enabled
**Amazon Best Sellers Rank:** #1,060,496 Paid in Kindle Store (See Top 100 Paid in Kindle Store)
     #81660 in Kindle Store > Kindle eBooks > Literature & Fiction > **Erotica**
     #89583 in Books > Literature & Fiction > **Erotica**
     #177004 in Kindle Store > Kindle eBooks > Literature & Fiction > **Genre Fiction**

Would you like to **tell us about a lower price**?

## Related Video Shorts (0)  Upload your video



Be the first video
Your name here

## Sponsored products related to this item  (What's this?)

5/30/2018     My Cocky Stepbrother - Kindle edition by Claire Sutcliffe. Literature & Fiction Kindle eBooks @ amazon.com.

Case 1:18-cv-04670-AKH   Document 20-2   Filed 05/31/18   Page 29 of 30



### Bound for Hell: (The Bound Trilogy Book 1)
Kendra Leigh

*An emotional roller coaster that delivers a powerful punch to the heart. Romantic, seductive, suspenseful, with twists and turns you'll never predict.*

**68**
Kindle Edition
$2.99



### Bound for Salvation: (The Bound Trilogy Book 2)
Kendra Leigh

*A beautiful, heart wrenching story of love, passion, trust and betrayal, and what one person is willing to risk to save the other from a living hell.*

**38**
Kindle Edition
$3.99

### Bound for Nirvana: (The Bound Trilogy Book 3)
Kendra Leigh

*Paradise can turn to hell in a heartbeat... A beautiful, heart wrenching, sexy romance suspense that will leave you shattered but helplessly addicted!*

**49**
Kindle Edition
$3.99

Ad feedback

## Customer Reviews

**1**

**3.0 out of 5 stars**

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 100% |
| 2 star | 0% |
| 1 star | 0% |

See all 1 customer reviews

**Search customer reviews**

[ ] [Search]

Share your thoughts with other customers

[ Write a customer review ]

### Rated by customers interested in

What's this?

**Children's Books**     **Literary Fiction**     **Religion & Spirituality Books**

3.0 out of 5 stars     3.0 out of 5 stars     3.0 out of 5 stars

Is this feature helpful?   [Yes] [No]

### Top customer reviews

 Lenna WB

**Pool party turns into a claiming**

August 19, 2016
Format: Kindle Edition   **Verified Purchase**

Even a billionaire and his own penthouse, he was always at their parents house, Corinne will finally figured out why, he sexy step brother want her to be his for a long time and now it's time to act on it.

[ Helpful ]   [ Not Helpful ]    Comment    Report abuse

See the review

[ Write a customer review ]

**Feedback**

If you need help or have a question for Customer Service, contact us.

Would you like to report poor quality or formatting in this book? Click here

5/30/2018    My Cocky Stepbrother - Kindle edition by Claire Sutcliffe. Literature & Fiction Kindle eBooks @ Amazon.com.

Case 1:18-cv-04670-AKH   Document 20-2   Filed 05/31/18   Page 30 of 30

› Would you like to report this content as inappropriate? **Click here**

› Do you believe that this item violates a copyright? **Click here**

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

| English | | United States |

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates