Exhibit C


Try Prime

Deliver to
Newyork 10001

All ▾    lane hart cocky

EN ▾ | Hello. Sign in
Account & Lists ▾    Orders    Try Prime ▾

0
Cart

Departments ▾    Your Recommendations

1-16 of 17 results for **"lane hart cocky"**

Sort by  Relevance ▾

☐ **FREE Shipping**

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Show results for**

**Books**
Romantic Suspense
Sports Romance
Romantic Comedy
Sports Fiction
Literature & Fiction
Contemporary Women Fiction
Short Stories
Romance Anthologies

**Kindle Store**
Sports Fiction
Women's Mystery, Thriller & Suspense Fiction
Women's Romance Fiction
Women's Fiction
Contemporary Women's Fiction
Women's Action & Adventure Fiction
Women's New Adult & College Fiction

**Refine by**

**Amazon Prime**
☐

**Eligible for Free Shipping**
☐ Free Shipping by Amazon

**Audible Narration**
☐ eBooks with Audible Narration

**Book Series**
☐ Cocky Cage Fighter

**Kindle Unlimited**
☐ Kindle Unlimited Eligible

**Accessibility Features**
☐ Screen Reader Supported

**Avg. Customer Review**
        & Up
        & Up
        & Up
        & Up

**International Shipping** (What's this?)



SPONSORED BY BEST READS IN ROMANCE

**Six brothers to have and to hold from this day on.**

Shop now ›

a kindle unlimited



Cocky Roomie: Jake Cocker (Cocker Brothers®, The Coc...
603



Cocky Biker: J... (Cocker Broth...

---

**The Cocky Cage Fighter Nine Book Box Set**    Jul 1, 2017
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.

$9.99 to buy
Get it TODAY, May 30

26
Borrow for free from your Kindle device. Join Amazon Prime

---



**Logan (A Cocky Cage Fighter Novel Book 11)**    May 2, 2018
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.

$2.99 to buy
Get it TODAY, May 30

Paperback
$7.99
FREE Shipping on eligible orders
In Stock

148
Borrow for free from your Kindle device. Join Amazon Prime

---



**Jude (A Cocky Cage Fighter Novel Book 2)**    Aug 15, 2015
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.

$3.99 to buy
Get it TODAY, May 30

Paperback
$11.99
FREE Shipping on eligible orders
In Stock
More Buying Choices
$11.82 (13 used & new offers)

Audible Audiobook
$0.00
Free with Audible trial

273
Borrow for free from your Kindle device. Join Amazon Prime

Book 2 of 9 in the Cocky Cage Fighter Series

International Shipping Eligible

**Condition**

New

Used



stop
**searching**
&
start
**saving**

book now

book direct on
esa.com for our
best rates
guaranteed

extended
STAY
AMERICA

Ad feedback



**Linc (A Cocky Cage Fighter Novel Book 3)**   Jan 16, 2016
by Lane Hart and Angela Snyder

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.
$3.99 to buy
Get it TODAY, May 30

Paperback
$9.99
FREE Shipping on eligible orders
In Stock

197

Borrow for free from your Kindle device. Join Amazon Prime

Book 3 of 9 in the Cocky Cage Fighter Series



**Jax (A Cocky Cage Fighter Novel Book 1)**   Jul 7, 2015
by Lane Hart

Kindle Edition
$0.00
Get it TODAY, May 30

Paperback
$8.99
FREE Shipping on eligible orders
In Stock
More Buying Choices
$4.50 (16 used & new offers)

370

Book 1 of 9 in the Cocky Cage Fighter Series



**Trick (A Cocky Cage Fighter Novel Book 7)**   Jan 14, 2017
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.
$3.99 to buy
Get it TODAY, May 30

Paperback
$8.99
FREE Shipping on eligible orders
In Stock

114

Borrow for free from your Kindle device. Join Amazon Prime

Book 7 of 9 in the Cocky Cage Fighter Series



**Mace (A Cocky Cage Fighter Novel Book 4)**   Mar 12, 2016
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.
$3.99 to buy
Get it TODAY, May 30

Paperback
$10.99
FREE Shipping on eligible orders
In Stock
More Buying Choices
$10.93 (11 used & new offers)

182

Borrow for free from your Kindle device. Join Amazon Prime

Book 4 of 9 in the Cocky Cage Fighter Series





**Senn (A Cocky Cage Fighter Novel Book 5)**   Jun 18, 2016
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.
$3.99 to buy
Get it TODAY, May 30

Paperback
$8.99
FREE Shipping on eligible orders
In Stock

153

Borrow for free from your Kindle device. Join Amazon Prime



Sponsored

**Ruthless Mountain Man**   May 22, 2018
by Jenika Snow and Kelsey King

*Secluded in my cabin together means the temperature rises—but most of all—the chemistry moving between us reaches its breaking point. New in KU!*

$0.00
Read this and over 1 million books with Kindle Unlimited.

$2.99 to buy Kindle Edition
Get it **TODAY, May 30**

59

Borrow for free from your Kindle device. Join Amazon Prime

---



Sponsored

**Sworn (Blood Duet Book 1)**   May 16, 2018
by Maria Luis

*I bow to no man. Save one. And he will be my downfall...*

$0.00
Read this and over 1 million books with Kindle Unlimited.

