Exhibit D

Case 1:18-cv-04670-AKH   Document 20-4   Filed 05/31/18   Page 2 of 4

 **Faleena Hopkins**
@FaleenaHopkins

**CHAT**  TOPICS



*Friday, July 28th 2017*

 **Faleena Hopkins** Fri 4:59pm
Thank you!

*Friday, August 18th 2017*

 **Tara Crescent** Fri 12:53pm
Hello,

I saw your message on Ryver and I wanted to reach out. My upcoming release, Her Cocky Doctors, is in no way a reflection of your Cocker brother series. I write menage - I'm not trying to piggyback off your audience. I hate that someone has mimicked your covers and don't want you to feel as if my use of "Cocky" has nothing to do with you or your series. Best of luck!

 **Faleena Hopkins** Fri 1:15pm
Hi Tara- does it have to be Cocky Doctors?

 **Tara Crescent** Fri 1:45pm
Look, I'm sympathetic about the situation. But while I understand your frustration that your concept seems to be imitated, it seems like there's three parts here. You're writing (1) a family-based series of romances (2) with white covers and manchest (mostly) and (3) with the word cocky in them.

I'm writing small town menage romances, with entirely different looking covers, which happen to have the word Cocky in the title. My series/concept has nothing to do with yours.

I'm not the first person that's used the word Cocky. I won't be the last. A cursory search on Amazon pulled 761 results, including Vi Keeland and Penelope Ward's book, written way back in 2015.

I'm sorry this is bothering you, but if the implication is that by using the word Cocky in my title, I'm trying to piggyback off you, I'm really not. Our series concepts are nothing alike. I really doubt that one of your readers is going to look at my MFM Menage book and wonder if it's something you've written.

  Message Faleena Hopkins                                                Send



**Faleena Hopkins**
@FaleenaHopkins

**CHAT**    TOPICS    

**Tara Crescent** Fri 1:45pm

Look, I'm sympathetic about the situation. But while I understand your frustration that your concept seems to be imitated, it seems like there's three parts here. You're writing (1) a family-based series of romances (2) with white covers and manchest (mostly) and (3) with the word cocky in them.

I'm writing small town menage romances, with entirely different looking covers, which happen to have the word Cocky in the title. My series/concept has nothing to do with yours.

I'm not the first person that's used the word Cocky. I won't be the last. A cursory search on Amazon pulled 761 results, including Vi Keeland and Penelope Ward's book, written way back in 2015.

I'm sorry this is bothering you, but if the implication is that by using the word Cocky in my title, I'm trying to piggyback off you, I'm really not. Our series concepts are nothing alike. I really doubt that one of your readers is going to look at my MFM Menage book and wonder if it's something you've written.



**Faleena Hopkins** Fri 9:16pm (edited)

Here's the thing, I know you're a successful writer. And smart. So hear me out.

You're right - they won't think that I wrote it, but they will write to me, and they will be upset. I only know this because they do it every time.

I had another author friend who's in this group come up with a new series, and he searched it and found out that another author not in this group had just published a three book series under the same name. So he did some Wikipedia handiwork and used a thesaurus...and he came up with another title that was even better than hers.

Better.

And he did it not chancing readers thinking he piggybacked. She had a strong following and he didn't want to chance losing them.

There are a lot of sexy words out there that would make your book shine and attract.

  Message Faleena Hopkins    Send



**Faleena Hopkins** @FaleenaHopkins

CHAT  TOPICS



**Faleena Hopkins** Fri 9:16pm (edited)

Here's the thing, I know you're a successful writer. And smart. So hear me out.

You're right - they won't think that I wrote it, but they will write to me, and they will be upset. I only know this because they do it every time.

I had another author friend who's in this group come up with a new series, and he searched it and found out that another author not in this group had just published a three book series under the same name. So he did some Wikipedia handiwork and used a thesaurus...and he came up with another title that was even better than hers.

Better.

And he did it not chancing readers thinking he piggybacked. She had a strong following and he didn't want to chance losing them.

There are a lot of sexy words out there that would make your book shine and attract.

*Saturday, August 19th 2017*



**Tara Crescent** Sat 12:36pm

Hi Faleena,

I remain comfortable with my title and my series. They have nothing to do with yours. I'm not publishing a series under the same name as yours; your series is called the Cocker Brothers of Atlanta. Our concepts are nothing alike.

Do you still want to go forward with the swaps we've set up?

Cheers,



**Faleena Hopkins** Sat 12:40pm

Then I wish you the best success, but I do need to cancel our swaps.

Cheers and happy writing

  Message Faleena Hopkins

Send