Exhibit E

 **Faleena Hopkins** ▶ **Cocky Readers - Cocker Bros. of ATL Series**
1 hr ·

Cocker Family: you're the first to know publicly, because you may have heard that I sued three people in federal court yesterday in relation to the harassment that's been happening to me.

On May 16, the day after Mother's Day, I called Carol Ritter of RWA and left a message on her voicemail telling her I wanted us to work together for a solution, to help me come to a compromise with this so that we can go back to reading and writing. I told her voicemail that I never meant for any of this to happen, that our readers were getting hurt, and I really wanted us to all move past it. She did not reply to me in a call or anything. Instead she sent her lawyer. And that's why I had to sue. I've been advised and it's blatantly obvious that if I don't fight I will be crushed. That's not an option.

I started this to protect this imaginary family, my readers and the future books of my series as I move forward.

If I bend to these attacks then the future indie authors who have to stand up for their creative property and their art and imaginations, will not do it because they will be terrified.

That's so wrong there isn't even a word for it.

I never did this for the money. Any money I win in

 36    20    89

| Lauren Landish | Alisa Woods |
|---|---|
| T. S. Joyce | Willow Winters |

**Are You an Author?**

Help us improve our Author Pages by updating your bibliography and submitting a new or current image and biography.

› Learn more at Author Central



Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.
$3⁹⁹ to buy
Auto-delivered wirelessly

Paperback
$11⁹⁹
Get it by **Wednesday, Mar 8**
FREE Shipping on eligible orders
More Buying Choices
$10.56 (11 used & new offers)

145
Borrow for free from your Kindle device. Join Amazon Prime



**Cocky Roomie: Jake Cocker (Cocker Brothers of Atlanta Book 1)** Jun 16, 2016
by Faleena Hopkins

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.
$2⁹⁹ to buy
Whispersync for Voice-ready

Paperback
$10⁹⁹
Get it by **Wednesday, Mar 8**
FREE Shipping on eligible orders
More Buying Choices
$9.76 (13 used & new offers)

Other Formats: Audible Audio Edition

306
Borrow for free from your Kindle device. Join Amazon Prime



**Cocky Cowboy: Jaxson Cocker (Cocker Brothers of Atlanta Book 3)**
Sep 11, 2016
by Faleena Hopkins

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.
$3⁹⁹ to buy
Auto-delivered wirelessly

Paperback
$10⁹⁹
Get it by **Wednesday, Mar 8**
FREE Shipping on eligible orders
More Buying Choices
$9.00 (15 used & new offers)

177
Borrow for free from your Kindle device. Join Amazon Prime



**Cocky Biker: Jett Cocker (Cocker Brothers of Atlanta Book 2)** Jul 20, 2016
by Faleena Hopkins

Kindle Edition
$0.00
Read this and over 1 million books with Kindle Unlimited.
$3⁹⁹ to buy
Whispersync for Voice-ready

Paperback
$12⁹⁹
Get it by **Wednesday, Mar 8**
FREE Shipping on eligible orders
More Buying Choices
$11.37 (14 used & new offers)

Other Formats: Audible Audio Edition

144
Borrow for free from your Kindle device. Join Amazon Prime



| | |
|---|---|
| Kindle Edition $0.00 Read this and over 1 million books with Kindle Unlimited. $3.99 to buy Auto-delivered wirelessly | 213 Borrow for free from your Kindle device. Join Amazon Prime |

Paperback
$12.99
Get it by **Wednesday, Mar 8**
FREE Shipping on eligible orders

More Buying Choices
$11.37 (11 used & new offers)



**Cocky Romantic: Jason Cocker (Cocker Brothers of Atlanta Book 4)** Oct 14, 2016
by **Faleena Hopkins**

| | |
|---|---|
| Kindle Edition $0.00 Read this and over 1 million books with Kindle Unlimited. $3.99 to buy Whispersync for Voice-ready | 116 Borrow for free from your Kindle device. Join Amazon Prime |

Paperback
$10.87
Get it by **Wednesday, Mar 8**
FREE Shipping on eligible orders

More Buying Choices
$10.27 (12 used & new offers)

Other Formats: Audible Audio Edition



**Cocky Senator's Daughter: Hannah Cocker (Cocker Brothers of Atlanta Book 8)** Mar 19, 2017
by **Faleena Hopkins**

Kindle Edition
$0.99
Available for Pre-order. This item will be released on March 19, 2017.



**A Honey Badger X-mas (Cocker Brothers of Atlanta Book 7)** Dec 11, 2016
by **Faleena Hopkins**

| | |
|---|---|
| Kindle Edition $0.00 Read this and over 1 million books with Kindle Unlimited. $0.99 to buy Auto-delivered wirelessly | 80 Borrow for free from your Kindle device. Join Amazon Prime |

Paperback
$5.99
Get it by **Wednesday, Mar 8**
FREE Shipping on eligible orders

More Buying Choices
$4.57 (11 used & new offers)



$0<sup>00</sup>
Auto-delivered wirelessly

**Paperback**
$11<sup>99</sup>
Get it by **Wednesday, Mar 8**
FREE Shipping on eligible orders

More Buying Choices
$10.56 (15 used & new offers)



**Werewolves of New York Boxed Set**    Jun 1, 2016
by **Faleena Hopkins**

Kindle Edition                           48
$0.00
Read this and over 1 million books with **Kindle Unlimited**.    Borrow for free from your Kindle device. **Join Amazon Prime**

$4<sup>99</sup> to buy
Auto-delivered wirelessly



**Werewolves of Chicago Boxed Set**    Jun 27, 2016
by **Faleena Hopkins**

Kindle Edition                           16
$0.00
Read this and over 1 million books with **Kindle Unlimited**.    Borrow for free from your Kindle device. **Join Amazon Prime**

$4<sup>99</sup> to buy
Auto-delivered wirelessly



**Changing For You (Anything For You Book 1)**    Feb 9, 2016
by **Faleena Hopkins**

Kindle Edition                          18
$0.00
Read this and over 1 million books with **Kindle Unlimited**.    Borrow for free from your Kindle device. **Join Amazon Prime**

$3<sup>99</sup> to buy
Auto-delivered wirelessly

**Paperback**
$13<sup>49</sup>
Get it by **Wednesday, Mar 8**
FREE Shipping on eligible orders

More Buying Choices
$11.76 (10 used & new offers)

Previous Page     **1**   2     **Next Page**

› See search results for author **"Faleena Hopkins"** in Books

## Amazon Author Rank <sup>beta</sup>   (What's this?)

#2 in **Kindle eBooks** > **Literature & Fiction** > **Erotica**

---

### More Information

› Are you an author? **Visit Author Central** to change your photo, edit your biography, and more

› See **Author Pages Frequently Asked Questions**

› Anything else? **Provide feedback** about this page

---

Back to top

Get to Know Us        Make Money with Us        Amazon Payment Products        Let Us Help You

| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
|---|---|---|---|
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

Australia　Brazil　Canada　China　France　Germany　India　Italy　Japan　Mexico　Netherlands　Spain　United Kingdom

| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
|---|---|---|---|---|---|---|
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use　Privacy Notice　Interest-Based Ads　© 1996-2017, Amazon.com, Inc. or its affiliates

