Exhibit F



Case 1:18-cv-04670-AKH Document 26-6 Filed 05/31/18 Page 2 of 22

**Try Prime**

Books ▾

Deliver to
Canada

Departments ▾    Your Recommendations

EN ▾   Hello. Sign in
Account & Lists ▾   Orders   Try Prime ▾   **0** Cart

Books   Advanced Search   New Releases   Amazon Charts   Best Sellers & More   The New York Times® Best Sellers   Children's Books   Textbooks

Books › Romance › Romantic Comedy



Look inside ↓



See all 2 images

Share

## Cocky Quarterback: Eric Cocker (Cocker Brothers of Atlanta) (Volume 12)
Paperback – August 14, 2017

by Faleena Hopkins (Author)

**305 customer reviews**

**Book 12** of 18 in the Cocker Brothers®, The Cocky® Series

See all 2 formats and editions

| Kindle | Paperback |
|--------|-----------|
| $2.30 | **$11.99** |

Read with Our **Free App**

3 Used from $2.86
1 New from $11.99

Buy New    **$11.99**

Qty: 1 ▾

**In Stock.**
Ships from and sold by Amazon.com.
Gift-wrap available.

Add to Cart

Turn on 1-Click ordering for this browser

This item ships to **Canada**. Want it
**Tuesday, June 5?** Order within **18 hrs
53 mins** and choose **AmazonGlobal
Priority Shipping** at checkout. Learn
more

Deliver to Canada

Buy Used    $3.36

Add to List

Have one to sell?   Sell on Amazon





THORN (Bears of B...
by Candace Ayers
*Thorn is livin' easy
with good buddies,
free-flowin' beer, and
zero plans to get
hitched. Then, he meets
Allie.*
› Learn more

Ad feedback

5/31/2018     Amazon.com: Cocky Quarterback: Eric Cocker (Cocker Brothers of Atlanta) (Volume 12) (9781947421080): Faleena Hopkins: Books

Case 1:18-cv-04670-AKH   Document 20-6   Filed 05/31/18   Page 3 of 22

*The Highly Rated Next Generation in the Hit Series,
over 400,000 sold!*

**I told her, I hope he knows how *lucky* he is.**

ERIC:
The waitress with the bird tattoo up her middle finger
Has gotten my attention by not caring if she does.
My team thinks it's hilarious that she's not into me.

Read more



**The Amazon Book Review**
Author interviews, book reviews, editors
picks, and more. Read it now

---

## Frequently bought together

 +  + 

Total price: **$34.47**

[ Add all three to Cart ]

[ Add all three to List ]

☑ **This item:** Cocky Quarterback: Eric Cocker (Cocker Brothers of Atlanta) (Volume 12) by Faleena Hopkins   Paperback   $11.99

☑ Cocky Love: Emma (Cockers Brothers of Atlanta) (Volume 11) by Faleena Hopkins   Paperback   $11.49

☑ Cocky Genius: Ethan (The Cocker Brothers of Georgia) (Volume 9) by Faleena Hopkins   Paperback   $10.99

---

## Customers who bought this item also bought

Page 1 of 10

    

Cocky and Out of My League (Cocker Brothers, The Cocky Series)…
› Faleena Hopkins
198
Paperback
$11.99

Cocky By Association (Cocker Brothers, The Cocky Series) (Volume 14)
› Faleena Hopkins
162
Paperback
$10.99

Cocky Love: Emma (Cockers Brothers of Atlanta) (Volume 11)
› Faleena Hopkins
242
Paperback
$11.49

Cocky Rebel: Sofia Sol (Cocker Brothers) (Volume 13)
› Faleena Hopkins
222
Paperback
$12.99

Cocky Genius: Ethan (The Cocker Brothers of Georgia) (Volume 9)
› Faleena Hopkins
268
Paperback
$10.99

---

## Sponsored products related to this item (What's this?)







**Craving (Steel Brothers Saga Book 1)**

Helen Hardt

*"I Couldn't Stop Reading.. Many Extremely Hot Scenes! This Intense Story Will Have You Tearing Through The Pages To Find Out What Happens Next!"*

2783

Kindle Edition
$6.99

**Misadventures with a Rookie (Misadventures Book 10)**

Toni Aleo

*A real page-turner with a hero who delivers such a stunning declaration of love, it will leave readers swooning. Get your copy today!*

253

Just Released ◣

Kindle Edition
$3.99

**FLIRT (Dirty Brothers Series Book 1)**

Penny Wylder

*Dirty. Powerful. Protective. Ready to meet the Logan brothers?*

80

Just Released ◣

Kindle Edition
$0.99

**Mister Diamond**

Chance Carter

*I'm supposed to marry a rich Russian heiress. But the girl who takes my breath away is the one behind the Tiffany's counter when I go to buy the ring!*

155

Just Released ◣

Kindle Edition
$0.99

**The Stone Brothers: A Complete Romance Series (3-Book Box Set)**

Samantha Christy

*Have you gotten 'Stoned' yet? These hot and sexy brothers will have you begging for more. Get the series readers are raving about.*

102

Released on Nov 5 ◣

Kindle Edition
$9.99

Ad feedback

## Special offers and product promotions

- Your cost could be **$0.00** instead of **$11.99**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Editorial Reviews

### Review

COCKY SERIES ORDER:
The Original Six Cocker Brothers From Atlanta, GA

- 1. Cocky Roomie - JAKE
- 2. Cocky Biker - JETT
- 3. Cocky Cowboy - JAXSON
- 4. Cocky Romantic - JASON
- 5. Cocky Senator - JUSTIN
- 6. Cocky Soldier - JEREMY

Spin off from Cocky Biker - the only novella

- 7. A Honey Badger Xmas (not paranormal, that's his earned nickname)

The Next Generation

- 8. Cocky Senator's Daughter: Hannah Cocker

Read more

### About the Author

I write modern day love stories that lift the heart, melt it, and set it back down better than it was. Maybe even crack it up a little. That's probably the reason my Cocker Brothers of Atlanta Series has over 250,000 sold even though I'm a self-published author (a rebel by nature). People are just plain having fun and telling their friends. A stand-up comic for 5 years, a pro-photographer for 10, an actress for more, a filmmaker past present and future, and I've been writing ever since I sold my parents fictional stories at age 6, for a dollar, hand illustrated and tied with yarn by nail-bitten fingers.

## Product details

**Series:** Cocker Brothers of Atlanta
**Paperback:** 314 pages
**Publisher:** Hop Hop Productions (August 14, 2017)
**Language:** English
**ISBN-10:** 1947421085
**ISBN-13:** 978-1947421080
**Product Dimensions:** 5 x 0.7 x 8 inches
**Shipping Weight:** 14.6 ounces (View shipping rates and policies)
**Average Customer Review:** 305 customer reviews

5/31/2018    Amazon.com: Cocky Quarterback (A Bri Cocker Brothers of Atlanta) (Volume 11) (9781947421085) Faleena Hopkins: Books

Case 1:18-cv-04670-AKH   Document 26-6   Filed 05/31/18   Page 3 of 22

**Amazon Best Sellers Rank:** #1,004,273 in Books (See Top 100 in Books)

   #8548 in Books > Romance > **Sports**

   #25683 in Books > Romance > **Romantic Comedy**

Would you like to **tell us about a lower price?**

If you are a seller for this product, would you like to **suggest updates through seller support?**

# Sponsored products related to this item (What's this?)






**Bad Seed: A Brother's Best Friend Romance**

Rye Hart

*A good girl and a bad boy. Opposites attract. Torn apart years ago, it takes danger to bring them back together*

326

Kindle Edition

$0.99

**Cross**

Adriana Locke

*In this small town, blue collar romance, second chances aren't always given. Will Kallie fall for Cross this time?*

134

Kindle Edition

$2.99

**Dr. Daddy Next Door: A Single Dad & A Virgin Romance**

Piper Sullivan

*Holy hotness batman! Silver eyes are the highlights, but the sharp cheekbones and rugged jaw were all appealing too. His frown... not so much.*

156

Kindle Edition

$2.99

**Overprotec**

Lulu Pratt

*I know I pro brother I'd p out all I wan her...*

Kindle Editic

$0.99

Ad feedback



If you buy a new print edition of this book (or purchased one in the past), you can buy the Kindle Edition for **FREE**. Print edition purchase must be sold by Amazon. Learn more.

Editors' picks at exclusive prices
first reads

# Customer Reviews

305

4.2 out of 5 stars

5 star   75%
4 star   7%
3 star   2%
2 star   1%
1 star   15%

See all 305 customer reviews

Share your thoughts with other customers

Write a customer review

**Rated by customers interested in**    What's this?

| Romance Novels | Fantasy Books | Short Stories & Anthologies |
| --- | --- | --- |
| 4.3 out of 5 stars | 4.3 out of 5 stars | 4.4 out of 5 stars |

Is this feature helpful? Yes No

# Read reviews that mention

wren   faleena   hopkins   cockers   honest   fall   arc

funny   sweet   copy   football   voluntarily   sexy

heart   falcons   boyfriend   humor   jake   chemistry

# Top customer reviews

## Most recent customer reviews

 Another View

**Disgustingly Disturbed and Narcissistic Author**

What a disgusting person this author is to think that she can trademark the word "cocky" and try to steal the livelihood of other authors by suing them for using this... Read more

Published 4 days ago

Beth B

**Don't understand the high reviews, very difficult to read ...**

Don't understand the high reviews, very difficult to read book, gave up. Guess paying for reviews works, totally not worth the time spent reading this drivel

Published 4 days ago

Amazon Customer

**What a pile of horse manure**

Very disappointed after all the press this series has been getting. I'm glad it was free as it was a waste of my time.

Published 5 days ago

ncbookbelle

**Drivel**

5/31/2018
Amazon.com: Cocky Quarterback (Cocker Brothers of Atlanta) (Volume 13) (9781947421080): Faleena Hopkins: Books
Case 1:18-cv-04670-AKH Document 26-6 Filed 05/31/18 Page 6 of 22



June49

**I could only give it 2 stars**

September 17, 2017

Format: Kindle Edition    Verified Purchase

Ok I know I do not agree with all the 5 star reviews but I have my reasons. The positive....likeable characters, funny dialogue between Eric and Wren and ...and? Negative ..... the story is just a bunch of fluff! Hard to believe and the storyline just could not hold my interest. It was boring! Here is an example of what I thought was wrong with it - Wren hears that Eric had made a huge bet about getting her to go to bed with him. Without talking to him about it she just quits talking to him, doesn't bother to ask him about it. Weeks go by and his mother finds out where Wren is working and shows up to plead her son's love for Wren. Really? This is a grown man, professional football player and mom is getting involved. Just hard to believe. Finally, lots of crude language and graphic sex scenes do not make a good book. I had stopped reading the book about a third of the way through it and put it down. I decided to keep reading it again and finished the book. Mistake! I gave it 2 stars because the characters were likeable and the author does have a flair for writing. I just wish the storyline was more believable.

44 people found this helpful

Helpful    Not Helpful    Comment    Report abuse

stovie

**Interesting Idea, Poorly Executed**

May 17, 2018

Format: Kindle Edition    Verified Purchase

If you're into narrative that doesn't sound like the author's own stream-of-conciousness narcissism, move along from this one. There's nothing wrong with the premise, but good golly the writing sucks every drop of potential sexiness out and spits it on the floor. This feels like a vanity read - it's just plain awkward. Too bad cos it sounded interesting!

5 people found this helpful

Helpful    Not Helpful    Comment    Report abuse

Jean Joseph

**Lots of laughs**

May 13, 2018

Format: Kindle Edition    Verified Purchase

This is my first cocker brother's book won't be my last. Eric was having too much fun not settling down and playing the field. Until he meets Wren, the sassy bartender who doesn't let his NFL quarterback status affect her. But when it's meant to be it just kinda works the other way.

One person found this helpful

Helpful    Not Helpful    Comment    Report abuse

BookLover1994

**Not for me...**

May 26, 2018

Format: Kindle Edition    Verified Purchase

Usually enjoy sports-romance but this one just wasn't what I was expecting. Also could benefit from some editing help.

2 people found this helpful

Helpful    Not Helpful    Comment    Report abuse

Kindle Customer

**This was more like a PSA for date rapists and bullying than a ...**

October 15, 2017

Format: Kindle Edition

This was more like a PSA for date rapists and bullying than a romance story. The sex scene was a disappointing payoff to an already mediocre attraction between two incredibly boring characters. Yawn.

68 people found this helpful

Unbelievably awful. Will never read another word by this dreadful author. Don't waste your time and dollars.

Published 14 days ago



Kris

**Eye roll**

Don't bother unless it's free

Published 15 days ago



Sonya

**Five Stars**

Loved it!

Published 17 days ago

Christopher Eckel

**Scammer.**

Trademarked "Cocky". Sad.

Published 17 days ago



Kindle Customer

**Hated it. Not sure what this lady thinks she's ...**

Borrowed from a friend. Hated it. Not sure what this lady thinks she's doing with the whole trademark thing anyway. You aren't special.

Published 18 days ago



A. B. Morrison

**Don't waste your time (and certainly not your money)**

Tired tropes, rehashed. It's sad that people think this is "writing." A 3rd grader writes more coherently, with better grammar and attention to character arc and plot... Read more

Published 18 days ago



Patricia Joy

**it's horrible, honestly just go and read fanfiction of your ...**

This isn't romance, it's horrible, honestly just go and read fanfiction of your favs for free and it'll be more fully formed than this.

Published 20 days ago



Search customer reviews

Search

Case 1:18-cv-04670-AKH   Document 26-6   Filed 05/31/18   Page 7 of 22

Helpful    Not Helpful     Comment    Report abuse

CJ Depew

**Quality issues...**

May 7, 2018
Format: Kindle Edition    **Verified Purchase**

Thankfully I didn't pay for this one, got it as a freebie. Right off the bat, the book starts with missing punctuation, and there are capitalization errors on the first page. Apparently the author and her editor are as familiar with football as they are with punctuation. I also find it rather hypocritical of this author to use the Atlanta Falcons team name, yet not give one bit of acknowledgement to the NFL and their various trademarks when she, herself, claims to be an expert in that field. As I read on, I found the book peppered with yet more editing errors and just not all that enjoyable. Meh, thanks, but no thanks. I won't be purchasing any of the others in this series.

67 people found this helpful

Helpful    Not Helpful     Comment    Report abuse

Kindle Customer

**Wth**

September 10, 2017
Format: Kindle Edition    **Verified Purchase**

With happened with this book? I was reading Eric's story, and about halfway/two thirds of the way through, it switched to Ethan's story, which I have already read. I want the rest of ERIC's story, dammit! Very disappointing!!!

74 people found this helpful

Helpful    Not Helpful     Comment    Report abuse

Lynn C

**bad writing**

May 10, 2018
Format: Kindle Edition    **Verified Purchase**

Boring, needs someone to write it that can spell and be able to use grammar correctly. To may books with same name, same sorry stories. No imagination. Lacks everything a good book should have. Glad I got it free. I would of hated myself if I had paid for such a bad book

13 people found this helpful

Helpful    Not Helpful     Comment    Report abuse

**See all 305 reviews**

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. **Learn more about Amazon Giveaway**

**This item:** Cocky Quarterback: Eric Cocker (Cocker Brothers of Atlanta) (Volume 12)

Set up a giveaway

## Customers who viewed this item also viewed



**Cocky By Association (Cocker Brothers, The Cocky Series) (Volume 14)**
› Faleena Hopkins
162
Paperback
$10.99



**Cocky Rebel: Sofia Sol (Cocker Brothers) (Volume 13)**
› Faleena Hopkins
222
Paperback
$12.99



**Cocky Love: Emma (Cockers Brothers of Atlanta) (Volume 11)**
› Faleena Hopkins
242
Paperback
$11.49



**Cocky Roomie: A Bad Boy Romance Novel (The Cocker Brothers of…**
› Faleena Hopkins
602
Paperback
$10.99



**Cocky Genius: Ethan (The Cocker Brothers of Georgia) (Volume 9)**
› Faleena Hopkins
268
Paperback
$10.99



**Cocky Director: Max Cocker (Cocker Brothers, The Cocky Series) (Volume 15)**
› Faleena Hopkins
156
Paperback
$11.99

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English          United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane          Fabric          Goodreads          IMDb          IMDbPro          Junglee.com          Kindle Direct Publishing

5/31/2018 Amazon.com: Cocky Quarterback (Cocker Brothers of Atlanta) (Volume 11) (9781947421085): Faleena Hopkins: Books

Case 1:18-cv-04670-AKH Document 20-6 Filed 05/31/18 Page 9 of 22

Designer Men's
Fashion

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Sewing, Quilting
& Knitting

Prime Photos
Unlimited Photo Storage
Free With Prime

Withoutabox
Submit to
Film Festivals

Book reviews
& recommendations

Prime Video Direct
Video Distribution
Made Easy

Woot!
Deals and
Shenanigans

Movies, TV
& Celebrities

Shopbop
Designer
Fashion Brands

Zappos
Shoes &
Clothing

Get Info Entertainment
Professionals Need

TenMarks.com
Math Activities
for Kids & Schools

Souq.com
Shop Online in
the Middle East

Shop Online
in India

Amazon Warehouse
Great Deals on
Quality Used Products

Subscribe with Amazon
Discover & try
subscription services

Indie Digital Publishing
Made Easy

Whole Foods Market
America's Healthiest
Grocery Store

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates



**Try Prime**

Books ▾

Deliver to
Canada

Departments ▾    Your Recommendations

EN ▾    Hello. Sign in
Account & Lists ▾    Orders    Try Prime ▾    0 Cart

Books    Advanced Search    New Releases    Amazon Charts    Best Sellers & More    The New York Times® Best Sellers    Children's Books    Textbooks

Books › Romance › Contemporary





See all 2 images

# Cocky By Association (Cocker Brothers, The Cocky Series) (Volume 14) Paperback – November 18, 2017

by Faleena Hopkins (Author)

162 customer reviews

Book 14 of 18 in the Cocker Brothers®, The Cocky® Series

See all 2 formats and editions

| Kindle | Paperback |
|---|---|
| $2.30 | $10.99 |

Read our Free App    1 New from $10.99

SEAN: When I was a kid I was the victim of abuse. A punching bag for my mom's ex-boyfriend. A guy who was bigger than me. Well now I'm six-foot-two... And I can, I will, I need to defend victims. I've been given the opportunity of a lifetime. To join a group of vigilantes like me. Can I pass their tests? Can they trust me? But then I meet her. Celia. Now my soul aches to claim her. But I



**The Amazon Book Review**
Author interviews, book reviews, editors picks, and more. Read it now

Share

Buy New    $10.99
Qty: 1 ▾

**In Stock.**
Ships from and sold by Amazon.com.
Gift-wrap available.

Add to Cart

Turn on 1-Click ordering for this browser

This item ships to **Canada**. Want it **Tuesday, June 5?** Order within **18 hrs 54 mins** and choose **AmazonGlobal Priority Shipping** at checkout. Learn more

Deliver to Canada

Add to List

Have one to sell?    Sell on Amazon



MEREDITH WILD

THE RED LEDGER

*The Red Ledger: 1*
by Meredith Wild

*The Extremely Intense Series that has the book world buzzing!*

→ Learn more

Ad feedback

## Frequently bought together

 +  + 

Total price: **$35.97**

Add all three to Cart

Add all three to List

☑ **This item:** Cocky By Association (Cocker Brothers, The Cocky Series) (Volume 14) by Faleena Hopkins Paperback $10.99
☑ Cocky Rebel: Sofia Sol (Cocker Brothers) (Volume 13) by Faleena Hopkins Paperback $12.99
☑ Cocky Director: Max Cocker (Cocker Brothers, The Cocky Series) (Volume 15) by Faleena Hopkins Paperback $11.99

## Customers who bought this item also bought

Page 1 of 10

5/31/2018　　Cocky By Association (Cocker Brothers, The Cocky Series) (Volume 14): Faleena Hopkins: 9781947421115: Amazon: Books

Case 1:18-cv-04670-AKH Document 20-6 Filed 05/31/18 Page 11 of 22







Cocky Director: Max Cocker (Cocker Brothers, The Cocky Series) (Volume 15)
› Faleena Hopkins
156
Paperback
$11.99

Cocky and Out of My League (Cocker Brothers, The Cocky Series)...
› Faleena Hopkins
198
Paperback
$11.99

Cocky Rebel: Sofia Sol (Cocker Brothers) (Volume 13)
› Faleena Hopkins
222
Paperback
$12.99

Cocky Quarterback: Eric Cocker (Cocker Brothers of Atlanta) (Volume 12)
› Faleena Hopkins
305
Paperback
$11.99

Cocky Bonus Scenes Books 1-16 (Cocker Brothers, The Cocky Series) (Volume 17)
› Faleena Hopkins
38
Paperback
$12.99

## Sponsored products related to this item (What's this?)

Page 1 of 23







Craving (Steel Brothers Saga Book 1)
Helen Hardt
*"I Couldn't Stop Reading.. Many Extremely Hot Scenes! This Intense Story Will Have You Tearing Through The Pages To Find Out What Happens Next!"*
2783
Kindle Edition
$6.99

Misadventures with a Rookie (Misadventures Book 10)
Toni Aleo
*A real page-turner with a hero who delivers such a stunning declaration of love, it will leave readers swooning. Get your copy today!*
253
Just Released ◣
Kindle Edition
$3.99

FLIRT (Dirty Brothers Series Book 1)
Penny Wylder
*Dirty. Powerful. Protective. Ready to meet the Logan brothers?*
80
Just Released ◣
Kindle Edition
$0.99

Mister Diamond
Chance Carter
*I'm supposed to marry a rich Russian heiress. But the girl who takes my breath away is the one behind the Tiffany's counter when I go to buy the ring!*
155
Just Released ◣
Kindle Edition
$0.99

The Stone Brothers: A Complete Romance Series (3-Book Box Set)
Samantha Christy
*Have you gotten 'Stoned' yet? These hot and sexy brothers will have you begging for more. Get the series readers are raving about.*
102
Released on Nov 5 ◣
Kindle Edition
$9.99

Ad feedback

## Special offers and product promotions

- **Your cost could be $0.00** instead of $10.99! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Editorial Reviews

Review

COCKY SERIES ORDER:
The Original Six Cocker Brothers From Atlanta, GA

- 1. Cocky Roomie - JAKE
- 2. Cocky Biker - JETT
- 3. Cocky Cowboy - JAXSON
- 4. Cocky Romantic - JASON
- 5. Cocky Senator - JUSTIN
- 6. Cocky Soldier - JEREMY

Spin off from Cocky Biker - the only novella

- 7. A Honey Badger Xmas (not paranormal, that's his earned nickname)

The Next Generation

- 8. Cocky Senator's Daughter: Hannah Cocker

Read more

Case 1:18-cv-04670-ARR Document 20-6 Filed 05/31/18 Page 12 of 22

## Product details

**Series:** Cocker Brothers, The Cocky Series
**Paperback:** 298 pages
**Publisher:** Hop Hop Productions (November 18, 2017)
**Language:** English
**ISBN-10:** 1947421115
**ISBN-13:** 978-1947421110
**Product Dimensions:** 5 x 0.7 x 8 inches
**Shipping Weight:** 13.9 ounces (View shipping rates and policies)
**Average Customer Review:** 162 customer reviews
**Amazon Best Sellers Rank:** #476,139 in Books (See Top 100 in Books)
    #50843 in Books > Romance > **Contemporary**

Would you like to **tell us about a lower price?**

If you are a seller for this product, would you like to **suggest updates through seller support**?

## More about the author

› Visit Amazon's Faleena Hopkins Page



**Biography**

Hit follow and always catch a new release!

Ever since I was six and sold my parents books for a dollar, I've been a writer. What's funny is sometimes I still sell books for a buck to celebrate a new release, and thank loyal fans.

Follow on Amazon
Follow authors to get new release updates, plus improved recommendations and much more Show More

kindlematchbook

If you buy a new print edition of this book (or purchased one in the past), you can buy the Kindle Edition for **FREE**. Print edition purchase must be sold by Amazon. Learn more.



Editors' picks at exclusive prices
first reads

## Customer Reviews

 162
4.7 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 6% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 5% |

See all 162 customer reviews

Share your thoughts with other customers

Write a customer review

### Rated by customers interested in    What's this?

| Romance Novels | Fantasy Books | Short Stories & Anthologies |
|---|---|---|
| 4.7 out of 5 stars | 4.7 out of 5 stars | 4.8 out of 5 stars |

Is this feature helpful?  Yes  No

## Top customer reviews

 Mary H

**Loved Sean and Celia!**
February 24, 2018
Format: Kindle Edition    Verified Purchase

This is the romance of Sean and Celia. You first meet these two in Cocky Rebel, well Celia was born in Cocky Biker but was just an infant there. Neither of these two is a Cocker but they live with the Cyphers and Jett, Luna, and Sofia Sol Cocker.
Faleena Hopkins has a way with a slow burn romance. Here Sean is trying to join the Cyphers and trying to focus on only that even though he is immediately attracted to Celia. Celia is a sweet yet tough woman who believes she is in love with someone else.

## Most recent customer reviews

 Cherry

**There was no chemistry among the characters. I don't ...**
There was no chemistry among the characters. I don't even know what to describe the relationship between H and h. Save your money. Seriously.
Published 14 days ago

ncbookbelle

**Bleh.**
Nothing but trash and drivel. Give me a break.
Published 14 days ago

Sonya

**Five Stars**
Loved it!
Published 17 days ago

Robin

**Bleh**
Not a good author. Books are bleh.
Published 21 days ago

 Kay B

**Not great. Not even really good.**
I'm really baffled by the five star reviews on any of this woman's books. The writing is lackluster, and

Celia is best friends with Sofia and their mothers are also best friends. She is just a little bit older than Sean. I like how not all of the Cocker series follows the normal man is older than woman model of romance. I also love how it only matters who you are as a person, not the color of your skin or who you choose to love. If you are a good person you are welcomed here.

6 people found this helpful

Helpful | Not Helpful | Comment | Report abuse

 OBAR4707

**Loved the continuation of the Cipher's story!**

November 28, 2017
Format: Kindle Edition  Verified Purchase

Celia has had a crush on Atlas, Luke's younger brother for years. Because of strict "no sexual involvement" house rules, she has been reluctant to let it be known. After all, look what happened with Luke and Sophia Sol! When a new probationary member arrives at the house, things start to change. Sean aka Diesel, wants nothing more than to join the Ciphers. He was abused as a child and felt like he never fit in with others. The group puts him through rigorous training and testing to see what he is made of. Sean is tough, fearless, loyal and resilient, but his biggest problem is Celia. One look and he is hooked. Can he have both, or must he choose between a chance to be a Cipher or getting the girl of his dreams. This book delves more into the MC club life style and way of living. Each member has his/her own strengths and weaknesses'. Again, more secrets come to light and whoa, what's happening to Ben? And don't forget the bonus content!

6 people found this helpful

Helpful | Not Helpful | Comment | Report abuse

 Hiker Girl

**This book is amazing**

November 11, 2017
Format: Kindle Edition  Verified Purchase

Love, Love, Loved this book. Celia is such a bad a$$. I loved the emotions in this book. I love the family unit of the Ciphers. I loved getting deeper into this crazy family unit and seeing the love, flaws and all. Sean is lost until the Ciphers find him. After finding a place he can really fit in, will he give it all up for love? This book is amazing. I loved every second.

8 people found this helpful

Helpful | Not Helpful | Comment | Report abuse

 Sun, Sand, Books

**A great Cocky addition**

November 14, 2017
Format: Kindle Edition  Verified Purchase

Haven't met a Cocker Brothers story I didn't like. Quick read. Well edited.

Sean first appeared in Sofia Sol's story and I am so very glad that he got his own tale. He was such a great guy - always willing to stand up for the little guy and always thinking about how others felt. Faleena does a great job with the timeline - reminding us of what is going on with Sofia Sol & Luke, as well as Celia and Atlas.

I look forward to every new story. With all the tidbits on Ben, I sure hope his story is coming soon. So want him to finally be happy. So many cousins, so many Ciphers, so many stories and possibilities. Maybe Tonk Jr will end up in Atlanta with the blood Cockers while he gets his degree... Hmmmm....

6 people found this helpful

Helpful | Not Helpful | Comment | Report abuse

 RaChelle Holmberg

**Expanded Family Tree**

November 13, 2017
Format: Kindle Edition  Verified Purchase

I've read pretty much everything by Faleena - including earlier stuff - and the Cocker series has been really fun. I've bought and read them ALL. This one was especially amazing as she was able to splice and graft two separate families together, making the family tree spread wide and far, and now I cant wait to see what

interactions between characters feel stilted and forced to me. Read more

Published 22 days ago

 Kindle Customer

**One Star**

Crappy with Association to this book and author.

Published 23 days ago

 Jamaican chick

**Just bad**

Still waiting for actually chemistry. Definitely a book that can be skipped. No idea how this series has such high reviews.

Published 25 days ago

 Sonia Chapple

**Don't bother!!!**

If I could give this book no stars I would. I purchased this book thinking it would be a great read. What a disappointment! Read more

Published 25 days ago

 Amazon Customer

**Faleena is a fantastic writer. She hooks me right from the beginning**

Faleena is a fantastic writer. She hooks me right from the beginning! Love this series!!

Published 25 days ago

 Tiffany Riggins

**Faleena Does it Again!**

I am absolutely enamored with the entire Cocker family. As soon as I finish one story I can't wait to move on to the next. Read more

Published 27 days ago

**Search customer reviews**

[ ] Search

happens next- new blood, new possibilities. Totally enjoyable series, but do yourself a favor and start at number one. Its been a fine ride.

7 people found this helpful

[ Helpful ]   [ Not Helpful ]    Comment    Report abuse

 Patty Wilderman

**Love this Series!!!**

February 13, 2018
Format: Kindle Edition    Verified Purchase

I have to say that I have not read one book in this series that was not a great story. With that being said, this book is no different. It is an amazing story with amazing characters. Faleena Hopkins has created a family with the Cocker Series. Not only with her books but with her fans as well.

In this story Celia thinks she is in love with Atlas. That is until Atlas snitches on his on brother Luke. When Luke is sent away, everyone is tense in the household. Celia wants to be there for Atlas, but she still finds it hard to be ok with what he did. When a new guy named Sean is introduced into the house, Celia's feelings start to change.

Sean is misunderstood. He is always in trouble because he fights for those who can't fight for themselves. Not understood by normies, he feels misplaced like an outsider. That is until he meets the Ciphers. When he is given the chance to try out for the MC, he jumps on it. He will do what he must to become a Cipher, even if it means not acting on his feelings for the beautiful Celia. But when secrets come out of the dark hiding spaces, his time with the MC may just be reaching an expiration date. Can he prove he is worthy?

This book was a pretty emotional book compared to some of the others. I always like reading about Jett and

7 people found this helpful

[ Helpful ]   [ Not Helpful ]    Comment    Report abuse

 Ashley A

**LOVE LOVE LOVE**

November 11, 2017
Format: Kindle Edition    Verified Purchase

Faleena Hopkins does it again this series just keeps getting better. This book was unexpected in the best way. You will not want to put this book down

4 people found this helpful

[ Helpful ]   [ Not Helpful ]    Comment    Report abuse

 Mavi T

**love or his purpose in life**

December 13, 2017
Format: Kindle Edition    Verified Purchase

The story of finding your little nook in this world. Knowing that you have a purpose but not knowing how to do it. Sean's story resonates with most of us who tried to just live our life not fully executing our purpose in life. Having been given a chance by the Ciphers to do what is meant for him to do helps him find the right path he should be going. Although, coming to where he should go, he needs to encounter some obstacles that would make him choose, love or his purpose in life.. This series is something that you cannot simply un-follow, each stories tackles life's reality and give a little twist that sometimes helps us find our own happiness..Love it!

2 people found this helpful

[ Helpful ]   [ Not Helpful ]    Comment    Report abuse

**See all 162 reviews**

[ Write a customer review ]

Case 1:18-cv-04670-AKH Document 20-6 Filed 05/31/18 Page 15 of 22

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Cocky By Association (Cocker Brothers, The Cocky Series) (Volume 14)

[Set up a giveaway]

## Customers who viewed this item also viewed

Page 1 of 2

    

| Cocky Director: Max Cocker (Cocker Brothers, The Cocky Series) (Volume 15) | Cocky Rebel: Sofia Sol (Cocker Brothers) (Volume 13) | Cocky Quarterback: Eric Cocker (Cocker Brothers of Atlanta) (Volume 12) | Cocky and Out of My League (Cocker Brothers, The Cocky Series)… | Cocky Bonus Scenes Books 1-16 (Cocker Brothers, The Cocky Series) (Volume 17) |
|---|---|---|---|---|
| › Faleena Hopkins | › Faleena Hopkins | › Faleena Hopkins | › Faleena Hopkins | › Faleena Hopkins |
| 156 | 222 | 305 | 198 | 38 |
| Paperback | Paperback | Paperback | Paperback | Paperback |
| $11.99 | $12.99 | $11.99 | $11.99 | $12.99 |

## Your recently viewed items and featured recommendations

### Inspired by your browsing history

Page 1 of 5

    

| Guardian: A Scifi Alien Romance (Galactic… | Captured by the Alien Warrior: A Sci-Fi… | Dragon's Desire: A SciFi Alien Romance (Red… | Her Cyborg Beast (Interstellar Brides®:… | Fighting For Their Mate (Interstellar Brides®… |
|---|---|---|---|---|
| › Anna Hackett | › Viki Storm | › Miranda Martin | › Grace Goodwin | › Grace Goodwin |
| 154 | 25 | 59 | 162 | 164 |
| Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition |
| $2.99 | $2.99 | $3.99 | $4.95 | $4.95 |

### Best Sellers

Page 1 of 5

    

| Lies That Bind Us | Matchmaking for Beginners: A Novel | The Butterfly Garden (The Collector Series… | Hard Road (Jon Reznick Thriller Series Book… | The Speed of Sound (Speed of Sound Thrillers… |
|---|---|---|---|---|
| › Andrew Hart | › Maddie Dawson | › Dot Hutchison | › J. B. Turner | › Eric Bernt |
| 587 | 873 | 13,899 | 972 | 509 |
| Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition |
| $4.99 | $4.99 | $1.99 | $1.99 | $4.99 |

5/31/2018
Cocky By Association (Cocker Brothers, The Cocky Series) (Volume 14): Faleena Hopkins: 9781947421115: Amazon.com: Books

Case 1:18-cv-04670-AKH Document 20-6 Filed 05/31/18 Page 16 of 22



You viewed

See personalized recommendations

Sign in

New customer? Start here.

› View or edit your browsing history

Back to top

## Get to Know Us

Careers

About Amazon

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions<br>of songs | **Amazon Drive**<br>Cloud storage<br>from Amazon | **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Books, art<br>& collectibles | **ACX**<br>Audiobook Publishing<br>Made Easy | **Alexa**<br>Actionable Analytics<br>for the Web | **Amazon Business**<br>Everything For<br>Your Business |
| **AmazonFresh**<br>Groceries & More<br>Right To Your Door | **AmazonGlobal**<br>Ship Orders<br>Internationally | **Home Services**<br>Handpicked Pros<br>Happiness Guarantee | **Amazon Inspire**<br>Digital Educational<br>Resources | **Amazon Rapids**<br>Fun stories for<br>kids on the go | **Amazon Restaurants**<br>Food delivery from<br>local restaurants | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services |
| **Audible**<br>Download<br>Audiobooks | **AudiobookStand**<br>Discount Audiobooks<br>on Disc | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Box Office Mojo**<br>Find Movie<br>Box Office Data | **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **DPReview**<br>Digital<br>Photography |
| **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations | **IMDb**<br>Movies, TV<br>& Celebrities | **IMDbPro**<br>Get Info Entertainment<br>Professionals Need | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy |
| **Prime Now**<br>FREE 2-Hour Delivery<br>on Everyday Items | **Prime Photos**<br>Unlimited Photo Storage<br>Free With Prime | **Prime Video Direct**<br>Video Distribution<br>Made Easy | **Shopbop**<br>Designer<br>Fashion Brands | **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **Amazon Warehouse**<br>Great Deals on<br>Quality Used Products | **Whole Foods Market**<br>America's Healthiest<br>Grocery Store |
| **Withoutabox**<br>Submit to<br>Film Festivals | **Woot!**<br>Deals and<br>Shenanigans | **Zappos**<br>Shoes &<br>Clothing | **Souq.com**<br>Shop Online in<br>the Middle East | **Subscribe with Amazon**<br>Discover & try<br>subscription services | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates



**Try Prime**

Books ▾

Deliver to
Canada

Departments ▾    Your Recommendations

EN ▾    Hello. Sign in
Account & Lists ▾    Orders    Try Prime ▾    0 Cart

Books    Advanced Search    New Releases    Amazon Charts    Best Sellers & More    The New York Times® Best Sellers    Children's Books    Textbooks



Look inside ↓



 

See all 2 images

# Cocky Rebel: Sofia Sol (Cocker Brothers) (Volume 13) Paperback – October 12, 2017

by Faleena Hopkins  (Author)

222 customer reviews

Book 13 of 18 in the Cocker Brothers®, The Cocky® Series

See all 2 formats and editions

| Kindle | Paperback |
|---|---|
| $1.97 | $12.99 |

Read with Our Free App    1 New from $12.99

*The cousin my readers have been waiting for...*

SOFIA SOL COCKER:
There is a line we're forbidden to cross with each other.
It's not like he and I are genetically related.
We aren't.
But we might as well be.
From my earliest memories he's been in my life.

Read more



**"Neverworld Wake" by Marisha Pessl**
Read the absorbing new psychological suspense thriller from acclaimed New York Times bestselling author Marisha Pessl. Pre-order today

Share

**Buy New**    $12.99
Qty: 1 ▾

**In Stock.**
Ships from and sold by Amazon.com.
Gift-wrap available.

Add to Cart

Turn on 1-Click ordering for this browser

This item ships to **Canada**. Want it **Tuesday, June 5?** Order within **18 hrs 54 mins** and choose **AmazonGlobal Priority Shipping** at checkout. Learn more

Deliver to Canada

Add to List

Have one to sell?    Sell on Amazon



*The Red Ledger: 1*
by Meredith Wild
*The Extremely Intense Series that has the book world buzzing!*
› Learn more

Ad feedback

## Frequently bought together



+ + 

Total price: **$35.97**

Add all three to Cart

Add all three to List

☑ **This item:** Cocky Rebel: Sofia Sol (Cocker Brothers) (Volume 13) by Faleena Hopkins Paperback **$12.99**
☑ Cocky By Association (Cocker Brothers, The Cocky Series) (Volume 14) by Faleena Hopkins Paperback **$10.99**
☑ Cocky Quarterback: Eric Cocker (Cocker Brothers of Atlanta) (Volume 12) by Faleena Hopkins Paperback **$11.99**

## What other items do customers buy after viewing this item?



Cocky Senator (The Cocker Brothers of Georgia) (Volume 5)  Paperback
› Faleena Hopkins
325
$12.99

Case 1:18-cv-04670-AKH   Document 20-6   Filed 05/31/18   Page 18 of 22

## Special offers and product promotions

- **Your cost could be $0.00 instead of $12.99!** Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Editorial Reviews

#### Review

COCKY SERIES ORDER:
The Original Six Cocker Brothers From Atlanta, GA

- 1. Cocky Roomie - JAKE
- 2. Cocky Biker - JETT
- 3. Cocky Cowboy - JAXSON
- 4. Cocky Romantic - JASON
- 5. Cocky Senator - JUSTIN
- 6. Cocky Soldier - JEREMY

Spin off from Cocky Biker - the only novella

- 7. A Honey Badger Xmas (not paranormal, that's his earned nickname)

The Next Generation

- 8. Cocky Senator's Daughter: Hannah Cocker

Read more

## Product details

**Series:** Cocker Brothers
**Paperback:** 316 pages
**Publisher:** Hop Hop Productions (October 12, 2017)
**Language:** English
**ISBN-10:** 1947421107
**ISBN-13:** 978-1947421103
**Product Dimensions:** 5 x 0.7 x 8 inches
**Shipping Weight:** 14.7 ounces (View shipping rates and policies)
**Average Customer Review:** 222 customer reviews
**Amazon Best Sellers Rank:** #676,646 in Books (See Top 100 in Books)

Would you like to **tell us about a lower price**?
If you are a seller for this product, would you like to **suggest updates through seller support**?

kindle**matchbook**

If you buy a new print edition of this book (or purchased one in the past), you can buy the Kindle Edition for **FREE**. Print edition purchase must be sold by Amazon. Learn more.



**Clip and Save**
with Amazon Coupons
Shop now ›

## Customer Reviews

**222**
**4.7 out of 5 stars**

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 7% |
| 3 star | | 1% |
| 2 star | | 1% |
| 1 star | | 3% |

See all 222 customer reviews

Share your thoughts with other customers

Write a customer review

**Rated by customers interested in**                    What's this?

| Romance Novels | Fantasy Books | Short Stories & Anthologies |
|---|---|---|
| 4.7 out of 5 stars | 4.7 out of 5 stars | 4.7 out of 5 stars |

Is this feature helpful?   Yes   No

### Read reviews that mention

### Most recent customer reviews

 Amazon Customer

**Sofia - the bada\*\* we all long to be...**
Sofia, and her father Jett's stories, give us a look into the MC that Jett became a part of. Dad didn't fit in with the family in Atlanta but fits in with the MC, Sophia is of... Read more
Published 3 days ago

Amazon Customer

Case 1:18-cv-04044-AKH Document 20-6 Filed 05/31/18 Page 19 of 22

| faleena | luke | sophia | hopkins | ciphers | waiting |
| heart | jett | wild | cipher | cockers | rules | luna |
| child | woman | disappoint | biker | fall | sexy | atlas |

## Top customer reviews

 ViolinVixen

**Sofia Sol's story - Well worth the wait! Loved this latest Cocker family romance!**

October 14, 2017
Format: Kindle Edition   Verified Purchase

I've been waiting a long time to read Sofia Sol's book. :) Her appearances in the previous books have been so shrouded with mystery and darkness, I couldn't wait to see what her life was all about.

The Cocker family romances have always had a strong base of family values, family loyalty and togetherness. It's the usually the Cockers against the world. This book is a bit different. It still sticks with the family values, loyalty and love, but it focuses around Sofia Sol's non-blood family, the Ciphers MC. She's been raised in a huge house with the other Cipher kids all around her. Their relationships have become stronger than blood and together they are thicker than thieves.

Sofia loves her life in the MC. It's a devoted family of misfits, but it's wrapped in a much rougher package than the clean cut and politically correct Cockers. The Ciphers would die for each other. They train together, eat together, sleep together and right wrongs together.

Strict rules forbidding romantic entanglements between unmarried MC members are to protect the entire

Read more

10 people found this helpful

[ Helpful ]   [ Not Helpful ]    Comment    Report abuse

 LetyM

**My favorite Cocky book so far!**

October 24, 2017
Format: Kindle Edition   Verified Purchase

This is by far my favorite Cocker story. Sofia Sol's story is so poignant! Luke and Sofia's love story is so beautiful and heart wrenching! Their non-conventional family and the way that they live exponentially heightens the loyalty and unity that a typical family would have for one another. It would be impossible not to fall in love within their community since they live, breath, eat, and work together.

Luke is a hero, choosing not to tell on his brother after he was thrown under the bus and made to leave the family. Luke was out there all by himself away from everything he knew to sacrifice his love for Sofia to his brother. Sofia Sol is the same great character as she has been in previous books. I love her spunk and fire but Luke seems to calm her. They are lifetime soulmates, not only of the currently life they are living and that is so much more. They feel it and live it once they realize the intensity of what that means.

Of course, it wouldn't be a Cocky book without the Cocker crew and I loved seen them gather for their cousin at the plantation. Usually the gatherings are in Atlanta but this time they took it to Sofia and that was awesome! I love them meeting Santoch and how that developed into the addition to the family, as well as the opening that her reading left in our minds. Looking forward to see the development of that reading. Give us more Cipher stories Faleena, you have ingrained another wonder family in our hearts so we want to know

4 people found this helpful

[ Helpful ]   [ Not Helpful ]    Comment    Report abuse

 808 Customer

**Luke & Sofia Sol**

October 16, 2017
Format: Kindle Edition   Verified Purchase

This was a great sweet and sexy story to to Cocker series! Luke and Sofia grew up together, learning and fighting for the Ciphers. They had feelings for each other but never voiced until now. Family drama caused

---

**Great read**
Loved every moment of it. I have read every Cocky book in order and couldn't wait to get to Sophia-Sol.
Published 9 days ago

 ncbookbelle

**Utter waste of time.**
Utter nonsense. A terrible excuse for romance.
Published 14 days ago

 Kris

**Eye roll**
Don't bother unless it's free
Published 15 days ago

 Sonya

**Five Stars**
Loved it!
Published 17 days ago

 Robin

**Bleh**
Not a good author. Books are bleh.
Published 21 days ago

 Sara

**I'm Cocky and u know it!!!!**
You have got to love a badass woman who is not afraid of her own sexuality. I can just imagine the girls tipsy letting lose, what fun. I am so glad that she found her hea. Read more
Published 22 days ago

 Kindle Customer

**It's sad when you try so hard to be original**
I want to vomit on this! It'sd sad when you try so hard to be original, look at the monster you've become.
Published 23 days ago

 Leandra

**Inconsistent**
Her Writing is inconsistent between different books in the series.
I would not recommend buying any books from this author.
Published 24 days ago

 Amazon Customer

**Faleena is a fantastic writer. She hooks me right from the beginning**
Faleena is a fantastic writer. She hooks me right from the beginning! Love this series!!
Published 25 days ago

### Search customer reviews

[             ] [ Search ]

Case 1:18-cv-04670-AKH Document 20-6 Filed 05/31/18 Page 20 of 22

suffering and growing up. Luke and Sofia admit their feelings and fight for their relationship despite the
criticism from family and achieve their HEA.

5 people found this helpful

[ Helpful ]   [ Not Helpful ]      **Comment**   Report abuse

       Rita Diana

**you know you will love the story and you can't wait to see what ...**

October 15, 2017
Format: Kindle Edition    **Verified Purchase**

Reading one of Faleena Hopkins it's always a treat... you know you will love the story and you can't wait to see
what happens, although when you hit the end , you definitely want more...But this story right here it's the
perfect path for Sofia to find her happy end. You will cry, laugh, swear and love to way even the "stunning
spawn of Satan". If you don't already love the Cocker family, you will adore it after you read this.

5 people found this helpful

[ Helpful ]   [ Not Helpful ]      **Comment**   Report abuse

       Denita Davis

**Sophia was worth the wait.**

October 15, 2017
Format: Kindle Edition    **Verified Purchase**

Cocky Rebel was worth the wait. The glimpse into the ciphers mc was unexpected. We learned more about
this wild child and that it doesn't always have to be blood to be a family. To know that these rough and
tumble bikers also have a soft side was great to see. All in all, another great read that gives little nuggets for
future stories that leave you craving more.

5 people found this helpful

[ Helpful ]   [ Not Helpful ]      **Comment**   Report abuse

       Tammy1007

**The exciting world of Cocker Family!**

October 15, 2017
Format: Kindle Edition    **Verified Purchase**

Any book of Cocker relatives, is immediately read. I thoroughly enjoyed Sophia. She is a breath of fresh air,
with her rules and values to live by, but Family is always first. How wonderful that she found her perfect
partner who loved her just as she is. Can't ask for more. Her family loves with everything in them.

5 people found this helpful

[ Helpful ]   [ Not Helpful ]      **Comment**   Report abuse

A.Ramos

**Another great story**

October 15, 2017
Format: Kindle Edition    **Verified Purchase**

Was not disappointed at all. How could anyone be let down with a Faleena Hopkins book? Ms. Hopkins is an
absolute delightful author. This is another brilliant addition to the Cocky series. I was intrigued from
beginning to end. Sofia Sol and Luke were so good together, couldn't get enough.

5 people found this helpful

[ Helpful ]   [ Not Helpful ]      **Comment**   Report abuse

Lori

**I Love the Cocker's**

October 22, 2017
Format: Kindle Edition    **Verified Purchase**

I purchased every single book and it is sooo worth it!! I Love the Cocker's!!
Cocky Rebel (Book 13) Yet another GREAT book by Faleena Hopkins!! This series is one of the best that I put

Case 1:18-cv-04670-AKH Document 20-6 Filed 05/31/18 Page 21 of 22

up on a peddistal! I highly recommend! You won't be disappointed! Just start on book one and you'll just want to go right through all 12 and each book has everything you could want in it! Come back here and let me know if I'm wrong...

4 people found this helpful

Helpful | Not Helpful | Comment | Report abuse

**See all 222 reviews**

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Cocky Rebel: Sofia Sol (Cocker Brothers) (Volume 13)

Set up a giveaway

---

## Customers who bought this item also bought



Cocky By Association (Cocker Brothers, The Cocky Series) (Volume 14)
› Faleena Hopkins
162
Paperback
$10.99



Cocky and Out of My League (Cocker Brothers, The Cocky Series)...
› Faleena Hopkins
198
Paperback
$11.99



Cocky Director: Max Cocker (Cocker Brothers, The Cocky Series) (Volume 15)
› Faleena Hopkins
156
Paperback
$11.99

Cocky Quarterback: Eric Cocker (Cocker Brothers of Atlanta) (Volume 12)
› Faleena Hopkins
305
Paperback
$11.99



Cocky Bonus Scenes Books 1-16 (Cocker Brothers, The Cocky Series) (Volume 17)
› Faleena Hopkins
38
Paperback
$12.99



Cocky Love: Emma (Cockers Brothers of Atlanta) (Volume 11)
› Faleena Hopkins
242
Paperback
$11.49

Back to top

Case 1:18-cv-04670-AKH Document 20-6 Filed 05/31/18 Page 22 of 22

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | › See all | | Help |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audiobooks | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy |
| Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store |
| | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2018, Amazon.com, Inc. or its affiliates