Exhibit G

**From:** Author Faleena Hopkins
**Sent:** Tuesday, August 15, 2017 5:17 AM
**To:**
**Subject:** 🏈🏈Cocky Quarterback: Eric Plus Cocky Biker Freeeeebie! 🏈🏈

Can't see images? <u>Click here...</u>



## It's my birthday tomorrow (Aug. 16) so this email, Ooh Lordie, has FUN STUFF a plenty.

---

## My Personal List

Giving you a gift by setting Jett Cocker's **Cocky Biker** to FREE for my birthday? check

Releasing the oh-so-heart-melting **Cocky Quarterback: Eric Cocker** - Book 12 in the series? check

Slept for 4 hours last night? check

And the night before that because as the saying goes, *I can rest when I'm dead?* check

Included two fun giveaways? Wait, make that three...?! check.

Having dinner with friends to celebrate coming into existence and wreaking havoc on the world as a rebel optimist? check.

Good to go then!

*I hope you enjoy Eric's love story.*

*I included a note from me in the end about the writing of it.*

*It's rather long. I apologize. I care a little too much.*

Love, love and more love, *Faleena Hopkins*

---



Only $0.99 during New Release! Free in KU

**ERIC USA**    **ERIC UK**    **ERIC AU**    **ERIC CA**

## ERIC:

The waitress with the bird tattoo up her middle finger
has gotten my attention by not caring if she does.
My team thinks it's hilarious that she's not into me.
I think it's almost as fascinating as she is.
Trouble is she likes musician types...
And has one for a boyfriend.
I told her I hope he knows how lucky he is.
Because if he doesn't, my fist will tell him.

## WREN:

Okay, so I might be a football fan...but I hate jocks.
Acting like idiots at our bar after every home game
They almost ruin the sport for me, entirely.
Eric Cocker is gorgeous, sure, but what an ego!
Trouble is that our clientele loves drama
And they think we did it in O'Neal's bathroom
All we really did was laugh - far more dangerous
How do you get inside a woman's heart?
You make her laugh.

* Those who don't know the sport won't feel left out.
Eric Cocker is Jake's (Book 1) youngest, which means he's Ethan
(Book 9) and Emma's (Book 11) brother. Enjoy the Cocker family!



**FREE USA**     **FREE UK**     **FREE AU**     **FREE CA**



## Cocky Quarterback: ERIC - TWO GIVEAWAYS

**_As you're reading Eric's book, highlight your favorite parts, choose one, take a screenshot._**

Post it in the comments on my FB Fan Page under this image you see here, to win one of two $10 gift cards

If you're in the Cocky Readers FB Group, post it there to win a signed paperback copy!

One entry per person.

You can enter in both, but with different quotes.

Ends Aug. 19th, midnight.

Have fun! Can't wait to see what you loved.

---



WHY HAVE THIS GIVEAWAY? Because it's my birthday and I get to have as much fun as possible. ALSO... and this was the real reason...COCKY LOVE: EMMA - Book 11 in Cocker Brothers of ATL has a 4.9 star rating, 184 reviews, and I was just contacted by Amazon about them wanting to help promote it!

✦⁛ TO CELEBRATE I'm hosting a giveaway for our lovely and extremely talented Diane Lopez DeLeo who sells out at every

Festival her jewelry appears at.

✦ TO ENTER: Like her FB Page AND Comment on the post of this picture in my FB Page - with something you love: Anything. Pizza. Your dog. You. Your kids. Aliens...

✦❦✦ LIKE THIS PAGE:
http://Facebook.com/Dianecaroldesigns

✦❦✦Please Visit Her Website here:
Dianecaroldesigns.com





1. Jake Cocker (Ethan's dad) - Cocky Roomie

2. Jett Cocker - Cocky Biker

3. Jaxson Cocker - Cocky Cowboy

4. Jason Cocker - Cocky Romantic

5. Justin Cocker (Hannah & Gabriel's Dad) - Cocky Senator

6. Jeremy Cocker - Cocky Soldier

7. Honey Badger (Cocky Biker spinoff) A Honey Badger X-Mas

8. Hannah Cocker - Cocky Senator's Daughter

9. Ethan Cocker - Cocky Genius

10. Gabriel Cocker - Cocky Rockstar

11. Emma Cocker - Cocky Love

12. Eric Cocker - Cocky Quarterback

**Hop Hop Publications**

Only notices about my books? Click
unsubscribe and click that option.

[Website](#)

**Unsubscribe**

**From:** Author Faleena Hopkins
**Sent:** Saturday, October 14, 2017 12:28 PM
**To:**
**Subject:** ❤Sofia Sol Cocker...ready for the rebel of the family?❤☀❤

Can't see images? <u>Click here...</u>



## My Personal List

I did only one thing that *really* mattered this week.

I published SOFIA SOL COCKER'S LOVE STORY - live early Sat. morning although I *tried* for the 13th, since it's book 13.

Did. Not. Work. Ah well.

Maybe God wanted her to have good luck?

Wooohooooooooo!!!

• Our lovely cover model is Tina Brady. <u>Follow her on Instagram</u> and tell her how much we love her for wanting to be the face of the girl we've all been waiting for.

• Her photographer was Tommy Chung. <u>Follow him on IG</u> to see what an amazing talent the man is!

You ready for the wild child?

Because I don't think you are. ;-)

*Love, love and more love,*





USA    UK    AU    CA

SOFIA SOL:

There is a line we're forbidden to cross with each other.

It's not like he and I are genetically related.

We aren't.

But we might as well be.

From my earliest memories he's been in my life.

Motorcycle clubs are families of a wilder sort that no normie can understand.

Some of us are joined by blood.

Others by bond alone.

We're just not normal.

Never will be.

Never want to be.

So how fair is it that we're made to stay platonic?

We train together every day.

Get sweaty,

sneakily eye droplets that slide down...

hard muscles, ripe curves. For years!

Enter temptation. Enter fighting desire.

But whatever you do, don't do it.

Don't fall in love.


\* Sofia Sol is the only child of Jett and Luna Cocker from Book 2, Cocky Biker. *This wild ride is a full length novel, and yes there's steam.* If you have an issue with cussing and sizzle, Sofia Sol is not for you. Thank you!







## [New Charity Swag Designs for Cocky Rebel: "You Can't Jail Love" - Sofia Sol Cocker](#)



1. Jake Cocker (Emma, Ethan and Eric's Dad) - Cocky Roomie

2. Jett Cocker - Cocky Biker

3. Jaxson Cocker - Cocky Cowboy

4. Jason Cocker - Cocky Romantic

5. Justin Cocker (Hannah & Gabriel's Dad) - Cocky Senator

6. Jeremy Cocker - Cocky Soldier

7. Honey Badger (Cocky Biker spinoff) A Honey Badger X-Mas

8. Hannah Cocker - Cocky Senator's Daughter

9. Ethan Cocker - Cocky Genius

10. Gabriel Cocker - Cocky Rockstar

11. Emma Cocker - Cocky Love

12. Eric Cocker - Cocky Quarterback

13. Sofia Sol Cocker - Cocky Rebel



**Hop Hop Publications**

Only notices about my books? Click
unsubscribe and click that option.

<u>Website</u>

**<u>Unsubscribe</u>**

**From:** Author Faleena Hopkins
**Sent:** Monday, October 23, 2017 1:56 PM
**To:**
**Subject:** Some Sizzle For Your Kindle💔

Can't see images? <u>Click here...</u>



## My Personal List

Ended things with the funny new guy I was dating after he confessed he slept with the female comic he was touring the southern states with, while he was texting me and saying he missed me? check

Glad I waited to sleep with him, and hadn't yet? CHECK

Finally sending out the signed paperbacks I surprised my giveaway entrants with? check

Had to order more of Cocky Roomie so those will be delayed for a few of you fabulous readers who won in our  <u>#Cockerstalker Facebook Group?</u> check

Doing a live video there again this week, where we get raw and honest (like this email)? check.

Truly happy to have walked away from that guy and grateful for Maya Angelou's famous quote (now attributed to Oprah but she was just quoting her mentor and friend) -- "When someone shows you who they are, believe them the first time."

*Love, love and more love,*

## Faleena Hopkins

---



| USA | UK | AU | CA |

30 men. 1 woman.

I know how it sounds… dirty.

Except it's really just the premise for a new reality show, Matchmaker, where

I'm supposed to find love on TV.

Thirty sexy eligible bachelors are competing for my hand, trying to prove their love for me in front of millions of people.

I know most are fake and only here to advance their careers, but there are two who draw me to them like a moth to a flame.

One is blond and blue-eyed, with a chiseled body and a prowling natural grace. And while he might seem a little rough around the edges, with me, he's kind and genuine.

The other is passionate, driven, and totally focused on me–everything a woman could want.

I feel so torn. Do I choose the one I'm falling in love with, or can I be happy settling for the safe bet?

That should be an easy question. If I were a bystander sitting at home, I know what my answer would be.

But I'm scared. He could destroy me, burn me to ash with his fire. And if I'm wrong about him, I don't know if I'll ever recover…

**$.99 or Free in Kindle Unlimited!**



USA    UK    AU    CA

A jilted girl…A bad boy…A hell of a kiss...

Lacey Ryan's perfect life was well underway, until a betrayal blindsides her and changes everything. So the last person she expects to come to her rescue comes crashing back into her life.

Tristan Keys. Arrogant. Cocksure. Downright irresistible.

The delicious bad boy from her past offers her a fresh opportunity- first class flights, the chance to see the world, and maybe a little harmless flirtation while she's at it.

Only there's one glaring problem: Tristan happens to be her brother's best

friend. And he would be her new boss.

Which means he is completely off-limits. She knows it, he knows it. It's completely forbidden. Even though she's always followed all the rules, suddenly Lacey find herself wanting to break them all. Is he worth the risk? Or will he only break her heart—and possibly her bed springs?

**$2.99 and also available on iTunes, Kobo, and B&N !**

---



USA    UK    AU    CA

When you go on tour, you have to expect to rock the bus.

Keira Weston is screwed. Her art is flopping. Her teaching job dries up. And now she's losing her apartment. A girl should be allowed to have a night of fun to forget her troubles, right?

What she doesn't expect is to meet Eric Newcastle, the panty-melting guitarist she's always crushed on. And she definitely doesn't expect him to ask her to join him and a rowdy headlining band as a tour photographer. She knows better than to turn down that kind of opportunity.

Eric even offers wild nights in his bed as a *perk*. But she's determined to keep things professional. She's had her heart broken by an passionate artist before, and she's not getting burned again.

Still, she can't help but be tempted by the dirty talking guitarist with magic fingers. Especially when he undresses her with his eyes from the stage, Eric makes it clear. He's interested in more than her skill with a camera. He wants Keira to himself so he can prove what they have is real.

So long she doesn't uncover any of his family secrets…

**$3.99 or Free in Kindle Unlimited!**



## COCKER BROTHERS, THE COCKY SERIES

1. Jake Cocker (Emma, Ethan and Eric's Dad) - Cocky Roomie

2. Jett Cocker - Cocky Biker

3. Jaxson Cocker - Cocky Cowboy

4. Jason Cocker - Cocky Romantic

5. Justin Cocker (Hannah & Gabriel's Dad) - Cocky Senator

6. Jeremy Cocker - Cocky Soldier

7. Honey Badger (Cocky Biker spinoff) A Honey Badger X-Mas

8. Hannah Cocker - Cocky Senator's Daughter

9. Ethan Cocker - Cocky Genius

10. Gabriel Cocker - Cocky Rockstar

11. Emma Cocker - Cocky Love

12. Eric Cocker - Cocky Quarterback

13. Sofia Sol Cocker - Cocky Rebel





**Hop Hop Publications**

Website

Only notices about my books? Click unsubscribe and click that option.

**Unsubscribe**