# Exhibit H

38. On or about November 12, 2017 the Defendant CRESCENT published an audio book entitled "Her Cocky Firefighters (the two books collectively referred to as "Crescent Violations") (*emphasis added*), A MFM Ménage Romance, The Cocky Series Book 2 (*emphasis added*)" (please see book cover attached hereto as **Exhibit "L"**).

39. It should not be mistaken that CRESCENT was fully aware of the HOPKINS' COCKY NOVEL SERIES. In fact, CRESCENT, for at least four (4) months prior to the first Crescent Violation, helped promote the HOPKINS' COCKY NOVEL SERIES (please see communication attached hereto as **Exhibit "M"**).

 

**Rachel Daven Skinner**
@RachDvnS

Hey @kneupperwriter, I'm a Goodreads librarian,. Every time a change is made to a book's metadata and listing info there, it's recorded in a changelog. The date she first changed a series title to include "The Cocky Series" was April 8, 2018. Contact me for more info. #cockygate