Exhibit I



Faleena Hopkins
🛡 Admin · 25 mins

**#CockerFam** I need your help. If you'd like to send me a story or paragraph or sentence on a time when you accidentally thought another Cocky Book was mine, or what this series has done for you, given you, or got you through, please send these anonymous stories to me in a private message or email. Your name will never be used.

I have been searching old emails for things. Problem is, all the posts in here about the rash of Cocky Books were deleted because of the group's guidelines, when they began happening.

The best way to fight with light is for me to write more books and ask my Cocker Family for help. Would you like to help me? Thank you. ✨💛✨

 8                                                  4 Comments