Exhibit "E"

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

Serial Number: 87604348
Filing Date: 09/12/2017

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87604348 |
| **MARK INFORMATION** | |
| *MARK | COCKY |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | COCKY |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Hop Hop Productions, Inc. |
| INTERNAL ADDRESS | c/o PSBM |
| *STREET | 235 Park Avenue South |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 10003 |
| PHONE | 646-727-4334 |
| FAX | 2122466434 |
| EMAIL ADDRESS | jp@morrisyorn.com |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 016 |
| *IDENTIFICATION | A series of books in the field of romance |
| FILING BASIS | SECTION 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 06/16/2016 |
|    FIRST USE IN COMMERCE DATE | At least as early as 06/16/2016 |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\876\043\87604348\xml1\ RFA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\043\87604348\xml1\ RFA0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\043\87604348\xml1\ RFA0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\043\87604348\xml1\ RFA0006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\043\87604348\xml1\ RFA0007.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\043\87604348\xml1\ RFA0008.JPG |
| **SPECIMEN DESCRIPTION** | Jpegs of the front and back cover of the series of paperbacks for sale, the front cover to which bears the mark |
| **INTERNATIONAL CLASS** | 009 |
| **\*IDENTIFICATION** | A series of downloadable e-books in the field of romance |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 06/16/2016 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 06/16/2016 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\876\043\87604348\xml1\ RFA0009.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\043\87604348\xml1\ RFA0010.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\043\87604348\xml1\ RFA0011.JPG |
| **SPECIMEN DESCRIPTION** | Three jpegs of three different downloadable e-books in a series. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Jonathan Pollack, Esq. |
| **INTERNAL ADDRESS** | 9th Floor |
| **STREET** | 235 Park Avenue South |
| **CITY** | New York |
| **STATE** | New York |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 10003 |
| **PHONE** | 646-727-4334 |
| **FAX** | 2122466434 |
| **EMAIL ADDRESS** | jp@morrisyorn.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Jonathan Pollack, Esq. |

| | |
|---|---|
| **INTERNAL ADDRESS** | 9th Floor |
| **STREET** | 235 Park Avenue South |
| **CITY** | New York |
| **STATE** | New York |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 10003 |
| **PHONE** | 646-727-4334 |
| **FAX** | 2122466434 |
| **\*EMAIL ADDRESS** | jp@morrisyorn.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| **\*TOTAL FEE DUE** | 550 |
| **\*TOTAL FEE PAID** | 550 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Jonathan Pollack/ |
| **SIGNATORY'S NAME** | Jonathan Pollack |
| **SIGNATORY'S POSITION** | Applicant's Attorney |
| **SIGNATORY'S PHONE NUMBER** | 646-727-4334 |
| **DATE SIGNED** | 09/12/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/29/2018)

## Trademark/Service Mark Application, Principal Register

Serial Number: 87604348
Filing Date: 09/12/2017

**To the Commissioner for Trademarks:**

**MARK:** COCKY (Standard Characters, see mark)
The literal element of the mark consists of COCKY.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Hop Hop Productions, Inc., a corporation of Delaware, having an address of
  c/o PSBM
  235 Park Avenue South
  New York, New York 10003
  United States
  646-727-4334(phone)
  2122466434(fax)
  jp@morrisyorn.com (not authorized)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 016:  A series of books in the field of romance

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 06/16/2016, and first used in commerce at least as early as 06/16/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Jpegs of the front and back cover of the series of paperbacks for sale, the front cover to which bears the mark.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6

   International Class 009:  A series of downloadable e-books in the field of romance

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 06/16/2016, and first used in commerce at least as early as 06/16/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Three jpegs of three different downloadable e-books in a series..
Specimen File1
Specimen File2
Specimen File3


The applicant's current Attorney Information:
  Jonathan Pollack, Esq.
  9th Floor
  235 Park Avenue South
  New York, New York 10003
  United States
  646-727-4334(phone)
  2122466434(fax)
  jp@morrisyorn.com (authorized)

The applicant's current Correspondence Information:
Jonathan Pollack, Esq.
9th Floor
235 Park Avenue South
New York, New York 10003
646-727-4334(phone)
2122466434(fax)

jp@morrisyorn.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

## Declaration

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Jonathan Pollack/   Date: 09/12/2017
Signatory's Name: Jonathan Pollack
Signatory's Position: Applicant's Attorney
Payment Sale Number: 87604348
Payment Accounting Date: 09/12/2017

Serial Number: 87604348
Internet Transmission Date: Tue Sep 12 05:41:18 EDT 2017
TEAS Stamp: USPTO/BAS-XXX.XX.XXX.XXX-201709120541180
38059-87604348-51021a21821d09479f08014da
e45afb24a77cd5d242ced9fa6a8a773b3b701d8-
CC-8107-20170912053258482013

# COCKY





Copyrighted Material

In Atlanta, Georgia, The Cocker Brothers have certainly earned their nickname, The Cocky Brothers. Their daddy taught them to be real men. Their momma told them, "Hold out for a different kind of woman." They have one thing in common: well-earned arrogance. Jett Cocker, the family's outlaw, drives his Harley across America in search of people who can't fight evil on their own. Only when he meets a woman wilder than he is does he start to slow way, way down. How can you capture a wild female... who's not interested in being tamed?

FALEENA H

ISBN 9781535371322

90000 >

9 781535 371322

Copyrighted Material





In Atlanta, Georgia, The Cocker Brothers have earned their nickname, The Cocky Brothers. Their daddy taught them to be real men. Their momma told them, "Hold out for a different kind of woman." They have one thing in common: well-earned arrogance. Justin Cocker has political aspirations but no marital ones — it's not tying the knot, it's tying the noose. Besides, he's about to run for Senator of Georgia, the youngest the state has seen since the early 1800's, and he cares about nothing else. But then life throws two female obstacles at Justin, he must ask himself, What kind of man does he want to be?

FALEENA HOPKINS

ISBN 9781540490964

9 781540 490964





In Atlanta, Georgia, The Cocker Brothers have earned their nickname, The Cocky Brothers. Their daddy taught them to be real men. Their momma told them, "Hold out for a different kind of woman." They have one thing in common: well-earned arrogance. Jaxson Cocker needs no one. Because there's only one woman for him and she moved away when they were kids. But Rachel Sawyer has come to visit Atlanta, only she's not single. Jaxson just might have to leave well enough alone... except he's a Cocker. And they don't give up on what's theirs.

Can you really find your soulmate at age eight?

FALEENA HOPKINS

ISBN 9781537483160







# Exhibit "F"

# United States of America
## United States Patent and Trademark Office

# COCKY

**Reg. No. 5,447,836**  
**Registered Apr. 17, 2018**  
**Int. Cl.: 9, 16**  
**Trademark**  
**Principal Register**

Hop Hop Productions, Inc. (DELAWARE CORPORATION)  
C/o Psbm  
235 Park Avenue South  
New York, NEW YORK 10003

CLASS 9: A series of downloadable e-books in the field of romance

FIRST USE 6-16-2016; IN COMMERCE 6-16-2016

CLASS 16: A series of books in the field of romance

FIRST USE 6-16-2016; IN COMMERCE 6-16-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-604,348, FILED 09-12-2017



Director of the United States  
Patent and Trademark Office