# Exhibit "G"

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87604968**
**Filing Date: 09/12/2017**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87604968 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\876\049\87604968\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | COCKY |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the literal element in a script design. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1500 x 1500 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Hop Hop Productions, Inc. |
| INTERNAL ADDRESS | c/o PSBM |
| *STREET | 235 Park Avenue South |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 10003 |
| PHONE | 646-727-4334 |
| FAX | 2122466434 |
| EMAIL ADDRESS | jp@morrisyorn.com |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 016 |
| *IDENTIFICATION | A series of books in the field of romance |

| FILING BASIS | SECTION 1(a) |
|---|---|
| FIRST USE ANYWHERE DATE | At least as early as 09/04/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/04/2017 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\876\049\87604968\xml1\ RFA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\049\87604968\xml1\ RFA0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\049\87604968\xml1\ RFA0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\049\87604968\xml1\ RFA0006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\049\87604968\xml1\ RFA0007.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\049\87604968\xml1\ RFA0008.JPG |
| SPECIMEN DESCRIPTION | Jpegs of the front and back cover of the series of paperbacks for sale, the front cover to which bears the mark |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | A series of downloadable e-books in the field of romance |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 06/05/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/05/2017 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\876\049\87604968\xml1\ RFA0009.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\049\87604968\xml1\ RFA0010.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\876\049\87604968\xml1\ RFA0011.JPG |
| SPECIMEN DESCRIPTION | Three jpegs of three different downloadable e-books in a series. |
| ATTORNEY INFORMATION | |
| NAME | Jonathan Pollack, Esq. |
| INTERNAL ADDRESS | 9th Floor |
| STREET | 235 Park Avenue South |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 10003 |
| PHONE | 646-727-4334 |
| FAX | 2122466434 |
| EMAIL ADDRESS | jp@morrisyorn.com |

| | |
|---|---|
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Jonathan Pollack, Esq. |
| **INTERNAL ADDRESS** | 9th Floor |
| **STREET** | 235 Park Avenue South |
| **CITY** | New York |
| **STATE** | New York |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 10003 |
| **PHONE** | 646-727-4334 |
| **FAX** | 2122466434 |
| **\*EMAIL ADDRESS** | jp@morrisyorn.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| **\*TOTAL FEE DUE** | 550 |
| **\*TOTAL FEE PAID** | 550 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Jonathan Pollack/ |
| **SIGNATORY'S NAME** | Jonathan Pollack |
| **SIGNATORY'S POSITION** | Applicant's Attorney |
| **SIGNATORY'S PHONE NUMBER** | 646-727-4334 |
| **DATE SIGNED** | 09/12/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87604968**
**Filing Date: 09/12/2017**

## To the Commissioner for Trademarks:

**MARK:** COCKY (stylized and/or with design, see <u>mark</u>)

The literal element of the mark consists of COCKY.
The applicant is not claiming color as a feature of the mark. The mark consists of the literal element in a script design.
The applicant, Hop Hop Productions, Inc., a corporation of Delaware, having an address of
    c/o PSBM
    235 Park Avenue South
    New York, New York 10003
    United States
    646-727-4334(phone)
    2122466434(fax)
    jp@morrisyorn.com (not authorized)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 016:  A series of books in the field of romance

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/04/2017, and first used in commerce at least as early as 09/04/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Jpegs of the front and back cover of the series of paperbacks for sale, the front cover to which bears the mark.
<u>Specimen File1</u>
<u>Specimen File2</u>
<u>Specimen File3</u>
<u>Specimen File4</u>
<u>Specimen File5</u>
<u>Specimen File6</u>

    International Class 009:  A series of downloadable e-books in the field of romance.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 06/05/2017, and first used in commerce at least as early as 06/05/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Three jpegs of three different downloadable e-books in a series..
<u>Specimen File1</u>
<u>Specimen File2</u>
<u>Specimen File3</u>

The applicant's current Attorney Information:
    Jonathan Pollack, Esq.
    9th Floor
    235 Park Avenue South
    New York, New York 10003
    United States
    646-727-4334(phone)
    2122466434(fax)

jp@morrisyorn.com (authorized)

The applicant's current Correspondence Information:

Jonathan Pollack, Esq.

9th Floor

235 Park Avenue South

New York, New York 10003

646-727-4334(phone)

2122466434(fax)

jp@morrisyorn.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

### Declaration

**Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Jonathan Pollack/   Date: 09/12/2017

Signatory's Name: Jonathan Pollack

Signatory's Position: Applicant's Attorney

Payment Sale Number: 87604968

Payment Accounting Date: 09/13/2017

Serial Number: 87604968

Internet Transmission Date: Tue Sep 12 14:32:41 EDT 2017

TEAS Stamp: USPTO/BAS-XX.XX.XXX.XX-20170912143241865

380-87604968-510b63640ee6d9b898a14b2a89a

bce8e0bad897e7739f7fe3e8f1067846cdfd4ac-
CC-773-20170912141528789004

cocky



COCKER
BROTHERS

*Cocky*
BIKER

FALEENA HOPKINS





COCKER
BROTHERS

*Cocky*

# SENATOR

## FALEENA HOPKINS

Copyrighted Material



*In Atlanta, Georgia.* The Cocker Brothers have earned their nickname, The Cocky Brothers. Their daddy taught them to be real men. Their momma told them, "Hold out for a different kind of woman." They have one thing in common: well-earned arrogance. Justin Cocker has political aspirations but no marital ones – it's not tying the knot, it's tying the noose. Besides, he's about to run for Senator of Georgia, the youngest the state has seen since the early 1800's, and he cares about nothing else. But when life throws two female obstacles at Justin, he must ask himself, *What kind of man does he want to be?*

FALEENA HOPKINS

ISBN 9781540490964

90000 >

9 781540 490964

Copyrighted Material



Copyrighted Material



In Atlanta, Georgia... The Cocker Brothers have earned their nickname, The Cocky Brothers. Their daddy taught them to be real men. Their momma told them, "Hold out for a different kind of woman." They have one thing in common: well-earned arrogance. Jaxson Cocker needs no one. Because there's only one woman for him and she moved away when they were kids. But Rachel Sawyer has come to visit Atlanta, only she's not single. Jaxson just might have to leave well enough alone... except he's a Cocker.
And they don't give up on what's theirs.

Can you really find your soulmate at age eight?

ISBN 9781537483160

FALEENA HOPKINS







# Exhibit "H"

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,458,137**

**Registered May 01, 2018**

**Int. Cl.: 9, 16**

**Trademark**

**Principal Register**

Hop Hop Productions, Inc. (DELAWARE CORPORATION)
C/o Psbm
235 Park Avenue South
New York, NEW YORK 10003

CLASS 9: A series of downloadable e-books in the field of romance

FIRST USE 6-5-2017; IN COMMERCE 6-5-2017

CLASS 16: A series of books in the field of romance

FIRST USE 9-4-2017; IN COMMERCE 9-4-2017

The mark consists of the wording "COCKY" in stylized form.

SER. NO. 87-604,968, FILED 09-12-2017



Director of the United States
Patent and Trademark Office

# Exhibit "I"

Kindle Store ▾

Deliver to Chris
Brooklyn 11209 ·          Departments ▾     Browsing History ▾          EN | Hello, Chris          Orders   Prime ▾    2
                                                                          ▾  Account & Lists ▾                           Cart

**Kindle eBooks**   Kindle Unlimited   Prime Reading   Best Sellers & More   Kindle Book Deals   Free Reading Apps   Buy a Kindle   Kindle Singles   Newsstand

# Cocker Brothers, The Cocky Series (19 Book Series)

by Faleena Hopkins



From Book 1: Introducing Book One in the melt-your-kindle-HOT romance series - *six of the hottest bad boy brothers from Atlanta, Georgia.*

*"I haven't been able to put these Wonderful Novels Down. Each Book is as Unique as the Individual Characters, Multifaceted, and written with*

Buy all 19 books for **$60.81**

| Buy now with 1-Click |

| Deliver to: Chris's Kindle |

kindle**unlimited**
Some titles below are free with a Kindle Unlimited subscription. Learn more.

---

Hide books already in your library (0)

**1**

kindle**unlimited**

Cocky Roomie: Jake Cocker (Cocker Brothers, The Cocky Series Book 1) (Jun 16, 2016)
by Faleena Hopkins
(600)
$0.00 kindle**unlimited**
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

**Introducing Book One in the melt-your-kindle-HOT romance series - six of the hottest bad boy brothers you'll never be able to forget.** Read More

$2.99 to buy

| Buy now with 1-Click |

---

**2**

kindle**unlimited**

Cocky Biker: Jett Cocker (Cocker Brothers, The Cocky Series Book 2) (Jul 20, 2016)
by Faleena Hopkins
(336)
$0.00 kindle**unlimited**
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

**Six spectacular bad boy brothers you'll want to marry or hide under your bed.**
Read More

$2.99 to buy

| Buy now with 1-Click |

---

**3**

kindle**unlimited**

Cocky Cowboy: Jaxson Cocker (Cocker Brothers, The Cocky Series Book 3) (Sep 11, 2016)
by Faleena Hopkins
(329)
$0.00 kindle**unlimited**
Subscribers read for free. Learn more.
$2.99 to buy

$2.99 to buy

| Buy now with 1-Click |



Sold by: Amazon Digital Services LLC

**Six bad boy brothers you'll need to marry or hide in your pocket.**

**All Stand Alone Romance Novels. Enjoy!**

---

**4**



Cocky Romantic: Jason Cocker (Cocker Brothers, The Cocky Series Book 4) (Oct 14, 2016)
by Faleena Hopkins
(228)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

**Six bad boy brothers you'll need to marry or hide under bed.**

Audible Book Available!
Read more

$2.99 to buy

| Buy now with 1-Click |

---

**5**



Cocky Senator: Justin Cocker (Cocker Brothers, The Cocky Series Book 5) (Nov 23, 2016)
by Faleena Hopkins
(321)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

**Six bad boy brothers you'll want to marry or hide under you bed.**

**All Stand Alone Romance Novels. Enjoy!**
Read more

$2.99 to buy

| Buy now with 1-Click |

---

**6**



Cocky Marine: Jeremy Cocker (Cocker Brothers, The Cocky Series Book 6) (Jan 19, 2017)
by Faleena Hopkins
(289)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

*Half-a-million sold - a Kindle Unlimited All-Star series for 15 months straight.*

Read More

$2.99 to buy

| Buy now with 1-Click |

---

**7**



A Honey Badger Christmas (Cocker Brothers, The Cocky Series Book 7) (Dec 11, 2016)
by Faleena Hopkins
(171)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

"Usually, a series only lasts so long and it becomes mechanical, patterned, boring. This novella shows that's not going down with the Cocker Brothers series. Even the "spin-offs" are great and so well
Read more

$2.99 to buy

| Buy now with 1-Click |

---

Cocky Senator's Daughter: Hannah Cocker (Cocker Brothers, The Cocky Series Book 8) (Mar 18, 2017)

$2.99 to buy

8 

by Faleena Hopkins
(244)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

**Life doesn't hand you what you want.**
**You have to take it.**

9 

Cocky Genius: Ethan Cocker (Cocker Brothers, The Cocky
Series Book 9) (Apr 17, 2017)
by Faleena Hopkins
(266)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

$2.99 to buy

**I want to hit him or kiss him and neither is appropriate.**

Audible Romance Audiobook Now Available!

10 

Cocky Rockstar: Gabriel Cocker (Cocker Brothers, The Cocky
Series Book 10) (May 20, 2017)
by Faleena Hopkins
(279)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

$2.99 to buy

**She was a wounded bird in nude heels and a purple dress.**

Audible Romance Audiobook Now Available!

11 

Cocky Love: Emma Cocker (Cocker Brothers, The Cocky
Series Book 11) (Jul 17, 2017)
by Faleena Hopkins
(243)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

$2.99 to buy

**My condescending boss threw me an arrogant billionaire client.**

Audible Romance Audiobook now available!

12 

Cocky Quarterback: Eric Cocker (Cocker Brothers, The Cocky
Series Book 12) (Aug 13, 2017)
by Faleena Hopkins
(303)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

$2.99 to buy

*"This has been the best series ever. I was able to read the first 12 in*
*less than a week and I loved every single book."*- D. Alessandrini

Read More

Buy now with 1-Click

**13** 

Cocky Rebel : Sofia Sol Cocker (Cocker Brothers, The Cocky Series Book 13) (Oct 12, 2017)
by Faleena Hopkins
(223)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$1.99 to buy
Sold by: Amazon Digital Services LLC
*Half-a-million sold – a Kindle Unlimited All-Star series for 15 months straight.*
Read More

$1.99 to buy
[ Buy now with 1-Click ]

**14** 

Cocky By Association: Sean and Celia (Cocker Brothers, The Cocky Series Book 14) (Nov 9, 2017)
by Faleena Hopkins
(164)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC
**He needed a purpose.**
**They gave him a chance.**
**But then he met her...and risked it all.**

$2.99 to buy
[ Buy now with 1-Click ]

**15** 

Cocky Director: Max Cocker (Cocker Brothers, The Cocky Series Book 15) (Nov 30, 2017)
by Faleena Hopkins
(158)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC
**He needed someone to believe in him.**

**She needed something to believe in.**
Read More

$2.99 to buy
[ Buy now with 1-Click ]

**16** 

Cocky and Out of My League: Nicholas Cocker (Cocker Brothers, The Cocky Series Book 16) (Feb 12, 2018)
by Faleena Hopkins
(197)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC
**Hopefully one day this crazy instinct that we're supposed to be together, will mercifully disappear.**
Read More

$2.99 to buy
[ Buy now with 1-Click ]

**17** 

Cocky Bonus Scenes (Cocker Brothers, The Cocky Series Book 17) (Feb 18, 2018)
by Faleena Hopkins
(38)
$9.99
Sold by: Amazon Digital Services LLC

$9.99
[ Buy now with 1-Click ]

BONUS SCENES
FALEENA HOPKINS

**The cat is out of the bag...**

Read More

This eBook holds special moments from the future of each and

---

**18**



kindleunlimited

Cocky
HEART SURGEON
FALEENA HOPKINS

Cocky Heart Surgeon: Caden Cocker (Cocker Brothers, The Cocky Series Book 18) (Apr 20, 2018)
by Faleena Hopkins
(250)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$2.99 to buy
Sold by: Amazon Digital Services LLC

**BRAND NEW RELEASE in Cocker Brothers, The Cocky® Series -- Over 600,000 sold, and a KU All-Star for 15 months and counting. Grab him during his special release sale!**

Read More

$2.99 to buy

Buy now with 1-Click

---

**19**



kindleunlimited

Cocky
Mother's Day
FALEENA HOPKINS

Cocky Mother's Day: A Holiday Novella (Cocker Brothers, The Cocky Series Book 19) (May 12, 2018)
by Faleena Hopkins
(193)
$0.00 kindleunlimited
Subscribers read for free. Learn more.
$0.99 to buy
Sold by: Amazon Digital Services LLC

Brand New Release - A Cocker Brothers Novella For The Holiday.

Took Java was odd-man-out at the Ciphers' plantation.

Read More

$0.99 to buy

Buy now with 1-Click

---

Collapse

---

## Customer Reviews

34
4.2 out of 5 stars

| | |
|---|---|
| 5 star | 82% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 18% |

See all 34 customer reviews

Share your thoughts with other customers

Write a customer review



PRIME ORIGINAL
The DANGEROUS Book for Boys
Stream now   prime

Ad feedback

### Top customer reviews

 A.Ramos

**Five Stars**
May 20, 2018

Enjoyed every one of these books in this series. Funny, charming characters, entertaining, with a beautiful family dynamic.

Helpful      Comment    Report abuse

 Val Grant

**Unreadable drivel!**
May 5, 2018

If you want to kill time, choose a kinder weapon!

### Most recent customer reviews

 Jennifer

**The BEST series around!**
The BEST series around. You get sucked in right from the beginning and feel like family. The community around this series is kind and wonderful like a true family.
Published 9 days ago

 Ally

**She's a bully.**

30 people found this helpful

[ Helpful ]   Comment   Report abuse

 I Am Meha

### I freaking love this series! Go Now Get It!

June 29, 2017

I just finished Cocky Soldier (I have read them all) and I am glad there are books on their children or I would be a hot mess right now. I would have to move on with my life eventually. I started out of order with Gabriel's book. I read it in 6 hours and I was blown away and had to read the entire series. I just want to say that I LOVE this family and would love to be a part of this family. I would love to meet a guy just as awesome as a Cocker brother. Each one had me feeling different kinds of feels. Jett's book gave me the same kind of feels I get from watching The Walking Dead. I probably got grey hairs from his book. Those who are reading them now, you are in for a fun ride. Stop reading and get it. Go now!

11 people found this helpful

[ Helpful ]   Comment   Report abuse

 Amazon Customer

### Just when I think I can't possibly love the Cocker family anymore than I already do I ...

June 22, 2017

Just when I think I can't possibly love the Cocker family anymore than I already do I meet a new member and fall in love all over again! This series is addicting. I love the family loyalty and reliving all of my large family memories through the Cockers!

3 people found this helpful

[ Helpful ]   Comment   Report abuse

 Buttercakesut

### Cocky Men are My Heros

June 21, 2017

This series of Cocky men is fabulous! You get drawn into the first book and feel like family! Faleena is truly gifted in getting you to feel the characters and relate to them! You will want to read them over and over again!

4 people found this helpful

[ Helpful ]   Comment   Report abuse

 Smorgasbord

### This should be Cocky enough for you.

July 22, 2017

I have read every single one of these books. I can't get enough of them. When I need something to read to take my mind off the crazy day's I endure these are the book I go to. I can fall into any of these books and forget about the day. They have such a fierce, loving, and definitely overprotective family but in the end they love each other and want what is best. If you want a book series to keep you entertained and to grow for a while this is the family and book series you should go for.

9 people found this helpful

[ Helpful ]   Comment   Report abuse

 christina woodall

### This series is filled with happiness, sadness

June 22, 2017

This is an incredible series to read! The 6 books follows the lives of each Cocker brother and the ladies that have ensnared them. Each of them have a completely different and special story of their own. Then we get a special Christmas story that follows a character from book 2. The rest of the books then gives you a chance to meet the kids of the Cocker Brothers years later. This series is filled with happiness, sadness, and very sexy passion.

4 people found this helpful

And the books aren't even that good, either.
Published 14 days ago

 Robin

**Bleh**

Not a good author. Books are bleh.
Published 14 days ago

 Nick Tea

**One Star**

I don't support bullies
Published 15 days ago

 Amazon Customer

### This is a tragedy.

It's a tragedy Hopkins calls herself an author. Read books by Fettucine Holliday for a real author and a lot of laughs.
Published 15 days ago

 Rebecca Williamson

**One Star**

Awful.
Published 16 days ago

 Celeste Lewis

### Loved all the books and can't wait for more

Loved all the books and can't wait for more. She makes the family fun to read and you become part of the family.
Published 18 days ago

 introverted_bookworm

### Write faster, Ms. Hopkins :)!!!

I love all of these books! Ms. Hopkins can't write them fast enough for me! I have read several over and over again. Read more
Published 1 month ago

 Amazon Customer

**Great books**

I love these books!! I love reading each new love that is sprung between the characters. I am in the middle of book 17. Read more
Published 1 month ago

 Kindle monica.

**Five Stars**

loved it all
Published 2 months ago

Search customer reviews

[                    ]  [ Search ]

Helpful    Comment    Report abuse

 Julie may

**a must read, they will leave you reeved up and waiting for more**

June 29, 2017

I've been a huge fan of Faleena's for a couple of years now, started with werewolves of New York and Chicago, and now the Cockers family, and normally after an author writes so many books about one series they'd start to repeat or blend in, to where it would start to get boring and I'd lose interest, this is so not the case with Faleena, each book is new and awesome, each character makes you feel like you're in the story with them, I have laughed and cried, I've wanted to slap some of them for there cockiness, but I love the rollercoaster ride they take me on, and I so can't wait till the next one comes out.

6 people found this helpful

Helpful    Comment    Report abuse

**See all 34 reviews**

Write a customer review

**Feedback**

▸ If you need help or have a question for Customer Service, **contact us.**

▸ Would you like to report poor quality or formatting in this book? **Click here**

▸ Would you like to report this content as inappropriate? **Click here**

▸ Do you believe that this item violates a copyright? **Click here**

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English    United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audiobooks

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates