Exhibit "J"

Kindle Store ▼

Deliver to Chris
Brooklyn 11209   Departments ▼   Browsing History ▼   EN   Hello, Chris Account & Lists ▼   Orders   Prime ▼   2 Cart

Kindle eBooks   Kindle Unlimited   Prime Reading   Best Sellers & More   Kindle Book Deals   Free Reading Apps   Buy a Kindle   Kindle Singles   Newsstand

**Kindle Monthly Deals** Up to 80% off top titles   › Browse now

Kindle Store › Kindle eBooks › Literature & Fiction



Look inside ↓

Audible Sample



READ ON ANY DEVICE
› Get free Kindle app

# Cocky Roomie: Jake Cocker (Cocker Brothers, The Cocky Series Book 1)
Kindle Edition

by Faleena Hopkins (Author)

600 customer reviews

Book 1 of 19 in Cocker Brothers, The Cocky Series (19 Book Series)

See all 3 formats and editions

| Kindle | Paperback | |
|---|---|---|
| $0.00 | $10.99 | $( |
| This title and over 1 million more available with Kindle Unlimited $2.99 to buy | 2 Used from $10.99 1 New from $10.99 | Free |

Introducing Book One in the melt-your-kindle-HOT romance series - six of the hottest bad boy brothers you'll never be able to forget.

All Stand Alone Romance Novels, written in

Read more

| | | Enhanced Typesetting: Enabled |
|---|---|---|
| Length: 284 pages | Word Wise: Enabled | |
| Page Flip: Enabled | Audible book: Available | Matchbook Price: $0.00 What's this? |

**RED HOT ROMANCE**
Fifty Shades fans will devour these books.
› Shop now



Ad feedback

Print List Price: ~~$10.99~~
Kindle Price: $2.99
Save $8.00 (73%)

Unlimited reading. Over 1 million titles.
Learn more

[ Read for Free ]

OR

[ Buy now with 1-Click® ]

☐ Add Audible book to your purchase for just $7.49

Deliver to:
Chris's Kindle

[ Send a free sample ]

Deliver to:
Chris's Kindle

[ Give as a Gift ]

[ Add to List ]

Enter a promotion code or Gift Card

Share          <Embed>



*Claiming Amelia*
by Jessica Blake

She's back. She's beautiful. And she's got secrets she doesn't want me to know. But I have secrets too. The first one is that I plan to claim her.
› Learn more

Ad feedback

## Books in Cocker Brothers, The Cocky Series (19 Book Series)

Page 1 of 7



Complete Series

Cocker Brothers, The Cocky Series (19 ...
› Faleena Hopkins
$60.81



1. Cocky Roomie: Jake Cocker (Cocker ...
› Faleena Hopkins
(600)
$2.99



2. Cocky Biker: Jett Cocker (Cocker ...
› Faleena Hopkins
(336)
$2.99

3. Cocky Cowboy: Jaxson Cocker (Cocker ...
› Faleena Hopkins
(329)
$2.99

## Customers who bought this item also bought

Page 1 of 16



Cocky Biker: Jett Cocker (Cocker Brothers, The Cocky Series Book 2)
› Faleena Hopkins
336
Kindle Edition
$2.99



Cocky Cowboy: Jaxson Cocker (Cocker Brothers, The Cocky Series Book 3)
› Faleena Hopkins
329
Kindle Edition
$2.99



Cocky Romantic: Jason Cocker (Cocker Brothers, The Cocky Series Book 4)
› Faleena Hopkins
228
Kindle Edition
$2.99



Cocky Senator: Justin Cocker (Cocker Brothers, The Cocky Series Book 5)
› Faleena Hopkins
321
Kindle Edition
$2.99

## Sponsored products related to this item (What's this?)

Page 1 of 19



Babyjacked (Payne Brothers Romance Book 1)
Sosie Frost

*Can't get enough cocky heroes? Fall in love with the Payne brothers - steamy, small-town romcoms with gorgeous alpha males!*

416

Released on Jan 22
Kindle Edition
$2.99



Stone Heart: A Single Mom & Mountain Man Romance
Rye Hart

*Just like the mountains.Graham is rough, wild and cold.When I see how he cares for my little girl.I realize there's more to him than meets the eye.*

286
Kindle Edition
$0.99



Bet On It (Sliding Home Book 1)
Elizabeth Perry

*He's the biggest player in the game, but when he meets his match, he may be taking the hardest fall...*

27

Released on Sep 19
Kindle Edition
$3.99



Boyfrenemy (Payne Brothers Romance Book 2)
Sosie Frost

*Can't get enough arrogant heroes? Fall in love with the Payne brothers - steamy, small-town romcoms with gorgeous alpha males!*

383
Kindle Edition
$0.99



Stone Rules (A Stone Brothers Novel)
Samantha Christy

*Rule #1 - Don't get in with clients. Yeah, ri_ I'm about to shatter rules for her. A raw, emotional, sexy stor_ overcoming.*

374
Kindle Edition
$3.99

Ad feedback

**Kindle Unlimited All-Star**
This author was among the most popular in Kindle Unlimited last month. Learn more about Kindle Unlimited All-Stars.

## Editorial Reviews

### Review

"... jaw-dropping toe-curling heart-pounding sensual romance, and a melt your heart conclusion leaving you wanting more." - Midnight Ink

SERIES ORDER, but can be read any way you like.
**The Six Brothers**
1. Cocky Roomie - JAKE
2. Cocky Biker - JETT
3. Cocky Cowboy - JAXSON
4. Cocky Romantic - JASON
5. Cocky Senator - JUSTIN
6. Cocky Soldier - JEREMY

**Spin off character from Cocky Biker - the only novella**
7. A Honey Badger Xmas (not paranormal, it's his nickname)

**Their Kids All Grown Up**
8. Cocky Senator's Daughter: Hannah
9. Cocky Genius: Ethan
10. Cocky Rockstar: Gabriel
11. Cocky Love: Emma
12. Cocky Quarterback: Eric Cocker
13. Cocky Rebel: Sofia Sol Cocker
14. Cocky By Association: Sean & Celia
15. Cocky Director: Max Cocker
16: Cocky and Out of My League: Nicholas Cocker

### About the Author

Ever since I was six and sold my parents books for a dollar, I've been a writer. What's funny is sometimes I still sell books for a buck to celebrate a new release, and thank loyal fans.

I also was a photographer for a decade, an actress for two, and this year I'm going to put all three of these together, directing my first feature film, Summer 2018.

Men have been directing their own scripts for decades (Woody Allen, Ed Burns, Ben Affleck), so I figured, why can't I? We only live once, right?

I hope you'll be by my side.
Faleena Hopkins

## Product details

**File Size:** 7052 KB
**Print Length:** 284 pages
**Simultaneous Device Usage:** Unlimited
**Publisher:** Hop Hop Productions (June 16, 2016)
**Publication Date:** June 16, 2016
**Sold by:** Amazon Digital Services LLC
**Language:** English
**ASIN:** B01H7RZDR8
**Text-to-Speech:** Enabled
**X-Ray:** Enabled
**Word Wise:** Enabled
**Lending:** Enabled
**Screen Reader:** Supported
**Enhanced Typesetting:** Enabled
**Amazon Best Sellers Rank:** #2,650 Paid in Kindle Store (See Top 100 Paid in Kindle Store)
  #31 in Kindle Store > Kindle eBooks > Literature & Fiction > Women's Fiction > **Humor**
  #38 in Kindle Store > Kindle eBooks > Literature & Fiction > Contemporary Fiction > **American**
  #138 in Kindle Store > Kindle eBooks > Literature & Fiction > Contemporary Fiction > **Romance**

Would you like to **tell us about a lower price**?

## More about the author

› Visit Amazon's Faleena Hopkins Page


Follow on Amazon

### Biography

Hit follow and always catch a new release!

Ever since I was six and sold my parents books for a dollar, I've been a writer. What's funny is sometimes I still sell books for a buck to celebrate a new release, and thank loyal fans.

I also was a photographer for a decade, an actress for two, and this year I'm going to put all three of these together, directing my first feature film, Summer 2018.

# Exhibit "K"

Kindle Store ▾ | Her Cocky Doctors

Deliver to Chris
Brooklyn 11209 | Departments ▾ | Browsing History ▾ | EN ▾ | Hello, Chris Account & Lists ▾ | Orders | Prime ▾ | 2 Cart

Kindle eBooks | Kindle Unlimited | Prime Reading | Best Sellers & More | Kindle Book Deals | Free Reading Apps | Buy a Kindle | Kindle Singles | Newsstand

Kindle Monthly Deals Up to 80% off top titles › Browse now

‹ Back to search results for "Her Cocky Doctors"



Look inside ↓

## Her Cocky Doctors (A MFM Menage Romance) (The Cocky Series Book 1) Kindle Edition

by Tara Crescent (Author)

85 customer reviews

Book 1 of 2 in The Cocky Series (2 Book Series)

See all formats and editions

| Kindle |
| --- |
| $0.00 |

This title and over 1 million more available with Kindle Unlimited
$2.99 to buy

I'm going to destroy these cocky doctors.

Read more

Length: 150 pages | Word Wise: Enabled | Enhanced Typesetting: Enabled
Page Flip: Enabled



Prime Members choose one FREE Kindle book each month  first reads

Kindle Price: $2.99

Unlimited reading. Over 1 million titles. Learn more

[ Read for Free ]

OR

[ Buy now with 1-Click® ]

☐ Subscribe to Kindle Daily Deals and receive a daily email featuring books up to 80% off.

Deliver to:
Chris's Kindle

[ Send a free sample ]

Deliver to:
Chris's Kindle

[ Give as a Gift ]

[ Add to List ]

Enter a promotion code or Gift Card

Share  <Embed>



## Books in The Cocky Series (2 Book Series)



Complete Series
kindleunlimited
The Cocky Series (2 Book Series)
› Tara Crescent
$5.98

1. Her Cocky Doctors (A MFM Menage Romance) …
› Tara Crescent
(85)
$2.99

2. Her Cocky Firefighters (A MFM Menage …
› Tara Crescent
(60)
$2.99

## Customers who bought this item also bought


Her Cocky Firefighters (A MFM Menage Romance) (The Cocky Series Book 2)
› Tara Crescent
60
Kindle Edition
$2.99


Dirty: The Complete Collection (Four MFM Menage Romances)
› Tara Crescent
271
Kindle Edition
$9.99


The Cockiest Cowboy To Have Ever Cocked: BWWM Romance Novel
› Jamila Jasper
127
Kindle Edition
$5.99


Cocktales
› Penny Reid
Kindle Edition
$7.99


Dirty Therapy (A MFM Ménage Romance) (The Dirty Series Book 1)
› Tara Crescent
199
Kindle Edition
$2.99


Dirty Talk (A MFM Ménage Romance) (The Dirty Series Book 2)
› Tara Crescent
112
Kindle Edition
$2.99

## Sponsored products related to this item (What's this?)


5 Bikers for Valentines: A Reverse Harem Romance
Rye Hart

*Valentines Day is approaching, and the Grove brothers are looking for love. All five men have their eyes set on one lucky lady.*

303
Released on Feb 6
Kindle Edition
$0.99


Lucky Soldier: A Memorial Day Brother's Best Friend Fake Fiance Romance
Eva Luxe

*I promised her brother I would take good care of her. But I'm afraid I've gotten myself in too deep.*

3
Kindle Edition
$0.99


Beautiful Disaster: A Bad Boy's Baby Romance
Rye Hart

*Walking heartthrob. Hot cowboy. Complete and utter disaster. I was hired to fix Drake's image. But now I'm pregnant with his baby.*

327
Kindle Edition
$0.99


Rock Hard Neighbor: A Single Dad Next Door Romance
Rye Hart

*My neighbor is hot and arrogant. He's seeking a fake bride to help him win a custody battle. Do I give him a chance and risk getting my heart broken?*

395
Released on Jan 23
Kindle Edition
$0.99

Cutthroat (Sutton Capital Intrigue Book 1)
Lori Ryan

*Fall in love with Jax Cutter and Lori Ryan's Sutton Capital Intrigue Series! Sexy, steamy suspense you won't want to put down.*

57
Kindle Edition
$0.00

Ad feedback

**Try Kindle Countdown Deals**
Explore limited-time discounted eBooks. Learn more.

## Product details

**File Size:** 2525 KB
**Print Length:** 150 pages
**Simultaneous Device Usage:** Unlimited
**Publication Date:** August 22, 2017
**Sold by:** Amazon Digital Services LLC
**Language:** English

**ASIN:** B0752CPRW8
**Text-to-Speech:** Enabled
**X-Ray:** Not Enabled
**Word Wise:** Enabled
**Lending:** Enabled
**Screen Reader:** Supported
**Enhanced Typesetting:** Enabled
**Amazon Best Sellers Rank:** #14,266 Paid in Kindle Store (See Top 100 Paid in Kindle Store)
 #26 in Kindle Store > Kindle eBooks > Literature & Fiction > Short Stories > **Women's Fiction**
 #1158 in Kindle Store > Kindle eBooks > Literature & Fiction > Women's Fiction > **Romance**
 #1162 in Kindle Store > Kindle eBooks > Romance > **Romantic Comedy**

Would you like to **tell us about a lower price**?

## Sponsored products related to this item (What's this?)


Lucky Soldier: A Memorial Day Brother's Best Friend Fake Fiance Romance
Eva Luxe
*I promised her brother I would take good care of her. But I'm afraid I've gotten myself in too deep.*
3
Kindle Edition
$0.99


Cutthroat (Sutton Capital Intrigue Book 1)
Lori Ryan
*Fall in love with Jax Cutter and Lori Ryan's Sutton Capital Intrigue Series! Sexy, steamy suspense you won't want to put down.*
57
Kindle Edition
$0.00


His Mate - Brothers - Say What?
M.L Briers
*A laugh-out-loud, romantic comedy of the very best kind. Can you handle these witches?*
12
Kindle Edition
$2.99


Thrust Under
Michelle A. Valentine
*"Sleep with the enemy? Nah, I'll just marry him instead." This cocky hero has met his match.*
106
Kindle Edition
$2.99


Wherever It Leads
Adriana Locke
*Fenton Abbott is dashing, daring, and divine. But who is Fenton, anyway? Brynne is about to find out.*
538
Kindle Edition
$3.99

Ad feedback

## Customer Reviews

85
4.7 out of 5 stars

| | |
|---|---|
| 5 star | 79% |
| 4 star | 19% |
| 3 star | 2% |
| 2 star | 0% |
| 1 star | 0% |

Share your thoughts with other customers

[ Write a customer review ]

See all 85 customer reviews

### Read reviews that mention

lana   blake   declan   goat   tara   town   sexy
oregon   list   clinic   bucket   crescent   funny   sex
voluntarily   copy   write   vacation   reviewed   sent

### Top customer reviews

 WhiteWitch519

Book #1, The Cocky Series by Tara Crescent. The start of a charmingly whimsical, and HOT ménage series that's a real winner!

## Most recent customer reviews

 JJ

**Hello Doctors McSteamy!**
I loved the town of Goat. Real and funny characters, plus steamy romance made for a pretty entertaining story. Keep on writing the good stuff!
Published 4 days ago

 Margie

**Cocky? Yep!**
Loved the story. Funny, punny, and hot! Who wouldn't want a couple hottie MD'S making sure you're healthy... all over?
Published 5 days ago

 Carolyn

**Loved It!**
I want to move to Goat lol! I got this book to support the author during the "c*cky" mess (don't want my review removed so I'm not spelling it) and found a fun hot read. Read more
Published 7 days ago

Just G

# Exhibit "L"

Kindle Store ▼   Her Cocky Firefighters

Deliver to Chris
Brooklyn 11209    Departments ▼    Browsing History ▼    EN | Hello, Ch
                                                              Accoun

Kindle eBooks   Kindle Unlimited   Prime Reading   Best Sellers & More   Kindle Book Deals   Free Reading A

Kindle Monthly Deals Up to 80% off top titles   › Browse now

‹ Back to search results for "Her Cocky Firefighters"



# Her Cocky Firefighters (A MFM Menage Romance) (The Cocky Series Book 2) Kindle Edition

by Tara Crescent   (Author)

60 customer reviews

Book 2 of 2 in The Cocky Series (2 Book Series)

See all formats and editions

**Kindle**
**$0.00**

This title and over 1 million more available with Kindle Unlimited
$2.99 to buy



Read more

Length: 162 pages    Word Wise: Enabled    Enhanced Typesetting: Enabled

Page Flip: Enabled

MUST READ ROMANCES

A sexy, toe-curling, can't put down read.

> Shop now



Ad feedback

## Books in The Cocky Series (2 Book Series)



The Cocky Series (2 Book Series)
› Tara Crescent
$5.98



Her Cocky Doctors (A MFM Menage Romance) ...
› Tara Crescent
(85)
$2.99

Her Cocky Firefighters (A MFM Menage ...
› Tara Crescent
(60)
$2.99

## Customers who bought this item also bought



Her Cocky Doctors (A MFM Menage Romance) (The Cocky Series Book 1)
› Tara Crescent
85
Kindle Edition
$2.99



The Cockiest Cowboy To Have Ever Cocked: BWWM Romance Novel
› Jamila Jasper
127
Kindle Edition
$5.99



Claiming Fifi (A MFM Menage Romance) (Club Menage Book 1)
› Tara Crescent
44
Kindle Edition
$2.99




Dirty: The C Collection (F Menage Ror
› Tara Cresce

Kindle Editio
$9.99



Cocky: A Reverse Harem Romance
› Ashlee Price
89
Kindle Edition
$0.99

## Sponsored products related to this item (What's this?)



Lucky Soldier: A Memorial Day Brother's Best Friend Fake Fiance Romance
Eva Luxe

*I promised her brother I would take good care of her. But I'm afraid I've gotten myself in too deep.*

3
Kindle Edition
$0.99



Boomerangers
Heather M. Orgeron

*He's got no time for diapers, bottles, and eighteen-year commitments, until she returns toting 3 souvenirs from the life she's lived without him...*

423
Kindle Edition
$3.99



Cutthroat (Sutton Capital Intrigue Book 1)
Lori Ryan

*Have you met Jaxon Cutter? What are you waiting for?*

57
Kindle Edition
$0.00



His Mate - B
S-witch-ero
M. L Briers

*What do you mix witches, and a vampi hilarious ron resist laughi them?*

Kindle Editio
$2.99

**Try Kindle Countdown Deals**
Explore limited-time discounted eBooks. Learn more.

## Product details

**File Size:** 2566 KB
**Print Length:** 162 pages

**Simultaneous Device Usage:** Unlimited
**Publication Date:** November 12, 2017
**Sold by:** Amazon Digital Services LLC
**Language:** English
**ASIN:** B077DZGMTW
**Text-to-Speech:** Enabled
**X-Ray:** Not Enabled
**Word Wise:** Enabled
**Lending:** Enabled
**Screen Reader:** Supported
**Enhanced Typesetting:** Enabled
**Amazon Best Sellers Rank:** #18,659 Paid in Kindle Store (See Top 100 Paid in Kindle Store)
    #39 in Kindle Store > Kindle eBooks > Literature & Fiction > Short Stories > **Women's Fiction**
    #1447 in Kindle Store > Kindle eBooks > Literature & Fiction > Women's Fiction > **Romance**
    #1485 in Kindle Store > Kindle eBooks > Romance > **Romantic Comedy**

Would you like to **tell us about a lower price**?

## Sponsored products related to this item (What's this?)



**Lucky Soldier: A Memorial Day Brother's Best Friend Fake Fiance Romance**
Eva Luxe

*I promised her brother I would take good care of her. But I'm afraid I've gotten myself in too deep.*

3
Kindle Edition
$0.99



**Cutthroat (Sutton Capital Intrigue Book 1)**
Lori Ryan

*Have you met Jaxon Cutter? What are you waiting for?*

57
Kindle Edition
$0.00



**His Mate - Brothers - Say What?**
M.L Briers

*A laugh-out-loud, romantic comedy of the very best kind. Can you handle these witches?*

12
Kindle Edition
$2.99



Thrust Unde
Michelle A. V

"*Sleep with tl I'll just marr) This cocky he match.*

Kindle Editio
$2.99

Exhibit "M"

•●○○○ AT&T LTE  8:09 PM

# Tara Crescent

*Thursday, March 9th 2017*

**Faleena Hopkins** Thu 12:01am

Oh good! I'm glad it wasn't lost money! 🤍

**Faleena Hopkins** Thu 11:38am

Hi Tara! Have any NR coming soon? Wanna do a swap? Here's my link for the NR - it goes live the 19th so anytime 19-23 would be fantastic. 🤍 https://www.amazon.com/Cocky-Senators-Daughter-Brothers-Atlanta-ebook/dp/B01MZ5Q8WX

**Tara Crescent** Thu 10:20pm

I'd be happy to swap - I have a NR on the 20th.

Right now, I have spaces for the 24th but not the 17th (I send out on Fridays.) Does that work?

**Faleena Hopkins** Thu 10:22pm

That's perfect, Tara. It's not out until the 19th. I'll send yours on the 23rd because I have one spot left so this worked out fantastically

*Message Tara Crescent*

# Exhibit "N"





◎ Home    ⚡ Moments    🔔 Notifications    ✉ Messages    🐦    [#cockygate]    👤    Tweet

# #cockygate

**Top**    Latest    People    Photos    Videos    News    Broadcasts

---

Story idea!
Two writers try to trademark the same word. Their respective attorneys fall in love because they are... FOREVER COCKY.
I hope that's not trademarked yet.
#cockygate #forevergate

💬 5    🔁 9    ♥ 82    ✉

---

**Lauren Devora** @laurenp_devora · May 17

I want to start a list of authors affected by the trademarking disaster of #cockygate so we all know who to really support. DM, RT, or reply with links of books and where to buy them! All authors welcome. Let's see who's cocky now 😏 #byefaleena

💬 1    🔁 4    ♥ 7    ✉

---

**Bianca Sommerland** @BSommerland · May 22

#CockyGate is what happens when you have the money to attack others in your industry. It is NOT good business. Not a business move at all. It's a trademark troll who let the 'power' she thought she had go to her head.

Those fighting this are taking that power away.

💬 2    🔁 9    ♥ 59    ✉

---

**Ashley Graybill** @AWGraybill · May 17

Saw this on an article about Faleena Hopkins... It's one of the best things I've seen all week. XD XD
#FaleenaHopkins #CockyGate pic.twitter.com/upmwaZkkh4

💬 2    🔁 6    ♥ 30    ✉

---

**Bianca Sommerland** @BSommerland · May 22

If you trademark something, it is public knowledge and may be discussed in public. And in the industry it affects. LIKE WHAT HAPPENS IN MOST OTHER INDUSTRIES.

If you're not going for a sneak attack, this shouldn't be an issue. #CockyGate

💬 2    🔁 14    ♥ 52    ✉

Show this thread

---

**Bianca Sommerland** @BSommerland · May 22

Since this keeps coming up, I want to make one thing very clear.

Authors, do not be silent. If someone comes at you with something legal that scares you, reach out. If someone harasses you, is racist, sexist, homophobic, don't 'be quiet and professional'. #CockyGate

💬 4    🔁 17    ♥ 69    ✉

Show this thread

---

**Emily Cyr** @EmilyCyrAuthor · May 16

Look my editor's got jokes 😂😂 #cockygate pic.twitter.com/OIJDX3fex2

💬 4    🔁 2    ♥ 47    ✉