# Exhibit "O"



HOME | ABOUT COCKTALES | ABOUT THE COCKY COLLECTIVE

Pre-order:

- AMAZON US
- AMAZON UK
- AMAZON CA
- AMAZON AU
- IBOOKS
- NOOK
- KOBO
- GOOGLE PLAY



COCKTALES
THE cockiest ANTHOLOGY

HOME ABOUT COCKTALES ABOUT THE COCKY COLLECTIVE

**'Cocktales' is a limited-release anthology (available *only* from May 26 – August 26, 2018) of original, never before published material, some of which is raw and unedited. Each story was specifically written for this anthology.**

The goal of the Cocktales Anthology is to raise funds to fight against obstruction of creative expression. Specifically, what we believe are obstruction attempts through the trademarking of common (single) words for titicular use in books / or as a book series (eBooks, print, and audio).

***ALL* net profits will be donated to:**
1) Authors already impacted by creative-obstruction (10%), and
2) Romance Writers of America (RWA) (90%) as a general donation intended for their Advocacy Fund.

*Disclaimer: This anthology is not being conducted on behalf of RWA, nor does RWA endorse this anthology or effort. They have, however, graciously agreed to accept the funds.*

**Authors with material included (as they appear in the anthology):**

***Nana Malone, USA Today Bestselling author-*** Foreword
***Dylan Allen -*** 'Cocked and Loaded'
***Jana Aston, NYT, WSJ, USA Today Bestselling author –*** 'Double Cocked'
***Whitney Barbetti –*** 'Cocksure Grin'
***Author Sawyer Bennett, NYT, WSJ, USA Today Bestselling author -*** 'A Wicked, Cocky Plan'
***K.f. Breene, USA Today Bestselling author –*** 'Magical Cock and Bull'
***Ruth Clampett, Amazon top 20 Bestselling Author –*** 'Don't Get Cocky'
***L.H. Cosway, USA Today Bestselling author –*** 'Illusionist Seeks Neanderthal'
***Mariah Dietz-*** 'Landmines'
***Amy Daws, Amazon Top 25 Bestselling author –*** 'Cock and Balls'
***BB Easton, Amazon Top 100 Bestselling author –*** 'Cocky BB: Two Boys, One Prom.'
***Jaymin Eve, USA Today Bestselling author*** - 'The Cockier the Dragon, the Harder They Fall'
***Emma Hart, NYT and USA Today Bestselling author –*** 'Tricky Bond'
***Staci Hart, Amazon Top 3 Bestselling Author -*** 'Cockamamie'
***Jessica Hawkins, USA Today Bestselling author -*** 'Cocky Couture'
***Julie Johnson Amazon Top 100 Bestselling author -*** 'Culinary Cock-Up'
***Karpov Kinrade, USA Today Bestselling author*** - 'Crimson Cocktail'
***Adriana Locke, USA Today Bestselling author -*** 'Swag'
***Lex Martin, USA Today Bestselling author -*** 'Love & Hate at the Stallion Station'
***Aly Martinez, USA Today Bestselling author -*** 'Going Down'
***Katyi McGee -*** 'Cocksure Co-Star'
***Corinne Michaels, NYT, WSJ, USA Today Bestselling author -*** 'Cockblocked'
***Liv Morris, USA Today Bestselling author -*** 'Getting It Up'
***Red Phoenix, USA Today Bestselling author -*** 'Her Cocky Russian'
***Daisy Prescott, USA Today Bestselling author -*** 'Confessions of a Cockblocked Wingman'
***Jessica Prince –*** 'A Cocky Corruption Engagement'
***Meghan Quinn, Amazon Top 20 Bestselling Author*** - 'Fight or Flight'
***CD Reiss, NYT and USA Today Bestselling author -*** 'Cocky Capo'
***Penny Reid, WSJ and USA Today Bestselling author -*** 'Beard and Hen'
***Julie Richman, USA Today Bestselling author –*** 'The Color of Love'
***Aleatha Romig, NYT, WSJ, USA Today Bestselling author –*** 'Aligned'
***Kennedy Ryan, Top 40 Amazon Bestselling author*** – 'All'
***Kylie Scott, NYT, WSJ, USA Today Bestselling author -*** 'Short Story with Mal and Anne from The Stage Dive Series'
***Sierra Simone, USA Today Bestselling author*** - 'Until the Cock Crows'
***Tara Sivec, USA Today Bestselling author -*** 'Chocolate and Cockup'
***Kate Stewart, Amazon Top 30 Bestselling author -*** 'The Golden Sombrero'
***Leia Stone, USA Today Bestselling author -*** 'Cocky Alpha'

***Karla Sorensen -*** 'Tristan & Anna: A Bachelors of the Ridge short story'
***Rachel Van Dyken, NYT, WSJ, USA Today Bestselling author -*** 'Cocky Mafia'
***April White, Amazon Top 100 Bestselling author –*** 'Code of Conduct'

**If you are unaware of recent trademarking issues within the online book community, you can find any information at the below links:**

***Vox***
***Courtney Milan's Twitter Thread***

Social Butterfly PR
spread your wings ...

Like
Follow
Share
Sign Up
Send Message
Social Butterfly PR
Product/Service
BLOGGER SIGN-UP
the COCKY COLLECTIVE
HELP SPREAD THE WORD
TOP SECRET
MAY 26TH
Social Butterfly PR
Save post
Hello and happy Monday!
Social Butterfly PR is thrilled to be promoting this top secret project from the Cocky Collective!
We can't say who the Cocky Collective is quite yet but trust us when we say it includes some of your very favorites.
A brand-new, top-secret sign up is here: https://bit.ly/2ww3Kmm
What we can tell you:
1. This exciting news relates to #cockygate and fighting obstruction of creative expression (#sisterhood)
2. *ALL* proceeds for this top secret project will go towards fighting obstruction of creative expression.
3. We need your help spreading the word with a cover reveal/pre-order blitz (to occur May 16, 2018) and a release blitz (to occur May 26, 2018).
4. You will receive all materials TOMORROW! May
Community
See All
Invite your friends to like this Page
About
See All
www.socialbutterflypr.net
Product/Service
Impressum
Suggest Edits
Related Pages
Alexa Riley
Author
Like
QuickBlade Paddles
Product/Service
Like
Top Flite
Product/Service
Like
Pages Liked by This Page
Love N. Books
Like
Like
Comment
Share
6
Write a comment...
Status
Photo/Video

# TOP SECRET PROJECT FROM THE COCKY COLLECTIVE

Social Butterfly PR is thrilled to be promoting this top secret project from the Cocky Collective! We would be honored if you would join us in the following events:

Preorder Blitz: May 16th
Release Blitz: May 26th

More information on this TOP SECRET project coming soon!

If you have any questions regarding this form please email Jenn@socialbutterflypr.net or Sarah@socialbutterflypr.net

* Required

**Blog Name** *

**Contact Name** *
First and Last

**Email** *

**Website** *

**Facebook URL** *

**GoodReads Profile URL** *

## Preorder Blitz

**Would you like to participate in the Preorder Blitz on May 16th?** *

- ◯ Yes
- ◯ No

## Release Blitz

**Would you like to participate in the Release Blitz on May 26th?** *

- ◯ Yes
- ◯ No

Submit

*Never submit passwords through Google Forms.*

Powered by

This form was created inside of Social Butterfly PR.
Report Abuse - Terms of Service - Additional Terms

Social Butterfly PR
Chris Home Find Friends
social butterfly pr
Social Butterfly PR
spread your wings ...
Social Butterfly PR
@SocialButterflyBooks
Home
About
Photos
Giveaway
Videos
Email Signup
Posts
Groups
Community
Create a Page
Like Follow Share
Sign Up
Send Message
YOUR PAGES
Not Dead Yetti
CONTACTS
Michael Dicarlis
Bella Spataro
Joseph A. Di Costanzo 2h
Eddy Btesh 25m
De PLeteau
Paddy Rascona
Peter Cabram
GROUP CONVERSATIONS
Create New Group
Social Butterfly PR
May 14 at 6.14pm
Hello and happy Monday!
Social Butterfly PR is thrilled to be promoting this top secret project from the Cocky Collective!
We can't say who the Cocky Collective is quite yet but trust us when we say it includes some of your very favorites.
A brand-new, top-secret sign up is here: https://bit.ly/2ww3Kmm
What we can tell you:
1. This exciting news relates to #cockygate and fighting obstruction of creative expression (#sisterhood)
2. *ALL* proceeds for this top secret project will go towards fighting obstruction of creative expression.
3. We need your help spreading the word with a cover reveal/pre-order blitz (to occur May 16, 2018) and a release blitz (to occur May 26, 2018).
4. You will receive all materials TOMORROW! May 15 (so you'll know the secret before everyone else!)
5. We're having an awesome Monday
Thank you for your time and interest.
Sign up HERE: https://bit.ly/2ww3Kmm
BLOGGER SIGN-UP
the COCKY COLLECTIVE
HELP SPREAD THE WORD
TOP SECRET
MAY 26TH
Like Comment Share
6
Write a comment..
Status Photo/Video
Write something on this Page...
Product/Service
Ask Social Butterfly PR
"Can you check the price of a product?" Ask
"What forms of payment do you accept?" Ask
"Can you check the availability of a product?" Ask
Type a question..
Community See All
Invite your friends to like this Page
10,752 people like this
10,735 people follow this
Visit 2 groups by this Page.
About See All
Typically replies within an hour
Send Message
www.socialbutterflypr.net
Product/Service
Impressum
Suggest Edits
Related Pages
Alexa Riley
Author
Like
QuickBlade Paddles
Product/Service
Like
Top Flite
Product/Service
Like
Pages Liked by This Page
Love N. Books
Like
Submit and Devour
Like
Search

# Exhibit "P"

THURS 10:35

My cocky story - I came late to the series because I had read another author's cocky titled book and HATED it. I alway try to finish a book I start, but this "cocky" story was a rare did not finish book. I assumed the book was part of the series and didn't look further that the authors were different. Another authors fb page was talking about series they were reading to fill in while waiting for a new book and your series came up. I said how much I hated the one cocky book I read and the comments were I must have read a different author and to give "you" another chance with Cocky Roommate. Jake and Drew won me over and I quickly caught up with the brothers. You had just released Ethan's story and I join the cocky family fb page and became a part of the family. So happy another family member on another fb group encouraged me to try again.

You accepted Alicia's request.

Well that's the most amazing story - and what a journey to get here. I'm so glad they told you that book wasn't from my series. And that your speaking up about it brought you to the family.

Thank you Alicia. Truly. I am so happy you found me and feel it's good enough to stick around for despite how many books there are. One could get tired so it means a lot that your attention has been held, and that you've been entertained.

Have a wonderful weekend, love. More are coming!



08/08/2017 21:20

I am so sorry I shared the link for Cocky Chef. You are right the reason I read it was due to your hard work. So sorry

08/08/2017 22:44

You accepted Janet's request.

03/07/2017 10:38

You are now connected on Messenger.

Hi Faleena! I just figured out how to return the book and it has been removed from my kindle. So now I can buy it when you give us the go ahead.

Oh good - that's what I was going to suggest

Yay!