UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X     1:18-cv-04670-AKH
HOP HOP PRODUCTIONS, INC.,
and FALEENA HOPKINS,                                                    **DECLARATION
                                                                        OF CHRISTOPHER
                                                                        CARDILLO IN FURTHER
                                                                        SUPPORT OF
                        Plaintiffs,                                     PLAINTIFFS MOTION**

        - against -
                                                                        *Electronically Filed*
KEVIN KNEUPPER, TARA CRESCENT,
and JENNIFER WATSON,

                        Defendants.
------------------------------------------------------------------X

Chris Cardillo, Esq., declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner in the law firm of C. Cardillo, P.C. attorney for the Plaintiffs HOP HOP PRODUCTIONS, INC. (hereinafter "HOP") and FALEENA HOPKINS (hereinafter "HOPKINS" and collectively "PLAINTIFFS").

2. I submit this declaration in further support of Plaintiffs' motion for a) a temporary restraining order, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining and restraining defendants TARA CRESCENT (hereinafter "CRESCENT") and JENNIFER WATSON (hereinafter "WATSON") during the pendency of this action from promoting, advertising, selling, and/or distributing any works which infringe upon the PLAINTIFFS' trademarks, including but not limited to the "Cocktales, The Cockiest Anthology" (hereinafter "Cocktales"), or any publications which include the Federally Registered Trademarks (as defined in the related Verified Complaint), or any similar variations thereof meant to confuse the public, and b) for an automatic stay of defendant KEVIN

1

KNEUPPER'S ("KNEUPPER") Petition for Cancellation before the Trademark Trial and Appeals Board concerning PLAINTIFFS' federally registered trademark of "Cocky".

3. This declaration is made upon personal knowledge, except where otherwise noted.

4. I have conferred with the within attorneys for the Defendant Tara Crescent in the within matter, and specifically asked for her true identity, residence and address, and the attorneys for the Defendant Tara Crescent have refused to provide that information.

5. With regard to the Exhibits listed/posted within the "Plaintiffs Reply Memorandum of Law in Further Support of Plaintiffs Motion," filed contemporaneous hereto, I declare the following:

> Exhibit 1 therein are true and accurate images taken from Amazon.com for the books shown therein, as they appeared on June 1, 2018.
>
> Exhibit 2 therein are true and accurate images taken from Amazon.com for the books shown therein, as they appeared on June 1, 2018.
>
> Exhibit 3 therein is a true and accurate screenshot of the Amazon.com page for Kevin Kneupper as it appeared on June 1, 2018.
>
> Exhibit 4 therein is a true and accurate screenshot of a tweet posted by Kevin Kneupper, on Twitter.com, as it appeared on June 1, 2018.
>
> Exhibit 5 therein is a true and accurate screenshot of a tweet posted by Kevin Kneupper, on Twitter.com, as it appeared on June 1, 2018.
>
> Exhibit 6 therein, is a true and accurate screenshot or a post made by the Defendant Watson's public relations company "Social Butterfly PR" on the internet, as it appeared on June 1, 2018.
>
> Exhibit 7 therein is a true and accurate screenshot of the Amazon.com page for the book Cocktales, as it appeared on June 1, 2018.
>
> Exhibit 8 therein is a true and accurate screenshot of the Romance Writers of America on their website www.rwa.org, as it appeared on June 1, 2018.
>
> Exhibit 9 therein are true and accurate images taken from Amazon.com for the books shown therein, as they appeared on June 1, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this Declaration on June 1, 2018 in Brooklyn, New York.

_____
Christopher Cardillo