AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

HOP HOP Productions, Inc., et al.
*Plaintiff*
v.
Kneupper, et al.
*Defendant*

Case No. 1:18-cv-04670

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jennifer Watson

Date: 06/01/2018

*Attorney's signature*

Jeremy S. Boczko -- JB1585
*Printed name and bar number*

Hunton Andrews Kurth LLP
One Broadway
New York, N.Y. 10004
*Address*

jboczko@HuntonAK.com
*E-mail address*

(212) 908-6331
*Telephone number*

(212) 425-7200
*FAX number*