

Hunton Andrews Kurth LLP
One Broadway
New York, NY 10004-1007
+1.212.425.7200 Phone
+1.212.425.5288 Fax
HuntonAK.com

Jeremy Boczko
+1.212.908.6331 Phone
JBoczko@HuntonAK.com

June 1, 2018

**VIA ECF AND HAND DELIVERY**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Hop Hop Productions, Inc., et al. v. Crescent, et al.*
No. 1:18-cv-04670-AKH (S.D.N.Y.)

Dear Judge Hellerstein:

Our firm represents Defendant Jennifer Watson in the above-captioned action. Pursuant to your Honor's request, please find the enclosed color copy of the cover of the *Cocktales Anthology*, which served as Defendant's Exhibit "A" in today's hearing.

Respectfully submitted,

Jeremy S. Boczko

Encl.

cc: All Counsel of Record (via ECF and E-mail)

