USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

HOP HOP PRODUCTIONS, INC., and FALEENA HOPKINS,

           Plaintiffs,

-against-

KEVIN KNEUPPER, TARA CRESCENT, and JENNIFER WATSON,

           Defendants.

------------------------------------------------------------ X

**ORDER DENYING PRELIMINARY INJUNCTION**

18 Civ. 4670

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Upon the parties' submissions and oral argument held June 1, 2018, Plaintiffs' motion for temporary restraining order and preliminary injunction is denied. For the reasons stated following oral argument, Plaintiffs fail to satisfy the four factors of *Winter v. Nat. Res. Def. Counsil, Inc.*, 555 U.S. 7, 20 (2008), and the factors of *Polaroid Corp. v. Polarad Elecs. Corp.*, 287 F.2d 492, 495 (2d Cir.1961). Plaintiffs' motion to stay Defendant Kneupper's Petition for Cancellation before the Trademark Trial and Appeals Board is also denied. The application to stay the petition is the only justification for Kneupper's presence in this case. The application having been denied, Defendant Kneupper is dismissed from this case.

    The parties shall proceed to fact discovery, which will close September 7, 2018, and appear for a status conference on September 14, 2018, at 10:00 A.M..

    Defendants shall move to dismiss or otherwise answer the complaint by June 22, 2018. Oppositions to any such motions are due by July 13, 2018, and replies by July 20, 2018.

SO ORDERED.

Dated: June __, 2018
       New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge