UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOP HOP PRODUCTIONS, INC., and FALEENA HOPKINS, <br><br> *Plaintiffs*, <br><br> -against- <br><br> JENNIFER WATSON, and TARA CRESCENT <br><br> *Defendants*. | Civil Action No. 1:18-CV-04670-AKH <br><br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF CAMERON S. REUBER**

To the Clerk of this Court:

    Kindly enter my appearance as lead counsel for Defendants Jennifer Watson and Tara Crescent in the above-captioned matter.

                                                Respectfully submitted,

Dated:  June 11, 2018               Cameron S. Reuber
         White Plains, New York      LEASON ELLIS LLP
                                            One Barker Avenue, Fifth Floor
                                            White Plains, New York  10601
                                            Phone:  (914) 288-0022
                                            Fax:  (914) 288-0023
                                            Email: reuber@leasonellis.com

                                            *Attorneys for Defendants*

{10620/609817-000/01967129.1}