UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOP HOP PRODUCTIONS, INC., and FALEENA HOPKINS,<br><br>*Plaintiffs*,<br><br>-against-<br><br>JENNIFER WATSON, and TARA CRESCENT,<br><br>*Defendants*. | Civil Action No. 1:18-CV-04670-AKH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF LAUREN B. EMERSON

To the Clerk of this Court:

Kindly enter my appearance as counsel for Defendants Jennifer Watson and Tara Crescent in the above-captioned matter.

Respectfully submitted,

Dated:   June 11, 2018
             White Plains, New York

Lauren B. Emerson
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York  10601
Phone:  (914) 288-0022
Fax:  (914) 288-0023
Email: emerson@leasonellis.com

*Attorneys for Defendants*

{10620/609817-000/01966421.1}