**C. Cardillo, P.C.**
9728 3rd Avenue, Suite 308
Brooklyn, NY 11209
T. 646-398-5025
F. 646-365-8833
C. 347-309-0000
Email: cardilloesq@gmail.com

July 12, 2018

*Delivery via ECF and*
*Facsimile: 212-805-7942*

Hon. Alvin K. Hellerstein, U.S.D.J.
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

> **Re:**   **Hop Hop Productions, Inc. v. Kneupper, et al.,**
> **Case No. 1:18-cv-04670-AKH**

Dear Judge Hellerstein:

Our firm represents the Plaintiffs in the above referenced matter.  As per opposing counsel's letter dated June 22, 2018 (Docket No. 35) it appeared that a settlement had been reached resolving all claims and disputes between the parties.  While that is still the case, finalizing a stipulation of settlement seems not to be possible.

As such, Plaintiffs request, as per your Order dated June 22, 2018 (Docket No. 36), that the case be restored to the calendar, so Plaintiffs can merely file the attached Notice of Voluntary Dismissal as per Federal Rule of Civil Procedure 41.

Please contact me on my cellular, 347-309-0000, if you require additional information.

Thank you for considering our request.

Respectfully submitted,
/s/ Chris Cardillo, Esq.
Chris Cardillo, Esq.