# EXHIBIT A

Feedback    Like 14.7M

Sunday, Jul 1st 2018 9PM 92°F    12AM 84°F    5-Day Forecast

# DailyMail.com

| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV |

Latest Headlines    Royal Family    News    World News    Arts    Headlines    Pictures    Most read    Wires    Games                    Login

ADVERTISEMENT



- **Novelist Faleena Hopkins has sold 600,000 books from her 'cocky' series**
- **She published her first - Cocky Roomie - in 2016 and has written 18 since**
- **Other titles include Cocky Cowboy, Cocky Quarterback and Cocky Heart Surgeon**
- **In 2016, as her success grew, copycat books with similar titles emerged**
- **Some used font that was similar to Hopkins' and confused her fans, she said**
- **She was given a trademark for the title and font in the genre of romance fiction in September 2017**
- **Other authors jumped on her in response and have been trying to cancel it out**
- **Speaking to Dailymail.com this week, Hopkins revealed she has given the trademark up to try to get over the ordeal**

By **JENNIFER SMITH FOR DAILYMAIL.COM**
**PUBLISHED:** 16:23 EDT, 30 June 2018 | **UPDATED:** 16:29 EDT, 30 June 2018

**908** shares          **70** View comments

A romance novelist has tried unsuccessfully to trademark the word 'cocky' in a bid to stop what she believes are 'copycat' authors trying to cash in on the success of her erotic series.

Faleena Hopkins has written 19 books as part of her series, all of which begin with the word Cocky.  Her first, Cocky Roomie, flew off shelves when she self-published it in 2016 and she has had hit after hit ever since.

As of last week, she has sold around 600,000 books from the series. Each cost $2.99.

In September 2017, however, after a spate of other works cropped up with similar titles and, most concerning to her, similar font titles, Hopkins trademarked the word and font.

ADVERTISING



BOAT COVERAGE STARTING AT $100 A YEAR.

Zip Code

Like
Daily Mail

+1
Daily Mail

Follow
@DailyMail

Follow
Daily Mail

Follow
@dailymailuk

Follow
Daily Mail

**FEMAIL TODAY**

▶ Elon Musk's eco-farmer brother weds his environmental activist girlfriend in Spain in front of an A-list guest list - wearing his signature cowboy hat

▶ Meghan cuts a VERY casual figure in jeans and a shirt as she and Prince Harry make a surprise appearance at a polo match in Ascot on what would have been Diana's 57th birthday

▶ Hot Felon's ex wife Melissa Meeks throws



+99
NEW
ARTICLES

Top

Share

SELECTION


**DIVORCE party in Las Vegas... weeks after Jeremy welcomed a son with Topshop Heiress Chloe Green**


**Kaley Cuoco marries Karl Cook in charming Southern Californian ceremony following seven month engagement**
8 Simple Rules actress


**PICTURE EXCLUSIVE: Gigi Hadid shows off her figure in a hot pink bikini as she holidays in Mykonos with Emily Ratajkowski**
The model is 23


**Lifestyle blogger reveals everything you need to throw a chic and stylish 4th of July get-together - and where you can find it all on Amazon**


**Asia Argento dons denim shorts that say 'epic loser' before stripping off as she shares a bizarre mix of messages to Instagram in the aftermath of Bourdain's suicide**


**Posh parades her FOURTEENTH engagement ring from 18-year union to Becks... as collection adds up to staggering $11.75million**


**Scott Disick, 35, gives Sofia Richie, 19, a kiss before jetting out alone in a helicopter**
The loved-up couple were spending the day together shopping


**Katie Holmes and Suri Cruise are blooming lovely in floral dresses amid Jamie Foxx breakup rumors**
The mom and daughter were in Paris on Sunday


**Amal and George Clooney match in monochrome looks as they enjoy romantic evening out in Sardinia**
The loved-up couple have twins together


Replay

She then sent letters to authors she believed had infringed on her series by intentionally or unintentionally making them look like hers.



+5

**Author Faleena Hopkins has written 19 romance novels under the cocky brand. Above is one of her works**

What transpired was a barrage of online abuse and threats from other authors demanding that she stop writing and revert to using a pen name.

A lawyer turned romance novelist filed a motion to try to disqualify her trademark and a group of outraged writers produced a retaliation book - Cocktales - afterwards.

On Friday, the case was settled in a New York court where a judge said she had no right to stop others from using the word in their titles.

Hopkins has since decided to give it up and Tara Crescent, one of the authors she was battling with, has agreed to change the cover of her book, Her Cocky

+99

NEW ARTICLES    Top

Share

Firefighters, to make it look less like her rival's.

Speaking to DailyMail.com on Saturday after her story made the rounds in the literary community, Hopkins said she never intended for the issue to get so out of hand.

'I set out to protect my brand with getting a trademark and I unwittingly set off a war that I still don't understand.

ADVERTISEMENT



Faleena Hopkins sought a trademark for the title and font in romance fiction in September 2017 and was granted it

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 Meghan and Serena Williams join the polo set: The Duchess of...

 I wanna hold your hand! Royal fans dismiss claims that...

'This has been really bad. I just want to tell my stories and entertain people.  I never anticipated any of this,' she said.

In June 2016, after spending 20 years working as a fashion photographer and actress, Hopkins published Cocky Roomie herself.





'Copycats': Tara Crescent's Her Cocky Firefighters was one of the books Hopkins was concerned about. Cocky Roommate, published a year after Cocky Roomie, was another. Crescent has agreed to change her font to make it all blocks instead of including cursive writing

It was well received and with the momentum of new readers behind her, she produced Cocky Biker in July that year and Cocky Cowboy the following month.

'It was pretty much a book a month and the series was really taking off,' she explained.

Over the next year, as she produced book after book, 'copycats' emerged.

One such suspect was Claire Kingsley who wrote Cocky Roommate in July 2016 with a similar font to the one used on Hopkins'. Kingsley, Hopkins said, insisted that she had never seen any of her work when she confronted her about it over email.

In August 2017, Crescent published Her Cocky Firefighters. On the cover, it said it was book one of 'The Cocky Series'. Her Cocky Firefighters 2 was published in November 2017.

▸ Amber Heard goes braless and flaunts trim physique as she heads to beau Vito Schnabel's NYC home
She was soaking up the sun in the Big Apple


▸ Emily Ratajkowski shows off cleavage and bodacious behind donning tiny polka dot bikini in Mykonos
The 27-year-old model took to Instagram


▸ PICTURE EXCLUSIVE: Emily Ratajkowski flaunts her flawless figure in a polka dot one-piece as she enjoys a sun-soaked boat trip with Gigi Hadid in Mykonos


▸ Belgium's King Philippe is joined by Queen Mathilde and their young Princes and Princesses as the royals pose for photos on visit to 12th century Villers Abbey


▸ Soaking up the sun! Hailey Baldwin flaunts her beach bronzed body in tiny black bikini with Rasta-inspired trim
The model is no stranger to the high life


▸ Jennifer Lopez flaunts pert derriere and fit legs in clinging patterned leggings for workout sesh
Showed off her fabulous figure


▸ Kendall Jenner and Ben Simmons 'eyeing' $55K a month Beverly Hills mansion... but STILL haven't confirmed their 'romance'
The luxury pad


▸ Presi     daught     spotted     laugh w     on the I     of New


+99
NEW ARTICLES    Top

Share

Frustrated by the number of authors using the word in their title with a similar, cursive font to her own, Hopkins took a business friend's advice and sought the trademark in September 2017.

'Because the series took off so well, there were so many copycats happening so I trademarked it. I never expected to get the trademark.

'A business friend had told me to do it.'

When she began writing to the authors she thought had infringed on it afterwards, she received angry responses and letters from their lawyers.

Some of the authors, she said, told her they thought the cocky theme was a trend that was fair game and not necessarily her brand.

'I felt really helpless. There were obvious ones but a lot of them weren't on purpose. I asked them, "please don't do this" and I got jumped on,' she said.



In May this year, a group of authors published Cocktales: The Cocky Collective in an apparent act of retaliation against Hopkins' efforts


► Lorenzo Lamas files for divorce from Shawna Craig weeks after she publicly STRADDLED muscleman
He cited irreconcilable differences


► Emma Roberts takes a smoke break while lounging poolside wearing little black bikini in Saint Tropez
The Scream Queens star is 27

ADVERTISEMENT

As the fight waded on, Hopkins said some of her readers began mistakenly buying other people's books thinking they were hers. She never tried to take sole possession of the word 'cocky', but merely wanted to ensure that no one was trying to pass their work off as hers, she said.

In May this year, a group of authors published Cocktales: The Cocky Collective.

It was a deliberate attack on Hopkins, she said, and done in malice in response to her trademark efforts.

With this in mind, she sued Crescent, the author of Her Cocky Firefighters, Jennifer Watson, the publicist for Cocktales, and Kevin Kneupper, a lawyer who is also an erotic novelist and had tried to cancel out her trademark.

BOAT POLICIES
START AS LOW AS
$100/yr

[ Zip Code ]

Get a Quote



► Kelly Brook 'does her gardening NAKED': Model overheard talking about how she likes to 'trim her bushes in nothing but wellies'
The British model


► Meghan's million-dollar wardrobe! As Givenchy unveils its new collection, the Duchess of Sussex is expected to snap up key pieces - with VERY expensive price tags


► Nicky Hilton shows off her legs in a pretty ruffled dress as she steps out in Paris
The 34-year-old hotel heiress was showing off her flair for fashion


► Liam Payne takes a selfie with a fan on girlfriend Cheryl's 35th birthday... after failing to publicly acknowledge her milestone
Former One Direction star


► Rumer Willis 'crashes' Glenn Close's daughter Annie Starke's wedding with sister Tallulah
The affair brought out stars and socialites of all sorts

► Sienna ... her sle... catchin... during ... getawa...
The 36-... Girl star

+99
NEW
ARTICLES

Top

Share



Hopkins has now given up the trademark and is continuing to write. She said she never intended to create a 'war' in the literary community

Crescent and Hopkins have come to an agreement which sees neither side pay the either any money.

Instead, Hopkins will give up her trademark in a gesture of good faith and Crescent will change her book covers to all block font.

Speaking on Saturday, Hopkins said she is now eager to put the entire ordeal behind her.

'I never wanted any of this weirdness to happen. I would rather just give up the trademark and back away. My intention behind all this was a business move. I did not ever expect the war I created.'

'Now we all agree that bullying is bad and that it got out of hand.'

Hopkins is now working on a second edition of Cocky Roomie and is also in the process of producing her first feature film. It is a love story which she hopes to finish by September.

She did not reveal its name for fear that someone else will use it for one of their books.

ADVERTISEMENT

**Share or comment on this article:**

ADVERTISING


Replay

inRead invented by Teads

**908**
shares

Sponsored Links by Taboola


**Identical Sisters Born In 2010 Have Grown Up To Become Most Beautiful Twins In The...**
Give It Love


**Priya From The 'Big Bang Theory' Is Gorgeous In Real Life**
SimpleMost


**10 Years After The Famous Photo, Olympic Athlete Makes A Brave Confession**
SportsRetriever


**[Photos] Dog Goes Viral After Realizing He's At The Vet**
PostFun


**Embarrassingly Incorrect Phrases Even Smart People Misuse**
Work + Money


**The One WD40 Trick Everyone Should Know About**
Honest To Paws





▶ **Geri Horner shares sweet throwback picture of Emma Bunton and Victoria Beckham and posing with a young Prince Harry**
The Spice Girls


▶ **Lily James looks chic in floral dress as she joins beau Matt Smith, Eddie Redmayne and his wife Hannah at Audi polo match in Ascot**
Royals were also in attendance


▶ **Canadian rapper Smoke Dawg is 'killed in street shooting' in Toronto aged 21**
Drake has led tributes, sharing a photo of them together


▶ **Counting On's Josiah Duggar, 21, and Lauren Swanson, 19, wed just six months after beginning their 'courtship'**
Newlyweds

ADVERTISEMENT


▶ **Alex Pettyfer cosies up to new girlfriend Gabriela Giovanardi as he joins Elizabeth Olsen at star-studded Tuscany event**
The Magic Mike star


▶ **'I expected to be thin while breast-feeding!' Serena Williams reveals her baby weight battle as she fed daughter Olympia - as Alexis Ohanian says he's in awe of her**


▶ **New Miss USA says beauty pageants should keep swimsuit competitions because they are 'empowering'**
Sarah Rose Summers is 23


▶ **Arian: Pete Da for 'sicl bombin saying didn't h attack a**
+99
NEW ARTICLES




Top
Share







**These Twins Were Born Holding Hands, And The Nurses Record What Happe…**
Activly

**Celebrities at Prom - Kim Kardashian, Taylor Swift, George Clooney Prom Photos**
Elle

**Baby Elephant Cries For Help After His Pack Abandons Him**
KiwiReport

**MOST WATCHED NEWS VIDEOS**          Embed this ⟨/⟩

Lightning strikes yards behind Florida police

Police pursue and gun down fleeing bank

Shocking drive-by shooting caught on

Michael Moore: To stop Trump we have to ¿put

Female driver runs down her partner after

Female suspect falls from ceiling while trying

Police officer filmed tasering a man sitting

Body came footage captures police

**YOU MAY LIKE**          Sponsored Links by Taboola

**Try Not To Laugh At These Hilarious Photos That Pe…**
BridesBlush

**Russian Fisherman Caught One Of The Largest Mon…**
Design Bump

**Photos Of Dogs That Want Too Much Attention**
Topix Stars

**MOST READ NEWS**          ● ● ● ●







**Apeing Jimmy Page: Meet the**

**High school teacher, 29, 'had a**

**Hero firefighter who was**

**Now there's a Fitbit for the STOMACH:**

Man i text f



💬 **Comments 70**
Share what you think          **Add your comment**

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have not been moderated.


Loading…

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

**Add your comment**

Enter your comment

☐  Post comment to your Facebook Timeline   What's This?

Ariana Grande locks lips with Pete Davidson... after getting tattoo to honor fiancé's late father who died in 9/11 attacks
He was a firefighter

Meghan and Serena Williams join the polo set: The Duchess of Sussex is joined by tennis legend and her billionaire husband to watch Harry and Prince William play in match

Sister chic! Glamorous Elizabeth Jagger joins sibling Georgia May as they co-ordinate in black for their FROW seats at Paris Fashion Week
The famous siblings

April Love Geary flaunts her incredible figure in black swimsuit while in Mexico with Robin Thicke
She recently welcomed her first child

Khloe Kardashian looks angelic in a series of sweet snaps with dressed-to-match daughter True
She doted over her pride and joy

'We sang Taylor Swift songs to distract us': The Handmaid's Tale star Sydney Sweeney reveals how the dystopian drama's cast cleared their heads after filming grueling scenes

Parents' night off! Zara Tindall steps out for the second time since the birth of baby Lena two weeks ago - as dad Mike breaks into song at the Celebrity Cup Gala

Forces' sweetheart: The Red Arrows are saluted by Princess Anne as they create heart-shaped smoke trail for Armed Forces Day

Emma Thompson looks casually chic in a striped shirt and white trousers for fun outing in Germany after Munich Film Festival win
She was all smiles

Priyanka Chopra, 35, shows her support for beau Nick Jonas, 25, as he rocks the stage at Brazil's VillaMix Festival
The actress joined the concertgoers

Kaia Gerber, 16, makes a fashionable exit after ruling the runway with Kate Bosworth and Adriana Lima at Miu Miu show in Paris
The model made a fashionable exit

ADVERTISEMENT

+99
NEW ARTICLES     Top

Share

By posting your comment you agree to our house rules.

Clear    Submit Comment



**amazon** *Prime*

**Men's Shoe**
Slip into a modern take on

Free Returns. Restrictions appl

**MORE TOP STORIES**

› **'I've got no make-up on, that's why I have bags under my eyes!' Jacinda Ardern cuddles her one-week-old baby**
The New Zealand Prime Minister is 37

› **Muhammad Ali's 80-acre estate with two houses, massage room and boxing ring goes on sale with a VERY specific $2,895,037 price tag (a nod to his 37 knockouts)**

› **Jamie Dornan leads the charge at Game Of Thrones wrap party in Belfast alongside Joe Dempsie and Hannah Murray after filming ends on final season**

› **Gigi Hadid turns heads in cream sheer crochet dress as she enjoys night out with Emily Ratajkowski in Mykonos**
The model, 23, slipped into a revealing outfit

› **Paris Jackson looks downcast as she heads on night out after sharing emotional tribute to late grandfather Joe Jackson**

› **The Queen, 92, 'is refusing to have surgery on her knees despite struggling to get up after sitting because she does not want to miss any engagements'**

› **Taylor Swift flaunts her slender pins in a sequinned bodysuit as she wows the crowd in Louisville on Reputation tour**
The singer is 28

› **As Au Matt Da Corona as he a Austral footbal boys o trip Do**

+99

NEW ARTICLES

Top

Share

▸ **Now it's Air Miles Sophie! Countess of Wessex saddles the taxpayer with a $4,000 bill by taking three helicopter trips to travel a total of just 87 miles**

▸ **Stella Maxwell flaunts taut torso and slender legs during walk with love Kristen Stewart in Los Angeles**
The ladies looked every bit the happy couple

ADVERTISEMENT

▸ **Ed Sheeran SUES musician following ban on royalties for his $26million hit The Shape Of You... amid Marvin Gaye copyright battle**
Lawsuit woes

▸ **The thigh's the limit! Kelly Rowland risks a wardrobe malfunction in a very daring silver gown at Logie Awards**
The Voice coach slipped into a daring silver gown

▸ **Amanda Seyfried and Milo Ventimiglia look like the perfect mom and dad while filming their new movie**
It's called The Art of Racing in the Rain

▸ **Mel B models collection of sexy looks in LA amid ongoing drama with ex Stephen Belafonte**
The Spice Girls alum donned shades

▸ **Prince William 'pledges to make peace in the Middle East his lifelong project' after historic five-day trip to the region**
At the end of his historic trip

▸ **Ashley Graham eats her 'way through Europe' as she shares video of herself downing pizza**
The model showed she has nothing to hide

▸ **Kate Moss nails summer chic in a billowing floral maxi dress as she holidays in Mykonos**
The supermodel, 44, put on a stylish display

▸ **Kendall Jenner looks ravishing in retro as she stays atop her style picking up vintage clothes in LA**
The Keeping Up with the Kardashians star

▸ **XXXTentacion's mother Cleopatra calls late son her 'guardian angel' in photo of rapper's mausoleum**
He was gunned down on June 18

▸ **Joanna Gaines says son Crew is 'settling in just fine' in new snap from his nursery**
Fixer Upper star welcomed her newborn son on June 21

ADVERTISEMENT

▸ **Vanessa Paradis gets MARRIED to director beau Samuel Benchetrit during quiet ceremony in France... following**

+99
NEW
ARTICLES

Top

Share

son Jack's 'serious health problems'

▶ Jamie Foxx looks worry-free as he enjoys 'guys' weekend' amid Katie Holmes breakup rumors
There is gossip swirling about the pair

▶ Alec Baldwin and wife Hilaria share playful photos to celebrate their sixth wedding anniversary
The couple looked more in love than ever

▶ What it's REALLY like to be a Wimbledon champion: Garbiñe Muguruza, 24, opens up about her family, diet and 'lonely' life on the road as she prepares to defend her title

▶ Heidi Klum, 45, radiates sexiness as she strips down to nothing to gaze at the Atlantic City sunset
Showed off her stunning beauty

▶ Katy Perry and Hailee Steinfeld shimmer and shine in lingerie-baring looks on stage at Rock in Rio concert in Lisbon, Portugal

▶ Kourtney Kardashian sports skimpy green bikini to soak up the sun with her kids on a yacht in Italy
The 39-year-old reality television star

▶ Jennifer Lopez dons a black maxi skirt on shopping trip with daughter Emme and A-Rod's two daughters in NYC

▶ Catastrophe's Rob Delaney reveals he's set to become a father for the second time with wife Leah... five months on from their son Henry's tragic death

▶ Britney Spears in talks to return to Vegas for residency that will rake in $500k per performance
Her last residency came to an end in December

ADVERTISEMENT

▶ Abby Lee Miller tells fans she's 'on the mend' during Non-Hodgkin's lymphoma battle as she shares unedited photo of her post-surgery back

▶ Beyonce flaunts cleavage and gorgeous gams in paisley pink ensemble on private jet
She flashed her toned legs and showed off her jetset lifestyle

▶ Rihanna drapes oversized denim shirt over her curves as she leaves nightclub in London with friend Jahleel Weaver

+99
NEW ARTICLES    Top

Share

▸ **Busy Philipps dances in a bikini after accusing Delta of trying to 'separate' her from daughter**
Also flaunted her new pink hair

▸ **Selena Gomez looks absolutely fabulous as she flashes her toned midriff at Hotel Transylvania 3 premiere in California**

▸ **Victoria and David Beckham 'to gift daughter Harper a $9,200 PONY and high-end riding gear for her seventh birthday'**

▸ **Heidi Klum rocks neon for Atlantic City beachclub opening while Shanina Shaik dons bikini top with sheer cover up**

▸ **Chrissy Teigen and Amy Schumer lead the charge at nationwide marches for Families Belong Together**
Protests took place around the country

▸ **Justin Bieber calls $500k Lamborghini 'baby girl' after getting it sent special delivery to hotel**
Showed off his new wheels on SnapChat

▸ **Drake's album Scorpion breaks records as Michael Jackson's nephew says he's 'not ok with' rapper using song**

ADVERTISEMENT

▸ **Amber Heard and Vito Schnabel wear black ensembles on date night at Bruce Springsteen on Broadway**
Loved-up couple managed to match

▸ **Gwynnie the Cannabis Queen: Paltrow expands Goop empire with range of potty products including bath bombs and weed-infused cocktails**

▸ **Pink and her husband Carey Hart ride motorcycles in Australia as singer enjoys break between tour dates**
Was seen out and about in Perth

▸ **John Stamos cradles newborn son Billy in a baby carrier while hiking in Los Angeles with his wife Caitlin McHugh**
Kept the little boy close to his chest

▸ **Gigi Hadid and Emily Ratajkowski show off model figures in slinky dresses at gala in Greece**
Were also joined by Kate Moss

+99

NEW
ARTICLES        Top

Share



ANYTIME,
ANYWHERE,
**Mail**Online
ON YOUR IPHONE
TRY IT FOR FREE
FOR 60 DAYS ▶

ADVERTISEMENT

BOAT POLICIES
START AS LOW AS
$**100**/yr

Zip Code

Get a Quote

**DON'T MISS**

▸ This Is Us star Chrissy
Metz rocks a floral maxi
dress during well-
deserved Barbados
vacation with her best
friend

▸ Hot felon's ex wife
Melissa Meeks puts on a
very busty display
ahead of her lingerie
divorce party at a Las
Vegas strip club
She's celebrating

▸ Princess Eugenie
publishes X-rays of her
spine to raise
awareness of little-
known condition
scoliosis

▸ The new Queen Bea of
royal fashion! How
Meghan inspired the
princess to ditch her
frumpy outfits for sleek
leather pieces and chic
dresses

▸ Royal fans dismiss
claims that Meghan
Markle made another
faux pas by trying to
take Prince Harry's
hand at ceremony

▸ Kate Hudson flaunts
baby bump in matching
sports bra and leggings
combination during
yoga session
The 39-year-old actress
has a burgeoning belly

▸ Kimberly Guilfoyle
raises Autism
awareness as beau
Donald Trump Jr plays
the doting dad by
enjoying pool-time with
his kids

+99

NEW
ARTICLES    Top

Share

▶ **Heather Locklear to undergo long-term treatment for substance abuse and mental health issues**
She will soon leave the psychiatric ward at UCLA

▶ **Pregnant Princess Charlotte of Monaco shows baby bump as she joins mother Princess Caroline of Hanover to award prizes at Equestrian event**

▶ **Nicole Scherzinger flashes her tiny stomach in a clingy crop top and soaring split trousers for fashion launch in Mykonos**

▶ **WWE star Matt Cappotelli, 38, dies a year after undergoing surgery to remove a 'very large tumor' in his brain 10 years after he first beat cancer**

▶ **Kate Moss shimmers in a sparkly gold crop top during her DJ set at shopping centre launch in Mykonos**
Proved her worth behind the turntables

▶ **Ewan McGregor bonds with daughter Clara by showing her how to properly lock her bike**
They appeared to fall out when the actor left her mother

▶ **Queen's PR chief to leave Palace in dramatic changing of the guard amid ongoing courtier reshuffle... as Thomas Markle debacle continues to embarrass**

▶ **Kaia Gerber, 16, shows off her model prowess in a blue floral co-ord as she joins veterans Naomi Campbell and Adriana Lima at Miu Miu Cruise Collection show**

▶ **Kate Bosworth stuns in an eccentric semi-sheer dress as she joins Uma Thurman, Chloe Sevigny and Gwendoline Christie for catwalk takeover at Miu Miu fashion show in Paris**

▶ **Elon Musk's brother prepares for 'spectacular wedding' in Spain where guests will include 'Barack Obama and Will Smith'**
Tying the knot

▶ **Kim Kardashian breaks a sweat wearing white tank top and black leggings for 'second' morning workout**
The svelte starlet posed for a selfie

▶ **Ronnie Ortiz-Magro skips Jersey Shore filming with castmates after ex 'dragged him with her car'**
The 32-year-old reality TV star

▶ **Is Portugal the best supported nation at the World Cup? Cristiano Ronaldo's curvy girlfriend Georgina Rodriguez is joined by Ronaldo Jr in the stands**

+99

NEW
ARTICLES    Top

Share

▶ **Madonna accused of 'harassing neighbors' at her NYC apartment amid legal battle**
Her apartment is on West 64th Street and Central Park West

▶ **Lilly Becker, 42, stuns in a skimpy bikini and semi-sheer glittering cover-up as she continues sun-drenched Ibiza getaway**
On vacation

▶ **Katy Perry shows some skin wearing a vibrant strapless swimsuit before Witness tour stop in Portugal**
The 33-year-old popstar

▶ **Christina El Moussa 'shelled out' $4M for Newport Beach mansion just blocks away from ex Tarek**
The 34-year-old bombshell

▶ **If you've got it, flaunt it! Mama June flashes the flesh in skimpy lingerie as Sugar Bear flirts with other women on From Not To Hot**
She recently lost 300lbs

▶ **Lara Trump shows off her ripped summer body as she strips down to short shorts for dog walk in scorching NYC**
Accompanied by two secret service agents

▶ **Gigi Hadid is a hot mesh as she poses up a storm with Emily Ratajkowski on girlie break in Greece**
The model got stuck into her vacation

▶ **Downton Abbey star Rade Serbedzija arrested for DUI in LA as police 'found open bottle of whiskey'**
The 71-year-old actor was behind the wheel

▶ **Sarah Paulson, 43, enjoys intimate LA date night with girlfriend Holland Taylor, 75, at the theater**
The Ocean's 8 actress pored over the Playbill

▶ **Sam Claflin looks every inch the hunk as he cosies up to stunning wife Laura Haddock at Polo event in Ascot**
Looked absolutely smitten

▶ **'I wrote YMCA in six hours - and it still makes me millions every year': Village People's motorcycle cop tells how it's fun to spend his fortune**

▶ **Beyonce puts on a leggy display in pink printed co-ords as she touches down in Poland with husband Jay-Z**
The Crazy In Love hitmaker

▶ **Chloe Moretz nails casual chic in a flirty polka dot dress and suede blazer as she touches down in Paris with brother Trevor**
The Brain On Fire star

▶ **Natasha Poly goes**

+99

NEW ARTICLES     Top

Share

‣ make-up free in a flowing semi-sheer jumpsuit as she enjoys the sunshine in St Tropez
The Russian model

‣ Jessica Simpson puts on a busty display in negligee-inspired dress as she steps out in Los Angeles
Racy display at Warwick cocktail lounge

‣ Demi Rose flaunts her hourglass curves in a skin tight monochrome dress as she takes pup Teddy to a celebrity jewellers in London
The model is 23

‣ Getting the party started! Pink knocks back at beer in Perth after touching down in Australia ahead of her Beautiful Trauma tour
She's Down Under

‣ Kourtney Kardashian dons a skimpy black bikini as she jumps off a yacht in Italy with boyfriend Younes Bendjima
Fun in the sun

‣ The President, Melania and Barron are joined by Ivanka, Jared, and the kids as the whole family heads to Trump's New Jersey golf club for the weekend

‣ Zara Tindall is seen for the first time since welcoming baby Lena as she and daughter Mia support husband Mike at Celebrity Cup
She's a mom-of-two

‣ Kim Kardashian catches Kanye West as he stares at Rihanna during sexy performance in viral clip
A newly unearthed viral clip

‣ James Packer, 50, opts for comfort in a polo shirt and coral red shorts as he joins stylish girlfriend Kylie Lim for lunch during St Tropez getaway

‣ Roseanne reveals she did not ask to be paid off when show was canceled and feared her racist tweets would make her on-screen granddaughter 'think badly of Jewish people'

‣ British DJ Fatboy Slim, 54, nails low-key cool in a printed top and shorts as he enjoys a solo bike ride in the sunshine
His real name is Norman Quentin Cook

‣ Anna Friel shows off her sartorial flair in a chic patterned red midi-dress for Polo event at Ascot
She showed off her flair for fashion

‣ Tool frontman Maynard James Keenan calls rape allegation a 'despicable false claim'
He tweeted his response to the claims

+99
NEW ARTICLES

Top

Share

‣ Strike a pose!

Kourtney Kardashian
shows off her fit form in
tiny black bikini with
clear plastic straps in
Italy
She's currently on
vacation with her beau

▸ 'Kanye West trapped
Paul McCartney' in an
'abusive collaboration'
claims Damon Albarn
Two superstars worked
together on
FourFiveSeconds

▸ Hugh Grant, 57,
reveals his new bride
Anna Eberstein, 39, was
'KIDNAPPED' by a
furious taxi driver as
they enjoyed a
honeymoon in Paris

▸ Danielle Armstrong
flaunts her jaw-dropping
figure in TINY grey
bikini as she enjoys
sun-soaked Miami
getaway
Showcasing her jaw-
dropping figure

▸ Carrie Underwood
dons fitted black
bottoms with
coordinating jacket for
performance at Hard
Rock Hotel
Hitting the high notes

▸ Cameron Diaz and
husband Benji Madden
enjoy romantic stroll
around a park in
Florence, Italy
Headed for dinner
together

▸ Sam Taylor Johnson,
51, puts on a loved-up
display with husband
Aaron, 28, as they enjoy
night out in London
The 50 Shades of Grey
filmmaker

▸ Duchess of
Cambridge's brother
James Middleton looks
dapper as he drives
around Mayfair in a
classic Land Rover
He looked classically cool

▸ Tom Daley and
husband Dustin Lance
Black release FIRST
photos of their son as
diver labels fatherhood
'most magical moment
of my life'
British Olympian

▸ Thor blimey! Chris
Hemsworth shows off
his impressive physique
as he goes surfing
Australia
Catching some waves at
the beach

▸ EXCLUSIVE: Hulk
Hogan's ex-wife
accuses him of
concealing his assets
and demands he pay
her 40 PER CENT of his
earnings as agreed in
divorce settlement

▸ Like a Midsummer
Night's dream! Margot
Robbie is set to co-
produce a
Shakespearean drama...
after her success with
the Oscar-nominated
film I, Tonya

▸ Gigi Hadid arrives in
Mykonos by
HELICOPTER as she is
greeted by her female
pals for island getaway
The model made a

+99

NEW
ARTICLES    Top

Share

spectacular entrance

▸ **Decor used at Kim Kardashian's 2011 wedding to Kris Humphries goes up for auction including cross that hung above them as they said 'I do'**

▸ **'This is child abuse': Derrick Dillard launches attack on trans teen Jazz Jennings, 17, and says 'system is broken' after she undergoes gender surgery**

▸ **Someone give the guy a hand! Chris Hemsworth is left red-faced as he fails to high-five an adoring female fan in awkward exchange**

▸ **La La Anthony accentuates her small waist in a structured top as she supports Power castmate's show**
Stars as LaKeisha Grant in hip-hop drama series

▸ **Which one will she choose? Kelly Rowland dons a regal metallic dress before slipping into a tulle ball gown during a Logies fitting**
The 37-year-old singer

▸ **Boris Becker looks dapper in a blue suit as he enjoys a night out in London's Mayfair...as his bankruptcy woes rumble on**
Put his financial woes behind him for the night

▸ **The Hand of God can't help you now! Diego Maradona watches Argentina crash out of World Cup in thrilling 4-3 defeat to France**
The soccer legend

▸ **Lewis Hamilton poses in kilt in photoshoot to 'make amends' after mocking nephew for wearing a 'princess dress'**
GQ Magazine shoot

▸ **Romee Strijd flaunts her figure in floral bikini while enjoying Pretty Woman at outdoor screening in Ibiza**
Showed off her flat stomach in a bikini

▸ **Ashley Graham sets pulses racing as she flashes her bountiful curves in sizzling white lingerie for photo shoot**
For her own underwear line on Friday

▸ **Cindy Crawford looks radiant in strapless black frock with retro fascinator headpiece and diamonds**
Photo shoot in Hollywood

▸ **The Handmaid's Tale star Yvonne Strahovski goes into 'pregnancy lockdown' ahead of the birth of her first child with husband Tim Loden**
Any day now

+99

NEW
ARTICLES       Top

Share

▸ **Paris Hilton steps out after revealing she's had replicas of her $2 million engagement ring made**
Stepped out in Beverly Hills with her adorable pup Diamond Baby

▸ **Michael Moore says we must 'put our bodies on the line' to stop Trump as the director gears up for the release of his new film that documents presidency**

▸ **Jaime King rocks vintage hoodie with topless Cindy Crawford design along with silky trackpants**
Honoring another catwalk great

▸ **America Ferrera cradles son Sebastian in family selfie with husband Ryan Piers Williams**
She welcomed her son last month

▸ **Selena Gomez says she'll 'protect her children like no one's business' as she talks about 'growing'**
Doesn't know if she'll be 'the best or worst mother'

▸ **Emily Ratajkowski shows off her envy-inducing figure in a sheer cut-out dress as she continues Mykonos getaway**
Sun-drenched trip

▸ **Hilary Duff hides growing bump under vintage Beach Boys tee after announcing she's expecting a girl**
It was hard to tell that the starlet is expecting

▸ **Bumpin' along! Kat Von D shows hint of her baby bump in black lace dress as she is joined by husband Leafar Seyer**
After saying she won't be vaccinating her son

▸ **Melissa George looks glamorous in a black feathered gown on the red carpet for the Butterfly Tree premiere at the Edinburgh International Film Festival**

▸ **Kaia Gerber radiates rocker cool in Guns 'N Roses tee with chained Supreme belt and Adidas kicks**
Making the streets her runway

▸ **GLOW's Sydelle Noel flaunts taut torso on Muscle Beach as cast celebrates Season 2 premiere**
The star opted for a sporty ensemble

▸ **Morrissey CANCELS his UK and European tour as anti-racism protesters threaten to target concerts over his support for Tommy Robinson**

▸ **Toni Garrn gets flirty with actor friend Enrique Murciano as they stroll hand-in-hand on sunny day**
The 25-year-old model took a walk through NYC

+99

NEW ARTICLES    Top

Share

**Halsey debuts 'first and hopefully only' face tattoo before attending boyfriend G-Eazy's LA concert**
Letter 'Q' and a diamond symbol

**Jay-Z spends quality time with sweet daughter Blue Ivy, 6, in sunny Berlin as he takes a break from tour with wife Beyonce**
Enjoying Germany

**Loved up! Sofia Richie, 19, flaunts her toned tummy in sports bra as she joins beau Scott Disick, 35, for shopping trip**
They are still an item

**Jennifer Lopez applies mascara in car before arriving for NYC meeting in low-cut striped top**
Even celebrities opt to do their make-up themselves sometimes

**Brandi Redmond dotes on adopted baby son Bruin as she declares it was 'love at first sight'**
She introduced her social media followers to her son

**Mama June desperate for 'quick fix' to lose 25lbs for lingerie shoot after gaining weight again**
She initially underwent gastric sleeve surgery

**EXCLUSIVE: 'The results are beautiful, yet subtle': Claims Iggy Azalea has transformed her face with 'a chin augmentation and mandibular angle enhancement'**

**Iggy Azalea sports a VERY risqué mesh bodysuit that leaves little to the imagination as she reveals the cover art for new album Survive The Summer**

**John Legend hilariously hides behind POSTER BOARD as Luna sits on his lap for passport photo shoot**
Clever way of keeping out of picture

**Lucy Hale steps out to meet a pal following the cancellation of her TV series Life Sentence**
The 29-year-old actress looked stylish in a khaki bomber jacket

**Tamra Judge shares workout video of Shannon Beador getting 'lean and mean' after 40lb weight gain**
Dedicated to getting back in shape

**Style Swoon: From Savage x Fenty's launch of bedroom accessories to Nicole Scherzinger's affordable and cool sunnies, FEMAIL rounds up latest fashions**

**Emilie de Ravin reveals she's expecting her second child with fiance Eric Bilitch... and it's a boy**
The 36-year-old actress went on social media

+99

NEW ARTICLES

Top

Share

▶ **Khloe Kardashian and Tristan Thompson 'put all their problems behind them' after cheating scandal**
Said to be in better place with their relationship

▶ **Queen drummer Roger Taylor's daughter Tigerlily sets pulses racing as she poses for a VERY racy lingerie campaign**
Eye-popping photos

▶ **Jennifer Lopez cuddles up with Alex Rodriguez in the dugout at New York charity softball game**
Couple attended Yankees fundraiser

▶ **Prince Jackson talks tough in profanity laced tirade defending late grandpa Joe from critics**
He dared critics to 'keep talking s**t'

▶ **Whitney Port breaks down in tears as she reveals crippling doubts over having another baby**
Devoted to her 11-month old son, Sonny

▶ **Ronnie Ortiz-Magro considering custody battle for three-month-old baby daughter after ex Jen Harley 'dragged him with her car'**

▶ **Drake hints he dated Bella Hadid in new song Finesse... months after he 'basically ghosted her'**
Lyrics seem to dish on their romance

▶ **Emily Ratajkowski shows off flawless figure as she gazes out to sea in sexy bikini snap shared from Mykonos, Greece**
Model sizzled in sun

▶ **Joyce Bonelli bites back in 'f*** with me I dare you' gown after Kim Kardashian and co ditch her... amid claims she tried to'cheat them' out of money**

▶ **Well, they do call him Trousersnake! Patricia Clarkson compliments Justin Timberlake's 'gifted' anatomy as she calls him 'a gorgeous man'**

▶ **Martha Hunt turns the sidewalk into her very own fashion show as she walks her dog in designer clothes**
Victoria's Secret Angel looked amazing

▶ **Amy Schumer squats in shrubs in new snap to celebrate success of I Feel Pretty on Instagram**
The picture looked more 'I Pee Freely' than 'I Feel Pretty'

▶ **Catastrophe star Rob Delaney tearfully recalls how medical staff cared for his disabled son Henry before 'beautiful little boy' died from cancer aged two**

▶ **Emma Thompson, 59, puts on a demure**

+99

NEW ARTICLES    Top

Share

display in a silk
pussybow blouse as
she receives the
CineMerit Award at
Munich Film Festival

▶ Katie Holmes steps
out in New York while
Jamie Foxx performs at
Atlantic City after split
denial
Low-key lovers spotted
out separately

▶ Paris Jackson dances
with family as they
'celebrate life' a day
after grandfather Joe
Jackson died
The 20-year-old star took
to her Instagram Story

▶ Tom Cruise dangles
from helicopter in new
behind the scenes
footage of Mission:
Impossible - Fallout
Star can be seen leaping
between tall buildings

▶ Elizabeth Hurley, 53,
goes TOPLESS as she
covers her assets with a
straw hat while topping
up her tan in sassy snap
Actress basked in the
scorching weather

| Today's headlines | Most Read |
|---|---|

**Elon Musk's eco-farmer brother weds his environmental activist girlfriend in Spain in front of an A-list...**

One American is dead and nine others injured after their tour boat exploded into flames in the Bahamas

**Tourist, 54, dies while snorkeling in the Florida Keys**

Guatemalan asylum seeker who claims ICE agents mockingly told her 'Happy Mother's Day' before separating her...

**NINE people, including six children, are injured in a mass stabbing at an Idaho apartment complex that's...**

Trump warns Democrats that if 'you get rid of ICE you're going to have a country where you're afraid to walk...

**ICE gets new director amid immigration turmoil as President Trump blasts Democrats for wanting to get rid of...**

Black GOP Senator Tim Scott says discussions about race with Trump were 'painful' and 'uncomfortable' but...

**Trump said confirmation of his Supreme court pick could 'go actually very quickly if I pick the right...**

'Girl from the Bronx' Alexandria Ocasio-Cortez, who beat high-ranking Democrat Joe Crowley, faces questions...

**Shocking moment flash-bang grenade is thrown into right-wing Patriot Prayer rally igniting violent clashes...**

Trump claims the European Union is 'as bad as China' on trade but claims that every country is calling every...

**Trump punts on question about whether he'll mention election meddling to Putin as John Bolton warns don't...**

Trump doubles down on threat to Harley Davidson: They'll 'take a big hit' for moving production overseas as...

**White House backs off Trump's tweet claiming Saudi Arabia agreed to produce more oil**

'You better shoot straight': Defiant congresswoman Maxine Waters responds to people giving her death threats...

**'I'm never going to move on, especially at this moment in my life': Meghan McCain says she will 'never...**

Auf Wiedersehen troops? Trump weighs up options for a potential large scale withdrawal of military from...

**How to trick guests into thinking you're a kitchen genius: Amateur cooks reveal the stylish dishes -...**

+99

NEW
ARTICLES

Top

Share



New Miss USA says beauty pageants should keep swimsuit competitions because they are 'empowering'

**Mexico goes to the polls after election campaign marred by violence as leftist radical looks set to win the...**

Back to her style roots! Meghan cuts a VERY casual figure in jeans and a shirt as she and Prince Harry make...

**Prince William 'pledges to make peace in the Middle East his lifelong project' after historic five-day trip...**

Ministers rehearse for Queen's death for first time with secret exercise dubbed 'Castle Dove' to prepare for...

**Meghan's million-dollar wardrobe! As Givenchy unveils its new collection, the Duchess of Sussex is expected...**

The Queen 'is refusing to have surgery on her knees despite struggling to get up after sitting because she...

Orphaned sisters whose parents were murdered in mysterious Alps shooting are denied compensation by French...

College student sues woman for $6million claiming her false rape accusation at a frat party has destroyed...

**'Weed Apocalypse' in California as stricter rules for sale of legal marijuana come into effect today,...**

▸ **MORE HEADLINES**

ADVERTISEMENT

FROM THE
MAKERS OF
CANDY CRUSH

**Farm Heroes Saga, the #4 Game on iTunes. Play it now!**



more

**Back to top**

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location | Discount Codes | Betting

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd

Contact us | How to complain | Advertise with us | Contributors | Work with Us | Terms | Privacy pol

+99

NEW
ARTICLES    Top

Share