**C. Cardillo, P.C.**
9728 3rd Avenue, Suite 308
Brooklyn, NY 11209
T. 646-398-5025
F. 646-365-8833
C. 347-309-0000
Email: cardilloesq@gmail.com

July 14, 2018

*Delivery via ECF and*
*Facsimile: 212-805-7942*

Hon. Alvin K. Hellerstein, U.S.D.J.
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

      Re:    Hop Hop Productions, Inc. v. Kneupper, et al.,
             Case No. 1:18-cv-04670-AKH

Dear Judge Hellerstein:

      As you are aware opposing counsel filed an unauthorized surreply concerning my motion to restore and dismiss.

      Neither the Federal Rules of Civil Procedure ("FRCP") nor the Local Rules of this Court, allow for such a filing without leave.  In fact, the Southern District of New York's Guide on Motion Practice states, in pertinent part, "the moving party may file reply papers responding to the arguments made in the opposition papers. At that point, neither side may file any more documents related to the motion without permission from the court."  Said permission was neither requested nor provided to Defendants.

      As such, I respectfully request that said pleading be stricken from the record and not considered in your decision on my motion.

      Plaintiffs look forward to the Court's decision on its motion and a final disposition of this case.

                                                Respectfully submitted,
                                                /s/ Chris Cardillo, Esq.
                                                Chris Cardillo, Esq.