**C. Cardillo, P.C.**
9728 3rd Avenue, Suite 308
Brooklyn, NY 11209
T. 646-398-5025
F. 646-365-8833
C. 347-309-0000
Email: cardilloesq@gmail.com

July 19, 2018

*Delivery via ECF and*
*Facsimile: 212-805-7942*

Hon. Alvin K. Hellerstein, U.S.D.J.
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

      Re:    Hop Hop Productions, Inc. v. Kneupper, et al., 18-cv-4670-AKH

Dear Judge Hellerstein:

      I represent the plaintiffs in the above referenced matter. On May 25, 2018 the Hon. Edgardo Ramos ordered plaintiffs to post security in the amount of $5,000. The plaintiffs posted said security on May 29, 2018. That same day you dissolved the plaintiffs' obligation to file a bond. As such, I attempted to collect the deposited funds for my client.

      However, Mrs. Joey Roldan, the Court's Finance Manager, informed me that to collect the funds I need an order from the court specifically directing the Finance Department to return the security to the plaintiffs. In addition, the order should state that the refund check be made payable to C. Cardillo, P.C. as attorney and be delivered to C. Cardillo, P.C., 9728 3rd Avenue, Suite 308, Brooklyn, NY 11209. As such, I am request the Court issue such an order.

      Thank you for considering my request.

                              Respectfully submitted,
                              /s/ Chris Cardillo. Esq.
                              Chris Cardillo, Esq.

**cc**:

All counsel of record (via ECF and email)