**C. Cardillo, P.C.**
9728 3rd Avenue, Suite 308
Brooklyn, NY 11209
T. 646-398-5025
F. 646-365-8833
C. 347-309-0000
Email: cardilloesq@gmail.com

July 23, 2018

*Delivery via ECF and*
*Facsimile: 212-805-7942*

Hon. Alvin K. Hellerstein, U.S.D.J.
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

    Re:    **Hop Hop Productions, Inc. v. Kneupper, et al., 18-cv-4670-AKH**

Dear Judge Hellerstein:

    I am happy to inform the Court that the parties have executed a settlement agreement. As such, I withdraw my motion to dismiss without prejudice and now request dismissal with prejudice. Defendants do not oppose this motion.

    In addition, as per your directions, please find a proposed Order directing the Finance Department to return the security posted by Plaintiffs. Defendants' attorneys have also consented to same.

    Thank you for considering my requests.

Respectfully submitted,
/s/ Chris Cardillo. Esq.
Chris Cardillo, Esq.

**cc**:

All counsel of record (via ECF and email)