UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HOP HOP PRODUCTIONS, INC.,                            **Civil Action No.:**
and FALEENA HOPKINS,                                   **18-cv-4670-AKH**

                    Plaintiffs,                                **Order (Proposed)**

      - against -

KEVIN KNEUPPER, TARA CRESCENT,
and JENNIFER WATSON,

                    Defendants.
------------------------------------------------------------------------X

Plaintiffs having moved, unopposed, by Letter Motion dated July 19, 2018, seeking the release of a $5,000 bond that was posted by Plaintiffs with this Court on May 29, 2018, and the case having been disposed of via settlement on July 23, 2018:

**IT IS HEREBY ORDERED** that:

1. The Court's Finance Department return the $5,000 to Plaintiffs;

2. The refund check be made payable to C. Cardillo, P.C. as attorney; and,

3. The check be mailed to C. Cardillo, P.C., 9728 3rd Avenue, Suite 308, Brooklyn, NY 11209.

**SO ORDERED**.

**Dated:** New York, NY
          July ___, 2018

                                         _____
                                         **HON. ALVIN K. HELLERSTEIN**
                                         United States District Judge
                                         Southern District of New York