$2.99 to buy Kindle Edition
Get it **TODAY, May 30**

103

Borrow for free from your Kindle device. Join Amazon Prime

**Book 1 of 2** in the Bood Duet Series

---



**Alex (A Cocky Cage Fighter Novel Book 9)**   Jul 8, 2017
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.

$3.99 to buy
Get it **TODAY, May 30**

Paperback
$8.99
FREE Shipping on eligible orders
In Stock

85

Borrow for free from your Kindle device. Join Amazon Prime

**Book 9 of 9** in the Cocky Cage Fighter Series

---



**Nate (A Cocky Cage Fighter Novel Book 6)**   Oct 8, 2016
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.

$3.99 to buy
Get it **TODAY, May 30**

Paperback
$7.99
FREE Shipping on eligible orders
In Stock

113

Borrow for free from your Kindle device. Join Amazon Prime

**Book 6 of 9** in the Cocky Cage Fighter Series

---



**Jax: A Christmas Story (A Cocky Cage Fighter Novel Book 10)**   Nov 4, 2017
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.

$2.99 to buy
Get it **TODAY, May 30**

Paperback
$5.99
FREE Shipping on eligible orders
In Stock

176

Borrow for free from your Kindle device. Join Amazon Prime





**Luke (A Cocky Cage Fighter Novel Book 8)**　Apr 8, 2017
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.

$3.99 to buy
Get it **TODAY, May 30**

Paperback
$8.99
FREE Shipping on eligible orders
In Stock

94

Borrow for free from your Kindle device. Join Amazon Prime

**Book 8 of 9** in the Cocky Cage Fighter Series

---



**Cocky Cage Fighter Box Set**　Jan 15, 2016
by Lane Hart

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.

$4.99 to buy
Get it **TODAY, May 30**

36

Borrow for free from your Kindle device. Join Amazon Prime

---

**The Cocky Cage Fighter Six Book Box Set**　Nov 12, 2016
by Lane Hart

Paperback
$24.99
FREE Shipping on eligible orders
In Stock

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.

$5.99 to buy
Get it **TODAY, May 30**

12

---



**Jax: A Cocky Cage Fighter Novel**　Oct 14, 2016 | Unabridged
by Aaron Shedlock and Lane Hart

Audible Audiobook
$0.00
Free with Audible trial

Paperback
$18.78
Only 2 left in stock - order soon.
More Buying Choices
$16.64 (13 used & new offers)

370

---



**A Cocky Cage Fighter Novel (9 Book Series)**
by Lane Hart and Angela Snyder

Kindle Edition
$31.92
Auto-delivered wirelessly

2



Sponsored

**UnScripted: An older man finds his younger woman and together, true love (CREED MC Book 2)** May 21, 2018
by Jax Hart and Mayhem Cover Creations

*He's seen and done it all and thought nothing could take him by surprise. But she does. Now he'll do anything to keep her.*

$0.00
Read this and over 1 million books with Kindle Unlimited.

$3.99 to buy Kindle Edition
Get it **TODAY, May 30**

63

Borrow for free from your Kindle device. Join Amazon Prime

**Book 2 of 2** in the CREED MC Series

---



Sponsored

**Wherever It Leads** Feb 14, 2016
by Adriana Locke

*Fenton Abbott is dashing, daring, and divine. But who is Fenton, anyway? Brynne is about to find out.*

$0.00
Read this and over 1 million books with Kindle Unlimited.

$3.99 to buy Kindle Edition
Get it **TODAY, May 30**

538

Borrow for free from your Kindle device. Join Amazon Prime

---

Inspired by your views



**Whisper To A Scream...**
by Trina M. Lee

$2.65
Kindle Edition
Get it **TODAY, May 30**

38

**Perfect Chemistry (Kinky...**
by Jodi Redford

$0.00
Kindle Edition
Get it **TODAY, May 30**

129

**Prime Minister (Frisky...**
by Ainsley Booth and Sadie Haller

$0.00
Kindle Edition
Get it **TODAY, May 30**

389

Previous Page   **1**   2   **Next Page**

### Search Feedback

Did you find what you were looking for?

[ Yes ]  [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.



Ad feedback

Your recently viewed items and featured recommendations

Customers also shopped for                                    Page 1 of 9



**Cocky Chef**
› JD Hawkins
332

Kindle Edition
$3.99



STUFF4 PU Leather Wallet
Flip Case/Cover for Apple
iPhone 7 Plus / PC
Keyboard/Black Design /
Keys/Buttons…
$9.99



Privacy's Blueprint: The
Battle to Control the…
› Woodrow Hartzog
2

Hardcover
$26.50



Cocky Duke: A Modern
Aristocracy…
› Sara Forbes
284

Kindle Edition
$2.99

Inspired by your browsing history

Page 1 of 6



**Cocktales**
› Penny Reid
158

Kindle Edition
$7.99



Talk Nerdy To Me (The
Sterling Shore Series…
› C.M. Owens
19

Kindle Edition
$2.99



Shameless (An Enemies To
Lovers Novel Book 5)
› Michelle Heard
86

Kindle Edition
$2.99



King's Wrath (Sydney
Storm MC Book 5)
› Nina Levine
252

Kindle Edition
$3.99

You viewed      

› View or edit
your browsing
history

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

## Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English

United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

5/30/2018
Case 1:18-cv-04670-AKH   Document 20-3   Filed 05/31/18   Page 8 of 8
Amazon.com: lane hart cocky

Audible
Download
Audiobooks

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates